AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

__Middle__ DISTRICT OF __Pennsylvania__

Dennis Bass, Petitioner

v.

Court of Common Pleas of Luzerne County, Respondent

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: CV 01-0082

I, __Dennis Bass__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

FILED
SCRANTON
JAN 23 2001

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [x]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   $37.50 per month

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]   No [x]
   b. Rent payments, interest or dividends?   Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]
   d. Gifts or inheritances?   Yes [ ]   No [x]
   e. Any other sources?   Yes [x]   No [ ]

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Lost Income Tax-Return for 1997, Amount $1,070.00
Random Gifts from Wife, $50.00 ea.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

1:CV01-0082

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☑   No ☐
   If the answer is "yes," describe the property and state its approximate value.

   $265.94

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

RECEIVED SCRANTON
JAN 22 2001
Per _____
DEPUTY CLERK

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 16, 2001                         _____
             (Date)                                    Signature of Applicant

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 249.99 on account to his credit at the SCI-Rockview   Box A   Bellefonte, PA  16823 institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 448.86

_Earl E. Walker_

DW-6560 Dennis Bass
January 17, 2001

Authorized Officer of Institution
Earl E. Walker, Clerical Supervisor 2 - Inmate Accounting

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge   Date | United States Judge   Date |
| | or Magistrate |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING        DATE   1/18/2001
REMOTE PRINT TIME   7:28            FROM PURGE FILE              PAGE        1

    INMATE    NAME
    NUMBER    LAST              FIRST            MI          STARTING BALANCE
    DW6560    BASS              DENNIS                             -17.48

 BATCH      DATE                                          TRANSACTION  BALANCE AFTER
   #    MO DY YEAR     TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

  9007  07-03-2000  34  RADIO/TV
                        BASIC CABLE TV AND HBO              -10.85        -28.33
   527  07-14-2000  14  MISCELLANEOUS
                        U.S. TREASURY      #441157         1,070.00      1,041.67
   539  07-17-2000  10  MAINTENANCE PAYROLL
                        WAGES - JUNE 2000                    31.73      1,073.40
  8204  07-22-2000  32  ROC COMMISSARY
                        FOR  7/24/2000                       -3.40      1,070.00
  8207  07-25-2000  32  ROC COMMISSARY
                        FOR  7/26/2000                      -44.18      1,025.82
   623  07-26-2000  39  LEGAL FEES
                        LUZERNE CO COURTHOUSE (ACT 27)     -283.75        742.07
   624  07-26-2000  41  MEDICAL
                        CO-PAY   7-24-00                     -2.00        740.07
   625  07-26-2000  31  OUTSIDE PURCHASES
                        J L MARCUS INC                      -22.75        717.32
  8214  08-01-2000  32  ROC COMMISSARY
                        FOR  8/01/2000                      -22.36        694.96
  9008  08-03-2000  34  RADIO/TV
                        BASIC CABLE TV AND HBO              -10.85        684.11
   684  08-04-2000  37  POSTAGE
                        AUGUST                               -3.74        680.37
   697  08-07-2000  14  MISCELLANEOUS
                        LUZERNE CO CK RET   #E341458        283.75        964.12
   703  08-07-2000  39  LEGAL FEES
                        CLK CTS-LUZERNE CO                 -118.75        845.37
  8221  08-08-2000  32  ROC COMMISSARY
                        FOR  8/08/2000                      -23.89        821.48
   750  08-14-2000  10  MAINTENANCE PAYROLL
                        WAGES - JULY 2000                    14.40        835.88
  8228  08-15-2000  32  ROC COMMISSARY
                        FOR  8/15/2000                      -38.71        797.17
   807  08-21-2000  37  POSTAGE
                        AUGUST                               -3.59        793.58
   811  08-21-2000  38  INSIDE PURCHASES
                        (AUGUST) LIBRARY COPIES              -8.70        784.88
  8235  08-22-2000  32  ROC COMMISSARY
                        FOR  8/22/2000                      -44.84        740.04
  8235  08-22-2000  32  ROC COMMISSARY
                        FOR  8/22/2000                      -27.07        712.97
  8242  08-29-2000  32  ROC COMMISSARY
                        FOR  8/29/2000                      -28.43        684.54
   909  09-01-2000  38  INSIDE PURCHASES
                        LIBRARY COPIES                        -.40        684.14
```

```
PA DEPT. OF CORRECTION       INMATE ACCOUNTS SYSTE        RUN    IAS365
BUREAU OF COMPUTER SERVICES  PARTIAL ACCOUNT LISTING      DATE   1/18/2001
REMOTE PRINT TIME  7:28         FROM PURGE FILE           PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DW6560 | BASS | DENNIS | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8249 | 09-05-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/06/2000 | -23.66 | 660.48 |
| 8250 | 09-06-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/06/2000 | -35.62 | 624.86 |
| 9009 | 09-07-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 614.01 |
| 968 | 09-12-2000 | 31 | OUTSIDE PURCHASES | | |
| | | | J.L. MARCUS, INC. | -62.75 | 551.26 |
| 8256 | 09-12-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/13/2000 | -25.24 | 526.02 |
| 1004 | 09-18-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | AUGUST WAGES - 2000 | 28.53 | 554.55 |
| 8263 | 09-19-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/19/2000 | -36.18 | 518.37 |
| 1047 | 09-21-2000 | 37 | POSTAGE | | |
| | | | UPS CHARGES - 8-31-00 | -3.63 | 514.74 |
| 1067 | 09-25-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - SEPTEMBER | -1.50 | 513.24 |
| 8270 | 09-26-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/26/2000 | -10.76 | 502.48 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      502.48
```

Case 1:01-cv-00082-SHR    Document 2    Filed 01/23/2001    Page 5 of 6

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM          RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING         DATE    1/18/2001
REMOTE PRINT TIME   7:28            FROM ACTIVE FILE           PAGE          1

    INMATE    NAME
    NUMBER    LAST               FIRST            MI          STARTING BALANCE
    DW6560    BASS               DENNIS                             502.48

  BATCH      DATE                                         TRANSACTION  BALANCE AFTER
   #      MO DY YEAR       TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

  9010   10-02-2000   34  RADIO/TV
                          BASIC CABLE TV AND HBO            -10.85        491.63
  8277   10-03-2000   32  ROC COMMISSARY
                          FOR 10/03/2000                    -40.95        450.68
  1145   10-05-2000   37  POSTAGE
                          OCTOBER                            -1.43        449.25
  1151   10-05-2000   38  INSIDE PURCHASES
                          LIBRARY COPIES - SEPTEMBER          -.10        449.15
  8284   10-10-2000   32  ROC COMMISSARY
                          FOR 10/10/2000                    -29.76        419.39
  1182   10-11-2000   37  POSTAGE
                          UPS - 9/21/00                      -3.35        416.04
  1182   10-11-2000   37  POSTAGE
                          UPS - ADDRESS CORRECTION CHRGE     -5.00        411.04
  1208   10-16-2000   10  MAINTENANCE PAYROLL
                          WAGES  (SEPT)                      37.80        448.84
  8291   10-17-2000   32  ROC COMMISSARY
                          FOR 10/17/2000                    -18.38        430.46
  1228   10-18-2000   37  POSTAGE
                          OCTOBER                             -.77        429.69
  1235   10-18-2000   14  MISCELLANEOUS
                          REIMBURSE - PRIVACY PANELS         10.85        440.54
  8298   10-24-2000   32  ROC COMMISSARY
                          FOR 10/24/2000                    -30.64        409.90
  1326   10-30-2000   41  MEDICAL
                          CO-PAYS (10/26)                    -2.00        407.90
  8305   10-31-2000   32  ROC COMMISSARY
                          FOR 10/31/2000                    -20.71        387.19
  9011   11-02-2000   34  RADIO/TV
                          BASIC CABLE TV AND HBO            -10.85        376.34
  8311   11-06-2000   32  ROC COMMISSARY
                          FOR 11/06/2000                    -22.91        353.43
  1387   11-06-2000   39  LEGAL FEES
                          FINES & COSTS/LUZERNE CO (27)     -30.00        323.43
  1420   11-13-2000   10  MAINTENANCE PAYROLL
                          OCTOBER WAGES - 2000               39.60        363.03
  8319   11-14-2000   32  ROC COMMISSARY
                          FOR 11/14/2000                    -16.06        346.97
  1466   11-17-2000   14  MISCELLANEOUS
                          ACT 27 CHECK RETURN    #E416381    30.00        376.97
  8325   11-20-2000   32  ROC COMMISSARY
                          FOR 11/20/2000                    -27.26        349.71
  8333   11-28-2000   32  ROC COMMISSARY
                          FOR 11/28/2000                    -41.44        308.27
```

```
  PA DEPT. OF CORRECTIONS       INMATE ACCOUNTS SYSTEM           RUN     IAS365
  BUREAU OF COMPUTER SERVICES   PARTIAL ACCOUNT LISTING           DATE   1/18/2001
  REMOTE PRINT TIME  7:28           FROM ACTIVE FILE              PAGE          2

       INMATE    NAME
       NUMBER    LAST              FIRST            MI
       DW6560    BASS              DENNIS
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9012 | 12-04-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 297.42 |
| 8340 | 12-05-2000 | 32 | ROC COMMISSARY FOR 12/05/2000 | -18.24 | 279.18 |
| 1623 | 12-11-2000 | 10 | MAINTENANCE PAYROLL NOVEMBER WAGES - 2000 | 35.63 | 314.81 |
| 8347 | 12-12-2000 | 32 | ROC COMMISSARY FOR 12/12/2000 | -19.18 | 295.63 |
| 8354 | 12-19-2000 | 32 | ROC COMMISSARY FOR 12/19/2000 | -11.45 | 284.18 |
| 8361 | 12-26-2000 | 32 | ROC COMMISSARY FOR 12/27/2000 | -18.76 | 265.42 |
| 1728 | 12-27-2000 | 41 | MEDICAL CO-PAY 12-26-00 | -4.00 | 261.42 |
| 8003 | 01-03-2001 | 32 | ROC COMMISSARY FOR 1/03/2001 | -19.84 | 241.58 |
| 9101 | 01-04-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 230.73 |
| 8009 | 01-09-2001 | 32 | ROC COMMISSARY FOR 1/09/2001 | -7.12 | 223.61 |
| 1856 | 01-16-2001 | 10 | MAINTENANCE PAYROLL WAGES - (DECEMBER) | 37.50 | 261.11 |
| 8016 | 01-16-2001 | 32 | ROC COMMISSARY FOR 1/16/2001 | -11.12 | 249.99 |

```
                         BALANCE AFTER THESE TRANSACTIONS------>    249.99
```