January 16, 2001

Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823

The Honorable Clerk of the
United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

1:CV01-0082

FILED
SCRANTON
JAN 23 2001
PER ____ DEPUTY CLERK

RE: Change of Mailing Address

Dear Honorable Clerk,

I have prepaired the enclosed, Writ of Habeas Corpus, And In forma pauperis request, while incarcerated at the above address.

On January 22, 2001, I will leave incarceration and Parole to a halfway house. My new address will be;

C/o Catholic Social Services
409-411 Olive Street
Scranton, PA 18509

Please, file this enclosed Petition under the new address, as the Petitioners Mailing address.

Respectfully,
Dennis Bass
(S) _____
Pro-se

Thank You!

($5.00 Filing Fee Included)