Jan. 19, 2001

Dennis Bass DW6560
Box A, Rockview S.C.I
Bellefonte, PA. 16823-08

The Honorable Clerk of;
United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

FILED SCRANTON
JAN 26 2001
PER RMB
DEPUTY CLERK

01-CV-0082

RE: Notice Of Address/Residence

Dear Honorable Clerk,

I, Dennis Bass, recently filed a; Writ of Habeas Corpus by a person in State Custody. I have signed and dated this writ, January 16, 2001. Filed by; First Class Mail, from the above address.

Please Take Notice...

I, Dennis Bass, will NOT be parole released on January 22, 2001 as anticipated.

The Above Address, shall be and is, the Mailing Address of the above said Petitioned Writ.

Until further notice.

Thank You,

Respectfully Submitted,

Dennis Bass
Petitioner, Pro-Se