FILED
SCRANTON
JAN 29 2001
PER __Amo__ DEPUTY CLERK

⑤
Amo

Dennis Bass, DW6560 2/1/0
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-08?

United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

1:01CV82
Rambo/Blewitt

RE: **Error within Filed Informa Pauperus**

Dear Honorable Clerk Of The District Court,

    Upon review, the Pro-se Petitioner/Defendant has noticed an Error within the Filed Informa Pauperus (Form), __Question 4__;

    I, Dennis Bass the Petitioner, __do not__ own any intrest in any Real Estate, Stocks, Bonds, Notes, Automobiles or any other valuable Properties. The Check (✓) Box is wrong and should of been indicated/Checked "__No__". The Amount of $265.94 was misplaced and belongs listed under, Question 3 on this said Form.

    Please Attach this Notice of Error to the Filed Informa Pauperus, Signed by the Petitioner and was dated; January 16, 2001

    I declare under penalty of perjury that the foregoing is true and Correct.

CC: self (carbon copy)

January 23, 2001

Respectfully Submitted,
(S) Dennis Bass