1:01-82

⑦
Amo
2/13/01

Dennis Bass
SCI-Rockview
DW6560
Box A
Bellefonte, PA

FILED
SCRANTON
FEB 1 3 2001
RM
DEPUTY CLERK

Re: 1:

Pandled 2/8/2001

NOT AT ROCKVIEW
RETURN TO SENDER

Please file all
the assigned Ju
with the Judge'

JUDICIAL OFFICE

Judge Sylvia H.
Judge Yvette Ka
Judge William W
Magistrate Judg

Chief Judge Thor
Judge A. Richard
Judge James M.
Judge William J
Judge Richard P.
Judge Edwin M.
Magistrate Judge
Magistrate Judge

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

NOT AT ROCKVIEW
RETURN TO SENDER

Judge James F. M
Judge Malcolm Mu