1:01CV82 (8)

February 13, 2001

Dennis Bass, 73674, 3H 2/26/0
Lee County Justice Center
2115 Dr. Martin Luther King, Jr. Blvd
Fort Myers, Florida 33901

United States District Court
Middle District of PA.
PO Box 1148
Scranton PA 18501-1148

FILED
SCRANTON
FEB 20 2001
PER ___ DEPUTY CLERK

RE: Change of Mailing Address for Petitioner.

Dear Honorable Clerk,

Please Take Notice the above listed Petitioner in a Habeas Corpus has been extradited and relocated/reincarcerated in the State of Florida. The Petitioner's Original Filing Address was:
⌈ Dennis Bass, DW-6560
  Box A, Rockview S.C.I
⌊ Bellefonte, PA 16823-0820 ⌋

Please be made aware that upon extradition Petitioner was not allowed to retain legal work and copies, that were not pertaining to the case excersizing extradition

I declare under purjury the foregoing is true and correct and the signature is genuine

(S) [signature]
Dennis Bass, Pro Se