

3-1-01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS BASS,** | : | **CIVIL NO. 1:CV-01-0082** |
| **Petitioner** | : | **(Judge Rambo)** |
| **v.** | : | **(Magistrate Judge Blewitt)** |
| **COURT OF COMMON PLEAS OF LUZERNE COUNTY and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** | : | |
| **Respondents** | : | |

**FILED**
HARRISBURG, PA

FEB 2 8 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## O R D E R

The background of this order is as follows:

On February 7, 2001, the magistrate judge to whom this matter was referred filed a report recommending that the petition for writ of habeas corpus be dismissed for Petitioner's failure to exhaust available state court remedies. On February 13, 2001, the copy of the report and recommendation sent to Petitioner was returned marked "paroled" with no forwarding information noted. On February 20, 2001, the clerk of court received a notice of change of address for petitioner. On February 28, 2001, a copy of the February 7, 2001, report and recommendation was remailed to Petitioner.

Accordingly, **IT IS HEREBY ORDERED THAT** Petitioner shall have until March 16, 2001 to file objections to the report and recommendation. No extensions will be granted.


SYLVIA H. RAMBO
United States District Judge

Dated: February 28 , 2001.