**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 
B. Date of Delivery: 3/8
C. Signature: X Richard Grabosky — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

   Court of Common Pleas
   Luzerne County
   200 North River Street
   Wilkes Barre, PA. 18711

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly):
B. Date of Delivery: 3-19
C. Signature: X Richard Grabosky — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

   DA Peter Paul Olszewski
   200 North River Street
   Wilkes Barre, PA. 18711

3. Service Type
   ☐ Certified Mail  ☐ Express Mail

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly):
B. Date of Delivery: MAR 19 2001
C. Signature: X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

   Attorney General
   Michael Fisher
   15th Floor, Strawberry Square
   Harrisburg, PA. 17120

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000-0520-0023-0168-0217

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952

---

FILED
HARRISBURG, PA
MAR 27 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-01-CV-82

O. 03-16.0