

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

March 22, 2001

MIKE FISHER
ATTORNEY GENERAL

REPLY TO:
Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120
DIRECT: (717) 787-3874
FAX: (717) 772-4526

David Lupas, District Attorney
COUNTY OF LUZERNE
200 North River Street
Wilkes-Barre, PA 18711

RE:  *Bass, Dennis v. Court of Common Pleas of Luzerne County, et al.*
     No. 1:CV-01-0082 (M.D. Pa.)

Dear Mr. Olszewski:

I have received a copy of the Order and Petition for Habeas Corpus in the above-captioned matter. It appears to me that the matters raised in the Petition relate to the criminal prosecution of the petitioner in your court of common pleas. As you will note, the Court has issued a rule to show cause why exhaustion in this case should not be excused. There is an allegation transcribing the designated portions of the trial has been substantially delayed. Unless I hear otherwise, I will assume that you will prepare a response to the rule and that no supplemental response by this Office is necessary. By a copy of this letter to the clerk, I am informing the Court that we anticipate that you will be responding. I would appreciate receiving a copy of your response (please do not send copies of any exhibits to us).

If I can be of assistance or if you believe I am in error, please contact me. Thank you for your help.

Sincerely,

FRANCIS R. FILIPI
Senior Deputy Attorney General

FRF/cmt
C:   Clerk
     Petitioner