4/13/

# LUZERNE COUNTY CLERK OF COURTS
## WILKES-BARRE, PENNSYLVANIA
### PHONE # 825-1584
### FAX # 825-1583

DATE  *APRIL 11, 2001*

CLERK OF COURTS
FEDERAL BLDG.
CORNER 3rd & Walnut Streets
Harrisburg, Pa. 17108

**FILED**
HARRISBURG, PA

**Y**
**A**

APR 12 2001

MARY E. D'ANDREA, CLER
Per *9/8*

COMPLETE FILE OF:  *DENNIS    BASS*

CASE NO.:  *131-1998*

~~SUPERIOR COURT NO.:~~  *CIVIL # 1:CV-01-0082*
*J. Rambo*
*mag. Judge Blewitt*

RECEIVED BY:_____

DATE RECEIVED:_____

# CERTIFICATE OF TRANSMITTAL OF RECORD

# PA. RULE OF APPELLATE PROCEDURE 1931 ©

*THE UNDERSIGNED*, *Clerk of Courts* of the Common Pleas of

<u>LUZERNE COUNTY</u>, the said Court being Court of record, do hereby

certify that annexed hereto is a true and correct copy of the whole and

entire record, including any Stenographer Records requested by Counsel,

exhibits, (if any on file), and the docket entries in the following matter:

**Caption:**   *DENNIS BASS*

**Term and No.:**   *131-1998*

**Appellate Ct. No.:**   *CIVIL # 1:CV-01-0082*

The documents comprising the record have been numbered from *No. 1*

To *No. 16*, and attached with the docket entries.

The date on which the record has been transmitted to the *Appellate Court*:

*APRIL 11, 2001*



*ROBERT F. REILLY*
**CLERK OF COURTS**

*JUDGE PATRICK TOOLE*
**JUDGE**

Date: 4/10/2001                    L    rne County Court of Common Pleas              User: ABLAKER

Time: 12:52 PM                              ROA Report

Page 1 of 3          Case: 1998-CR-0000131  Current judge: Leonard D Harvey

                          Defendant: Bass, Dennis Dw6560

| Date | | Judge |
|------|--|-------|
| 12/20/1997 | VIOLATION DATE | |
| 12/21/1997 | COMPLAINT FILED VIOLATION DATE | |
| 1/16/1998 | Committed Lccf $50,000.00 | |
| | BURGLARY(F) 3502A | |
| | RESIST ARREST(M) 5104 | |
| | THEFT(M) 3921A | |
| | CRIM MISCHIEF(S) 3304A2 | |
| 1/22/1998 | BAIL PIECE FILED. CAPPELLINI,J. MODIFY/BAIL: R.O.R. $5,000.00 W/PRE- TRIAL SERVICES NO ALC PUB-PRIV NO DRINK - DRIVE NO D/PARA NOT ASSOC W/A/O USING D/A NO CONTACT W/VICTIMS DEFT RELEASED PENDING A/O DETAINERS CAPPELLINI,J. | |
| 3/23/1998 | INFORMATION APPROVED | |
| 4/3/1998 | NOTICE OF CHANGE OF ADDRESS FILED. ARRAIGNMENT DATE | |
| 11/18/1998 | REQUEST FOR DISCOVERY FILED. NOTICE OF CHANGE OF ADDRESS FILED. | |
| 12/1/1998 | UPON TRIAL BEFORE THE COURT W/O/A JURY: DEFT PLEADS NOT GUILTY: JURY CALLED & SWORN: 2:12PM TOOLE,J. DISP - GUILTY - JURY TRIAL - TO CT1 BURG CT2 RESIST/ARREST CT3 THEFT/UNLAW TAK SUMM: CRIM MISCH MERGED W/CT'S 1,2,& 3 PRESENTENCE INVESTIGATION ORDERED BY 1/6/99 BAIL CONT PENDING SENT SENT: 1/8/99 TOOLE,J. | |
| 12/3/1998 | LUZERNE COUNTY CASH COSTS $135.28/$135.28 | |
| 1/8/1999 | SENTENCING - BURG - SCI 24MOS TO 48MOS RESIST ARREST: 6MOS TO 12MOS CONCUR TO BURG - THEFT REQUIRES NO SENT - REMANDED FOR CLASSIF 1/15/99 BAIL PENDING APPEAL DENIED EVAL MENTAL HEALTH NO CONT/VICTIM OR ESTAB PAY ALL CSTS RESTIT $165 W/I 12MOS OF RELEASE - CRIM MISCH MERGES FOR SENT PURPOSE TOOLE,J. | |
| 1/12/1999 | NOTICE OF CHANGE OF ADDRESS FILED. | |
| 1/14/1999 | STATE COSTS (Act 204) $9.39/$9.39 | |
| | STATE COSTS (Act 167) $14.08/$0.48 | |
| | DOMESTIC VIOLENCE COSTS $10.00/$0.00 | |
| | CR VIC CSTS (MANDATORY) $15.00/$0.00 | |
| | CR COMM CSTS (MANDATORY) $15.00/$0.00 | |

Date: 4/10/2001      ⌐rne County Court of Common Pleas      User: ABLAKER

Time: 12:52 PM

ROA Report

Page 2 of 3

Case: 1998-CR-0000131   Current judge: Leonard D Harvey

Defendant: Bass, Dennis Dw6560

| Date | | Judge |
|------|---|-------|
| 1/14/1999 | C OF C FILING FEE (AFTER) $75.00/$0.00 | |
| | JCP MISC $5.00/$0.00 | |
| | FIREARM TRAINING ACT(ACT 158) $5.00/$0.00 | |
| 3/5/1999 | PETITION FOR APPT CONFLICT COUNSEL AND ORDER FILED. (ATTY SAM FALCONE) MUNDY,J. | |
| 4/6/1999 | PETITION OF CONVICTION APPEAL FILED. PETITION OF TIME EXTENTION ON UNTIMELY CONVICTION APPEAL FILED. PETITION OF INDIGENT STATUS & THE RELEASE/DISCLOSURE OF CRIMINAL FILES FILED. NOTICE OF INTENTION TO FILE PETITIONS FILED. (ALL PETITIONS SENT TO ATTY FALCONE) | |
| 4/20/1999 | MOTION FOR ORDER TO TRANSCRIBE RECORDS ORDER FILED CONAHAN,J. | |
| 6/23/1999 | CHNAGE OF ADDRESS FILED. | |
| 6/24/1999 | CASE MGMT POST PAYMENT $6.05 | |
| 8/3/1999 | CASE MGMT POST PAYMENT $2.05 | |
| 9/1/1999 | CASE MGMT POST PAYMENT $24.56 | |
| 10/4/1999 | CASE MGMT POST PAYMENT $64.54 | |
| 10/22/1999 | CASE MGMT POST PAYMENT $4.85 | |
| 10/25/1999 | PETITION FOR TIME CREDIT CERTIFICATE FILED. (SENT TO ATTY SAM FALCONE) | |
| 1/21/2000 | MOTION TO RECEIVE CREDIT FOR TIME SERVED AND ORDER FILED. TOOLE,J. | |
| 3/3/2000 | CASE MGMT POST PAYMENT $11.98 | |
| 4/3/2000 | CASE MGMT POST PAYMENT $21.12 | |
| 4/10/2000 | NOTICE OF MOTION SUBMISSION & SERVICE FILED. MOTION FOR ORDER GRANTING DEF CERTIFIED TRANSCRIPT COPIES FILED. | |
| 4/18/2000 | CASE MGMT POST PAYMENT $10.00 | |
| 6/26/2000 | Motion Requesting Reappt. of Counsel filed.(sent to Atty Sam Falcone) | |
| | Application for Leave to File Original Process in the Supreme Court filed.(sent to Atty Sam Falcone) | |
| 6/28/2000 | Petition for Appointment of Conflict Counsel & Order Filed | Hugh F Mundy |
| | Petition for Appointment of Conflict Counsel & Order Filed Public defender Brian C Corcoran | Hugh F Mundy |
| 8/7/2000 | Petition for Order to produce Post Conviction Relief Act Judgment from Respondent and/or Reversal of crim Charges filed. to Supreme Court | |

Date: 4/10/2001                    Lrne County Court of Common Pleas                    User: ABLAKER

Time: 12:52 PM                                ROA Report

Page 3 of 3                    Case: 1998-CR-0000131  Current judge: Leonard D Harvey

                                Defendant: Bass, Dennis Dw6560

| Date | | Judge |
|------|--|-------|
| 8/7/2000 | Motion to Amend & Update Writ of Mandamus and or Extraordinary Relief & Leave to proceed In Forma pauperis filed to Supreme Court | |
| | Proof of Service Filed | |
| 3/19/2001 | Order from U.S. District Court filed.(Judge Sylvia Rambo, U.S. District Judge) | |

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Court Number | 3. State Identification Number | OTN E 912928-2 |
|---|---|---|---|
| CR-0000515-97 | 131-98 | | |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | DISTRICT NO. |
|---|---|---|---|
| MICHAEL J. COLLINS | 11 1 01 | JOHN E. HASAY | 11 3 01 |

| 6. Name and Address (Last Name First) | 7. Date of Transfer | 8. Docket No. of Initial Issuing Authority |
|---|---|---|
| BASS, DENNIS P 283 WYOMING STREET WILKES BARRE, PA 18702-5 | 12 22 97 | CR-0000204-97 |

9. Affiant Who Signed Complaint (Name and Address)
HORST, PTLM. BRIAN
15 N. WASHINGTON
WILKES-BARRE, PA 18702

| 10. Date of Birth MM DD YY | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 01 18 62 | M | W | | PA | PA0401300 | | 304-489 |

| 18. Date of Arrest MM DD YY | 19. Date Complaint Filed or Citation Issued or Filed MM DD YY | 20. Summons Date Issued MM DD YY | 21. Warrant MM DD YY | 22. Summons Returned MM DD YY | 23. Preliminary Arraignment Date MM DD YY | 24. Time | 25. Date Waived to Court MM DD YY |
|---|---|---|---|---|---|---|---|
| 12 21 97* | 12 21 97 | | | | 12 21 97 | 11:15A | 01 06 98 |

| 26. Prelim.Hear./Sum.Trial | 27. Address of Preliminary Hearing/Summary Trial | 32. Date Set For Preliminary Hearing MM DD YY | 33. |
|---|---|---|---|
| | 106 SOUTH MAIN STREET, WILKES BARRE, PA 18701 | | |

| | 28. Description of Charges | Ofl. Char. | Grading | 29. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition MM DD YY |
|---|---|---|---|---|---|---|
| 1 A | BURGLARY | | | 12 20 97 | CC3502A | WAV 01 06 98 |
| 2 B | RESIST ARREST/OTHER LAW ENFORCE | | M2 | 12 20 97 | CC5104 | WAV 12 30 97 |
| 3 C | THEFT BY UNLAW TAKING-MOVABLE PROP | | | 12 21 97 | CC3921A | WAV |
| 4 D | CRIM'L MISCH-TAMPER W/PROPERTY | | | 12 21 97 | CC3304A2 | WAV |
| 5 E | ILLEGAL TO TAUNT LAW ENFORCEMENT | | | 12 21 97 | DL602A | DIS |
| 6 | | | | | | |

| 34. Advised of His Right to Apply for Assignment of Counsel? | Yes X / No | 35. Public Defender Requested by the Defendant? | Yes X / No | 36. Application Provided for Appointment of Public Defender? | Yes X / No | 37. In cases where so required, I the within named Issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: MM Date YY |
|---|---|---|---|---|---|---|

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| a | a | c | c |
| b | b | d | d |

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Attorney's Name and Address for: | 48. I.D. No. |
|---|---|

45. Commonwealth

46. Complainant

| 47. Defendant | | |
|---|---|---|
| SKLAROSKY, ESQ,, JOSEPH NORTH RIVER ST, LUZ. COUNTY COURTHOUSE WILKES-BARRE, PA 18711 | Private | |
| | X Other | |

| 49. Date of Decision MM DD YY | 50. Fines Amount | 51. Costs | 52. Judgment of Sentence | |
|---|---|---|---|---|
| | $ .00 | $ .00 | | BAL: $ .00 |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment

| Bail at Preliminary Arraignment | | | | 56. Date Bail Posted |
|---|---|---|---|---|
| 53. Type | 54. Amount $ | 55. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | MM DD YY |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing

| Current Bail/Bail at Preliminary Hearing | | | | 60. Date Bail Posted |
|---|---|---|---|---|
| 57. Type | 58. Amount $ | 59. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | MM DD YY |

| 61. If Committed Date | 62. Code | 63. Place of Commitment | | |
|---|---|---|---|---|
| 12 21 97 | C | LUZERNE COUNTY CORR. FACILITY | WILKES-BARRE | PA |

COPY: CLERK OF COURTS

Certified this 6th day of January, 19 78

| 64. Date Transcript Sent to Court MM DD YY |
|---|
| 01 06 98 |

My commission expires first Monday of January, 2000.    SEAL

* 0/00/00

I, the above named Issuing Authority certify that this Transcript is a true and correct Transcript of the Docket.

AOPC 501A-94    PRINTED: 1/06/98 16:47:39

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: **LUZERNE**

**POLICE CRIMINAL COMPLAINT**

| | |
|---|---|
| Magisterial District Number: **11-01-01** | |
| District Justice Name: Hon. **MICHAEL COLLINS** | |
| Address: **106 SOUTH MAIN STREET** **WILKES-BARRE PA. 18702** | |
| Telephone: **717 )825-7373** | |

**COMMONWEALTH OF PENNSYLVANIA**

**VS.**

DEFENDANT: NAME and ADDRESS

┌ **BASS, DENNIS P.** ┐
**283 WYOMING ST.**
**WILKES-BARRE PA. 18702**

Docket No: **CR 515-97**

Date Filed: **12/21/97** ✓

OTN: **E 9T2928-2**

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID |
|---|---|---|---|---|
| ☒ White ☐ Asian ☐ Black ☐ Hispanic ☐ Native American ☐ Unknown | ☐ Female ☒ Male | **1/18/62** | **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** | |

| Defendant's A.K.A. | Defendant's Vehicle Identification Plate Number / State / Registration Sticker (MM/YY) / State | Defendant's Driver's License Number State |
|---|---|---|

| Complaint/Incident Number **L209754** | Complaint/Incident Number if other Participants | UCR/NIBRS Code |
|---|---|---|

District Attorney's Office ☐ Approved ☐ Disapproved because:

(The district attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Cr.P. 107)

| (Name of Attorney for Commonwealth - Please Print or Type) | (Signature of Attorney for Commonwealth) | (Date) |
|---|---|---|

I, **OFFICER BRIAN HORST**    **489**

(Name of Affiant - Please Print or Type)    (Officer Badge Number/I.D.)

of **WILKES-BARRE POLICE DEPARTMENT**

(Identify Department or Agency Represented and Political Subdivision)    (Police Agency ORI Number)    (Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant, who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at **WYSOCKI's 41 SOUTH MAIN STREET**

   (Place - Political Subdivision)

   **WILKES BARRE, PA**

   in **LUZERNE** _____ County on or about **12/20/97 at approx.22:** h

   Participants were: (if there were participants, place their names here, repeating the name of above defendant)
   **dennjis p. Bass**

2. The acts committed by the accused were:

   (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

That the said defendant violated Section 3502 a of the Pa. Crimes Code: BURGL
when he did enter a building with the intent to commit a crime therein, to wit
theft. Defendant entered Wysocki's, which was not open to the public. F-2

That the said defendant violated Section 3921 a of the Pa. Crimes Code: THEFT
BY UNLAWFUL TAKING OR DISPOSITION, when the defendant did unlawfully take and
exercise unlawful control over movable property of another with the intent to
deprive him thereof, to wit, 1 pair Asics GT-2020 Sneakers Size 13, 1 pair New
Balance Sneakers, Size 13, and 1 pair Lotto Concept and Form Sneakers, Size 13

Approximate value $250.00  M-1

AOPC 412-(6/96)

(Continuation of No. 2)

| Defendant's Name: | Dennis P. BASS |
|---|---|
| Docket Number: | |



**POLICE CRIMINAL COMPLAINT**

That the said defendant violated Section 3304 a-2, CRIMINAL MISCHIEF – Summary when he intentionally and recklessly tampers with tangible property of another as to endanger person or property, to wit, defendant damaged the front door to Wysocki's,, which was closed for business and locked.

That the said defendant violated Section 602, a of the Pa. Dog Law, when the defendant did willfully and maliciously kicked and struck Zees who is used by the Wilkes-Barre Police Department as a K-9 Dog.   M-2

That the said defendant violated Section 5104 of the Pa. Crimes Code: RESISTING ARREST OR OTHER LAW ENFORCEMENT.  when the said defendant with the intent to prevent a public servant from effecting an lawful arrest or dischar any other duty, the defendant created a substantial risk of bodily injury to the Officers to kick which the Officers had to employ means to overcome the resistance.  M-2

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | (Section) | (Subsection) | | (PA Statute) | (counts) |
|---|---|---|---|---|---|
| 1. | 3502 | a | of the | Pa. Crimes Code | 1 |
| | 22 5104 | | | Pa. Crimes Code | 1 |
| 2. | 3921 | a | of the | Pa. Crimes Code | 1 |
| 3. | 3304 | a-2 | of the | Pa. Crimes Code | 1 |
| 4. | 602 | a | of the | Pa. Dog Law | 1 |

3.  I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

_December 2_____ , 19_9_

_____
(Signature of Affiant)

AND NOW, on this date ___21 DEC_____ , 19___ , I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

___11-3-01___
(Magisterial District)

_____
(Issuing Authority)

**SEAL**

AOPC 412-(6/96)

2-3



# CRIMINAL COMPLAINT

| Defendant's Name: | Dennis P. BASS |
|---|---|
| Docket Number: | |

## AFFIDAVIT of PROBABLE CAUSE

On 20 December 1997 at 2259 hours, Officer Horst was travelling north on South Main Street. He was stopped at the red light at S. Main and E. Northampton w he heard an alarm sounding. As Officer Horst pulled up to the curb at the Midtown Village he observed two males walking quickly through the Midtown Vil one of the males turned and came over to Officer Horst's vehicle and said he saw a white male with a dark jacket, jeans and a cowboy had leave Wysocki's carrying something. I drove through Midtown Village to S. Franklin Street wh Officer Horst observed a person matching the description walking north on the west side of the Street. One of the witnesses approached Officer Horst and s that was him. Officer Horst drove past the male who was wearing jeans, jean jacket and a cowboy had and carrying three pairs of sneakers, 2 boxed and one pair loose. As Officer Horst exited his vehicle with his k-9 partner he told the defendant to stop because he wanted to talk to him. The defendant refuse and kept walking. Officer Horst approached the defendant and told him to sto and laydown on the ground or he would release his dog Zeus. The defendant refused, he was ordered several times by Officer Horst and Riemensnyder to li down on the ground. The defendant raised his arm with clenched fist and lunge in Officer Horst's direction. Officer Horst stepped backwards and released h dog. Zeus and Officer Horst wrestled the defendant to the ground. Other Officers arrived at the scene and the defendant continued to resist. The defendant was sprayed with pepper spray and continued to resist and fight wit Officers. The defendant was finally subdued and handcuffed by Officers using force necessary to subdue the defendant. The defendant had in his possession at the time he was stopped 1 pair of Lotto Gullit Pro Sneakers Size 13, in bo 1 paid new Balance Sneakers size 13 in box, 1 pair Asics GT-2020 Sneakers not in box. The box for the Asics was found in the store and was ripped open. Th front door of the business was damaged when it was forcibly opened.

During the stop of the defendant when K-9 Zeus was released, the defendant punched Zeus several times in the head and repeatedly kicked him. There are apparent injuries at this time. Defendant was transported to Wilkes-Barre Ge Hospital where he refused to be treated after being sprayed with pepper spray

I, _____Officer Brian Horst_____ , BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this **31** day of **Dec** , 19**97**.

____12/21/97__ Date _____ , District Justice

My commission expires first Monday of January, _____    **SEAL**

COMMONWEALTH OF PEN _VANIA
COUNTY OF: **LUZERNE**

# WAIVER OF
# PRELIMINARY HEARING

### COMMONWEALTH OF

### PENNSYLVANIA

Mag. Dist. No.: **11-1-01**

DJ Name: Hon.
**MICHAEL J. COLLINS**
Address: **106 SOUTH MAIN STREET**
**WILKES BARRE, PA**

Telephone: **(717) 825-7373    18701-1612**

**VS.**

DEFENDANT:            NAME and ADDRESS
**BASS, DENNIS P**
**283 WYOMING STREET**
**WILKES BARRE, PA 18702-5**

**CLERK OF COURTS**
**LUZERNE COUNTY COURTHOUSE**
**WILKES-BARRE, PA 18711**

Docket No.: **CR-0000515-97**
Date Filed: **12/21/97**
OTN: **E 912928-2**



I, the undersigned, certify that I waive my right to a preliminary hearing. I understand that I have a right to this hearing, at which time I have the right to:

1. be represented by counsel,
2. cross-examine witnesses,
3. inspect physical evidence offered against me,
4. call witnesses on my own behalf, offer evidence on my own behalf, and testify,
5. make written notes of the proceedings or have my own counsel do so, and
   make a stenographic, mechanical, or electronic record of the proceedings.

I understand that if a prima facie case of guilt is not established against me at this hearing, the charges against me would be dismissed.

I have had a preliminary arraignment during which I was advised of my right to have a preliminary hearing and of my right to counsel.

I knowingly, voluntarily, and intelligently make this waiver of my preliminary hearing.

Signed this _6th_ day of _January_ , 19 _98_

X _____
(Defendant)

_____
(Attorney)

Attorney for Defendant (If any)
**JOSEPH SKLAROSKY, ESQ,**
**NORTH RIVER ST**
**LUZ. COUNTY COURTHOUSE**
**WILKES-BARRE, PA 18711**

I HAVE DETERMINED THAT THE DEFENDANT HAS MADE A KNOWING, VOLUNTARY, AND INTELLIGENT WAIVER OF HIS RIGHT TO A PRELIMINARY HEARING.

_1/6/98_ Date _____ , District Justice

My commission expires first Monday of January, **2000**.

**SEAL**

AOPC 601-97

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **LUZERNE**

| |
| --- |
| Mag. Dist. No.: **11-1-01** |
| DJ Name: Hon. **MICHAEL J. COLLINS** |
| Address: **106 SOUTH MAIN STREET** **WILKES BARRE, PA** |
| Telephone: (**717**) **825-7373**    **18701-1612** |

**DIST ATTNY**

# WAIVER OF PRELIMINARY HEARING

### COMMONWEALTH OF

### PENNSYLVANIA

**VS.**

DEFENDANT:     NAME and ADDRESS
**BASS, DENNIS P**
**283 WYOMING STREET**
**WILKES BARRE, PA 18702-5**

| |
| --- |
| Docket No.: **CR-0000515-97** |
| Date Filed: **12/21/97** |
| OTN:  **E 912928-2** |



I, the undersigned, certify that I waive my right to a preliminary hearing. I understand that I have a right to this hearing, at which time I have the right to:

1. be represented by counsel,
2. cross-examine witnesses,
3. inspect physical evidence offered against me,
4. call witnesses on my own behalf, offer evidence on my own behalf, and testify,
5. make written notes of the proceedings or have my own counsel do so, and make a stenographic, mechanical, or electronic record of the proceedings.

I understand that if a prima facie case of guilt is not established against me at this hearing, the charges against me would be dismissed.

I have had a preliminary arraignment during which I was advised of my right to have a preliminary hearing and of my right to counsel.

I knowingly, voluntarily, and intelligently make this waiver of my preliminary hearing.

Signed this ___6___ day of ___January___, 19__98__

X _____
(Defendant)

_____
(Attorney)

| Attorney for Defendant (if any) |
| --- |
| **JOSEPH SKLAROSKY, ESQ,** **NORTH RIVER ST** **LUZ. COUNTY COURTHOUSE** **WILKES-BARRE, PA 18711** |

I HAVE DETERMINED THAT THE DEFENDANT HAS MADE A KNOWING, VOLUNTARY, AND INTELLIGENT WAIVER OF HIS RIGHT TO A PRELIMINARY HEARING.

__1/6/98__ Date _____, District Justice

My commission expires first Monday of January, **2000.**          **SEAL**

AOPC 601-97

Report Date: 1/06/98   **CURRENT BAIL INFORMATION**  Time: 4:47

System Date: 1/06/98  Mag. Dist. No.: 11-1-01

Report Id: CSS25R    Docket Number: CR-0000515-97

Defendant Name: **BASS, DENNIS P**

Last Bail Action: **SET** Date: **12/21/97** Time: **11:15AM**

Current Set Amount: $ **50,000.00** Date: **12/21/97**

Common Pleas Court Order Number:_____

Event Type:_____ Date:_____ Time:_____

Release Type 1: **MONETARY BAIL**_____ Release Type 2:_____

Monetary Release Type: **STRAIGHT BAIL**_____

Bail Bond Signed: **NO** Date:_____ Time:_____

| SURETY TYPE | SURETY NAME AND ADDRESS | SECURITY TYPE | POSTED AMOUNT | PAID IN AMOUNT |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

| LAST SURETY TYPE | LAST RECEIPT NUMBER | LAST RECEIPT DATE | LAST RECEIPT AMOUNT | LAST SURETY TYPE | LAST REFUND DATE | LAST REFUND CHECK NUMBER |
|---|---|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ |

Nominal/Unsecured Surety:_____

Release Conditions in Addition to Bail Bond Conditions:_____
_____
_____
_____

Domestic Violence Conditions Imposed? **NO**

_____
_____
_____
_____

Bail Forfeiture Amount: $_____ Date of Execution of Forfeiture:_____

Bail Forfeiture Set Aside Amount: $_____

Reason for Last Bail Action of: _____

_____
_____
_____
_____

A503A-97

**CLERK OF COURTS**

PRINTED: 1/06/98 16:47:39

Report Date: 1/06/98  **CURRENT BAIL INFORMAT** Time: **4:47**

System Date: 1/06/98

Report Id: **CSS25R**

Mag. Dist. No.: **11-1-01**

Docket Number: **CR-0000515-9**



Defendant Name: **BASS, DENNIS P**

Last Bail Action: **SET** Date: **12/21/97** Time: **11:15AM**

Current Set Amount: $ **50,000.00** Date: **12/21/97**

Common Pleas Court Order Number: _____

Event Type: _____ Date: _____ Time: _____

Release Type 1: **MONETARY BAIL** Release Type 2: _____

Monetary Release Type: **STRAIGHT BAIL**

Bail Bond Signed: **NO** Date: _____ Time: _____

| SURETY TYPE | SURETY NAME AND ADDRESS | | SECURITY TYPE | POSTED AMOUNT | PAID IN AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LAST SURETY TYPE | LAST RECEIPT NUMBER | LAST RECEIPT DATE | LAST RECEIPT AMOUNT | LAST SURETY TYPE | LAST REFUND DATE | LAST REFUND CHECK NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Nominal/Unsecured Surety: _____

Release Conditions in Addition to Bail Bond Conditions:

_____
_____
_____

Domestic Violence Conditions Imposed? **NO**

_____
_____
_____

Bail Forfeiture Amount: $ _____ Date of Execution of Forfeiture: _____

Bail Forfeiture Set Aside Amount: $ _____

Reason for Last Bail Action of: _____

_____
_____
_____
_____

A503A-97

**CLERK OF COURTS**

PRINTED: 1/06/98 16:47:39

Report Date: 1/06/98

System Date: 1/06/98

Report Id:  CSS25R

**URRENT BAIL INFORMAT**

Time:  **4:47**

Mag. Dist. No.:  **11-1-01**

Docket Number: **CR-0000515-97**

Defendant Name: **BASS, DENNIS P**

Last Bail Action: **SET**   Date: **12/21/97** Time: **11:15AM**

Current Set Amount: $    **50,000.00** Date:  **12/21/97**

Common Pleas Court Order Number: _____

Event Type: _____   Date: _____   Time: _____

Release Type 1: **MONETARY BAIL**                   Release Type 2: _____

Monetary Release Type:   **STRAIGHT BAIL**

Bail Bond Signed: **NO**   Date: _____   Time: _____

| SURETY TYPE | SURETY NAME AND ADDRESS | SECURITY TYPE | POSTED AMOUNT | PAID IN AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| LAST SURETY TYPE | LAST RECEIPT NUMBER | LAST RECEIPT DATE | LAST RECEIPT AMOUNT | LAST SURETY TYPE | LAST REFUND DATE | LAST REFUND CHECK NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Nominal/Unsecured Surety: _____

Release Conditions in Addition to Bail Bond Conditions: _____

Domestic Violence Conditions Imposed? **NO**

Bail Forfeiture Amount: $ _____   Date of Execution of Forfeiture: _____

Bail Forfeiture Set Aside Amount: $ _____

Reason for Last Bail Action of: _____

A503A-97

**DISTRICT ATTORNEY**

PRINTED:  1/06/98 16:47:39

DISTRICT JUSTICE SYSTEM
BAIL HISTORY REPORT

REPORT DATE: 1/06/98
SYSTEM DATE: 1/06/98
REPORT ID...: CSR44R

PAGE      1
TIME      16:47:53
USER      VMACARAV
MAG DIST  11-1-01

OTN: E 912928-2
DOCKET NUMBER: CR-0000515-97
DEFENDANT: BASS, DENNIS P.

DOCKET NUMBER: CR-0000515-97

| | ACTION DATE | ACTION TIME | DATE UPDATED | BAIL SET AMOUNT |
|---|---|---|---|---|
| SET | 12/21/97 | 11:15AM | 12/23/97 | $50,000.00 |

RELEASE TYPES: MONETARY   STRAIGHT BAIL

Louise _District Attorney_    P. Tallman _Court Stenographer_    Hakin _Atty. for Defendant_

**No.** 19503

## COURT OF COMMON PLEAS - CRIMINAL DIVISION
## COUNTY OF LUZERNE
### THE COMMONWEALTH OF PENNSYLVANIA

Dennis **vs.** Bass

1.

2.

3.

| | Indictments | ☐ Yes ☐ No | Transcripts | ☐ Yes ☐ No | Commitment Issued | | ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|
| CHARGE | Burg Theft, Rec Stolen | | | | No. | 31 | 19 |
| PLEA | Bail Mod | DISPOSITION | | | DATE | 1-22- | |
| Pay Costs of Prosecution | | ☐ Yes ☐ No | | Pre-Sentence Investigation Requested | | ☐ Yes | ☐ No |

Modify Bail — w/ Pre-Trial
Services CA...

R. O. R. - $5,000.

- No alc Publicly or Privately
- Do not Drunk & Drive ✓
- No alc — Drugs + Para or Do not assoc w/ anyo...
- No Contact w/ Victims    using

- Dept released Pending a/° Detainer

CLERK Dolores Kachust (2) / Cappellini, J...

| CERTIFICATION OF BAIL AND DISCHARGE | | POLICE CASE NO. | D.J. NO. |
|---|---|---|---|
| | | | C.P. TERM & NO. 131 of 98 |

**COMMONWEALTH VS.** *(Defendant Name and Address)*

DENNIS BASS
R#1 W. MAPLE ST.
WILKES BARRE, PA.

☒ ROR (no surety)    ☐ Nominal Bail
☐ Bail (total amount set, if any)    $ 5,000

☐ **Conditions of Release** (aside from appearing at court when required:)

ALL CONDITIONS IMPOSED BY PRE-TRIAL
SERVICES.
NO CONTACT WITH VICTIM

(attach addendum, if necessary)

**SECURITY OR SURETY (IF ANY)**
☐ Surety Company
☐ Professional Bondsman
☐ Realty
☐ Other

**JUDGE OR ISSUING AUTHORITY**

**CHARGE(S):**

BURGLARY, THEFT,
CRIMINAL MISCHIEF
RESISTING ARREST

**DATE OF CHARGE(S)**

12-20-97

**NEXT COURT ACTION**

| DATE AND TIME | LOCATION |
|---|---|

**TO:** ☐ Detention Center    ☐ Other

I hereby certify that sufficient bail has been entered

☐ By the defendant    ☐ On behalf of the defendant by:

*[Name & Address of Surety]*                    *(License No.)*

● Refund of cash bail will be made within 20 days after final disposition. (Pa.R.Cr.P. 4015(b))

● Refund of all other types of bail will be made promptly after 20 days following final disposition. (Pa.R.Cr.P. 4015(a))

● Bring Cash Bail Receipt to Clerk of Court.

**APPEARANCE OR BAIL BOND**

THIS BOND IS VALID FOR THE ENTIRE PROCEEDINGS AND UNTIL FULL AND FINAL DISPOSITION OF THE CASE INCLUDING FINAL DISPOSITION OF ANY PETITION FOR WRIT OF CERTIORARI OR APPEAL TIMELY FILED IN THE SUPREME COURT OF THE UNITED STATES.

DISCHARGE THE ABOVE-NAMED DEFENDANT FROM CUSTODY IF DETAINED FOR NO OTHER CAUSE THAN THE ABOVE STATED.

Given under my hand and the Official Seal of this Court,

this 22 day of JANUARY , 19 98

_Cappellim J_ (SEAL)
*(Clerk of Court or Issuing Authority)*

WE, THE UNDERSIGNED, defendant and surety, our successors, heirs and assigns, are jointly and severally bound to pay to the Commonwealth of Pennsylvania the sum of _____ dollars ($ _____ ).

## SEE REVERSE SIDE FOR BAIL CONDITIONS

**CERTIFICATION OF COUNTER INDEMNITY AND PREMIUM** (Applicable Only When Surety Is A Corporation)

_____ , Principal, and _____ Surety

hereby certify that the amount paid by said Principal to said Surety for bail in the above matter is $ _____
and that no further sum or sums is to be paid therefore by the said Principal or anyone on his behalf.

We further certify that said Principal has given to said Surety counter indemnity consisting of _____
of the value of $ _____ and no further counter indemnity is to be given the said Surety except
as follows:

We further certify that there are no judgments against the said corporate surety outstanding and unpaid for a period of more than thirty days from the date of the entry of such judgment except those in which a petition to open or vacate the judgment has been filed and remains undisposed of:

Dated: _____ , 19 ____

*(Principal)* _____ (SEAL)

MUST BE SIGNED IN PERSON
BY THE APPROVED AGENT

I ACKNOWLEDGE THAT I AM LEGALLY RESPONSIBLE FOR THE FULL AMOUNT OF THE BAIL.

*The following acknowledgement is also applicable if Percentage Cash Bail is used.*

THIS BOND SIGNED ON Jan 22 19 98
at Wilkes Barre PENNSYLVANIA.

Signed and acknowledged before me this
22 day of Jan , 19 98

_Cappellim J_
*(Clerk of Court or Issuing Authority)*

● In case of corporate surety bail, Power of Attorney must

*(Surety)* _____ (SEAL)

X _D▼▼_ (SEAL)
SIGNATURE OF DEFENDANT

_____ (SEAL)

Signature of Surety (May be Bondsman, Bail Agency, or private individual or organization). Except when defendant is released on his own recognizance (ROR), this must be signed in all bail situations, including nominal bail.

ADDRESS OF SURETY, SURETY COMPANY OR DEFENDANT

Surety No. or Professional Bondsman License No. & Expiration Date
● In case of Percentage Cash Bail or Nominal Bail, Pow

*13*

**IN THE COURT OF COMMON PLEAS OF THE COUNTY OF LUZERNE**
**INFORMATION**

APPROVED   MAR 23 1998

COMMONWEALTH OF PENNSYLVANIA

      VS.

DENNIS P. BASS

Criminal Action No. __131__ of 19_98_

        THE DISTRICT ATTORNEY OF THE COUNTY OF LUZERNE by this
information charges that _____ DENNIS P. BASS _____
on or about the ___20th___ day of _____ December _____, 19_97_,
in said County,

(1)   did without license or privilege, enter a building or occupied
structure, or separately secured or occupied portion thereof, at Wysocki's,
41 South Main Street, Wilkes-Barre, with intent to commit a crime therein;
said premises not being open to the public at the time.

**BURGLARY, 18 Pa. C.S.A. § 3502 (a)**

(2)   AND THE DISTRICT ATTORNEY OF THE COUNTY OF LUZERNE further charges that
DENNIS P. BASS on the day and year aforesaid, in said County, with the intent
of preventing Brian Horst, public servant, from effecting a lawful arrest or
discharging another duty, did create a substantial risk of bodily injury to
the said public servants and/or did employ means justifying or requiring
substantial force to overcome the resistance by engaging in violent or
tumultuous behavior toward the said public servant, Brian Horst, Wilkes-Barre
Police Department.

**RESISTING ARREST OR OTHER LAW ENFORCEMENT, 18 Pa. C.S.A. § 5104**

(3)   AND THE DISTRICT ATTORNEY OF THE COUNTY OF LUZERNE further charges that
DENNIS P. BASS on the day and year aforesaid, in said County, did unlawfully
take or exercise unlawful control over three pair of sneakers, of a total
value of $250.00, the property of Wysocki's, 41 South Main Street, Wilkes-
Barre, with intent to deprive it thereof.

**THEFT BY UNLAWFUL TAKING OR DISPOSITION, 18 Pa. C.S.A. § 3921 (a)**

Summary Offense:
Criminal Mischief, 18 Pa. C.S.A. § 3304 (a)(2)

All of which is against the Act of Assembly and the peace and dignity of the
Commonwealth of Pennsylvania.

APR 03 1998

Now,_____, 19_____, the
Defendant pleads
_NOT_ _____ guilty.

ATTORNEY FOR THE COMMONWEALTH

X _____
Defendant

_____
Attorney for Defendant

Brian Horst
    Affiant
Police Dept., Wilkes-Barre
    Address

(3)

COMMONWEALTH OF PENNSYLVANIA    :  IN THE COURT OF COMMON PLEAS

VS.    98 APR -3 AM 11: 55   :  OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS                 :  NO(S). 131 OF 98

### NOTICE OF CHANGE OF ADDRESS

DENNIS BASS do hereby by provides the Public Defender's Office with the following

information.

1.    Last mailing address was R. 51 W. MAPLE ST. W-B, PA. 18702.

2.    Last place of residence was Same

3.    Current maining address is 613 N. FRANKLIN ST. W-B, PA. 18702.

4.    Current place of residence is SAME.

5.    Current phone number is NONE.

6.    Copies of this notice has been sent to:

    A.    Clerk of Courts           [ X ]

    B.    Bondsman             [   ]

    C.    District Attorney's Office    [ X ]

DATE: APRIL 3, 1998          BY:   Regina M. Seacrist

                          OFFICE OF THE PUBLIC DEFENDER'S



COMMONWEALTH OF PENNSYLVANIA    :    IN THE COURT OF COMMON PLEAS

               VS.    :    OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS    :    NO. 131 OF 98

## REQUEST FOR DISCOVERY

The above-named Defendant, by and through counsel, the Public Defender's Office of Luzerne County, in compliance with the informal request provision for pre-trial discovery and inspection, Pa.R.C.P. 305(A), hereby makes demand for the following information and material, Rules 305(B)(1)(a-g) and 305(B)(2)(a-d):

a. Any evidence favorable to the accused which is material either to guilt or to punishment, and which is within the possession of the Attorney for the Commonwealth;

b. Any written confession or inculpatory statement, or the substance of any oral confession or inculpatory statement and the identity of the person to whom the confession or inculpatory statement was made, which is in the possession or control of the Attorney for the Commonwealth;

c. The Defendant's prior criminal record;

d. The circumstances and results of any identification of the Defendant by voice, photograph, or in-person identification;

e. Results or reports of scientific tests, expert opinions, and written or recorded reports of polygraph examinations or other physical or mental examination of the Defendant, which are within the possession or control of the

Attorney for the Commonwealth;

       f.  Any tangible objects, including documents, photographs, fingerprints, or other tangible evidence;

       g.  The transcripts and recordings of any electronic surveillance and the authority by which the said transcripts and recordings were obtained;

       h.  The names and addresses of eye witnesses;

       i.  All written or recorded statements and substantially verbatim oral statements made by co-defendants, co-conspirators or accomplices, whether such individuals have been charged or not;

       j.  All written or recorded statements and substantially verbatim oral statements of eye witnesses to the alleged crime which the Commonwealth intends to call at trial.

       k.  All State Police reports and lab results.

       l.  All copies of prior records.

**WHEREFORE,** the Defendant requests the said discovery.

Respectfully submitted,

*Charles G. Ross Jr.*

CHARLES G. ROSS JR.., ESQUIRE
Assistant Public Defender
Counsel for Defendant

      Served on the District Attorney's Office on the 18TH day of NOVEMBER, 1998.

District Attorney     *H. O'Hearn* Court Stenographer     Atty. for Defendant *P.D.*

**No.** 30215    **COURT OF COMMON PLEAS - CRIMINAL DIVISION**
**COUNTY OF LUZERNE**
**THE COMMONWEALTH OF PENNSYLVANIA**
**vs.**

1.    *Dennis Bass*
2.
3.

| Indictments ☐ Yes ☐ No | Transcripts ☐ Yes ☐ No | Commitment Issued ☐ Yes ☐ No |
|---|---|---|

CHARGE _____     No. *131*    19 *98*

PLEA *Jury Trial*    DISPOSITION     DATE *12-1-98*

Pay Costs of Prosecution ☐ Yes ☐ No    Pre-Sentence Investigation Requested ☐ Yes ☐ N

#131/98

Ct 1 Burglary — Guilty
Ct 2 Resist arr or other law enforcement — guilty
Ct 3 Theft by unlaw taking or disp — Guilty

Sent Fri Jan. 8, 1999.
P S I y filed Jan 6, 1999.

Sum.
Criminal Misch — Merged W/Cts 1-2-3.

Bail Cont Pending Sent

CLERK *S Kelly*     ⑥ *Toole, J.*

COMMONWEALTH OF PENNSYLVANIA          :      IN THE COURT OF COMMON PLEAS
                                             OF LUZERNE COUNTY
                    VS.                :          CRIMINAL

_Dennis Boss_                          :      NO. _131_ _____ OF 19__

INFORMATION

COUNT 1    _Burglary_
COUNT 2    _Resisting Arrest_
COUNT 3    _Theft_
COUNT 4    _____
COUNT 5    _____
COUNT 6    _____
COUNT 7    _____
COUNT 8    _____

VERDICT

AND NOW, DEC  01 , 19 98 , WE, THE JURY EMPANELED
IN THE ABOVE CASE FIND THE DEFENDANT

_____ Guilty _____    OF COUNT 1
         (GUILTY OR NOT GUILTY)

_____ Guilty _____    OF COUNT 2
         (GUILTY OR NOT GUILTY)

_____ Guilty _____    OF COUNT 3
         (GUILTY OR NOT GUILTY)

_____    OF COUNT 4
         (GUILTY OR NOT GUILTY)

_____    OF COUNT 5
         (GUILTY OR NOT GUILTY)

_____    OF COUNT 6
         (GUILTY OR NOT GUILTY)

_____    OF COUNT 7
         (GUILTY OR NOT GUILTY)

_____    OF COUNT 8
         (GUILTY OR NOT GUILTY)

_Value of Property_ # _250_,00

                              _Robert M Graus_
                              FOREPERSON

## Court of Common Pleas of Luzerne County

## Criminal   Judge Toole

### COMMONWEALTH

*vs.*

Dennis Bass

_____ Defendant.

_____ Prosecutor.

No. 31                              19 98

Crime Burg. Resisting Theft

on 1 day of Dec 19 9#

Tried before Hon. P. Toole

Appearance for Commonwealth   J Vullo.

"     "   Defendant   C Rose PD

### JURORS SWORN

| # | Juror | No. | Commonwealth | Defendant | Challenge |
|---|-------|-----|--------------|-----------|-----------|
| 1 | WARREN SMITH | 165 | | | |
| 2 | JUDITH MATTHEWS | 104 | | | |
| 3 | DAVID KIRBY | 99 | | 1 | |
| 4 | MICHAEL KOSTKOWSKI | 117 | | 2 | |
| 5 | ROBERT OPACHINSKI | 122 | | | |
| 6 | FRED DYMOND III | 206 | | 3 | |
| 7 | TAMMY RUGER | 148 | | | |
| 8 | MARGARET FISCHER | 208 | | | |
| 9 | WILLIAM HASHAGEN | 57 | 1 | | |
| 10 | JANN KRUSHKA | 88 | | | |
| 11 | JILL TRIVELPIECE | 181 | | | |
| 12 | DAVID SAWICKI | 152 | | 4 | |
| 13 | GEORGE SMITH | 163 | | | |
| 14 | ANNE CORNELL | 28 | | | 4 |
| 15 | EVELYN GROFF | 54 | | | |
| 16 | ANNA BOLTZ | 14 | | | 5 |
| 17 | JOHN GRIMES II | 53 | 2 | | |
| 18 | PAUL TALIGA | 174 | | | |
| 19 | STEPHEN CRANE | 30 | | 3 | |
| 20 | TERRANCE MORAN | 114 | | 5 | |
| 21 | ANN HANKEY | 212 | 7 | | |
| 22 | ROBERT EVANS | 40 | | | |
| 23 | GLADYS READER | 140 | | 6 | |
| 24 | EDWARD FARRELL | 42 | | | |
| 25 | MARY STOUT | 172 | 6 | | |
| 26 | FRANCES WEAVER | 186 | 7 | | |
| 27 | JESSIE MEYER | 108 | A | | |
| 28 | DEBORAH PICARD | 132 | A | | |
| 29 | LINDA BENSON | 9 | | | |
| 30 | RICHARD MIESZKOWSKI | 110 | | | |
| 31 | MARY ELLEN IOLERICO | 177 | | | |
| 32 | SUSAN TRAPANE | 180 | | | |
| 33 | JEAN PAULSHOCK | 129 | | | |
| 34 | BRIAN CHAMBERLAIN | 22 | | | |
| 35 | ANTHONY BADAMO | 6 | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |

3:12

Stenographer.                              Clerk.

# Court of Common Pleas of Luzerne County
## Criminal

**COMMONWEALTH**

vs.

Dennis Bass

_____

_____ Defendant.

_____ Prosecutor.

No. 131                                   19 98

Crime Burg. Receiving Theft. Crim mis

on 1st day of Dec          19 98

Tried before Hon. P. Toole

Appearance for Commonwealth J. Vullo

"   "  Defendant  C Ross P.D.

| | Commonwealth | Defendant | Challenge | | | Commonwealth | Defendant | Challenge |
|---|---|---|---|---|---|---|---|---|
| 1 WARREN SMITH 165 | | | | 21 | | | | |
| 2 Judith Matthews 104 | | | | 22 | | | | |
| 3 George Smith 163 | | | | 23 | | | | |
| 4 EVELYN GROFF 54 | | | | 24 | | | | |
| 5 Robert Opachinski 122 | | | | 25 | | | | |
| 6 Paul Taliga 174 | | | | 26 | | | | |
| 7 Tommy Ruger 148 | | | | 27 | | | | |
| 8 MARGARET Fischer 208 | | | | 28 | | | | |
| 9 Robert Evans 40 | | | | 29 | | | | |
| 10 Jann Krushka 88 | | | | 30 | | | | |
| 11 Jill Trivelpiece 181 | | | | 31 | | | | |
| 12 Edward Farrell 42 | | | | 32 | | | | |
| 1A 13 Linda Benson 9 | | | | 33 | | | | |
| 2A 14 Mary Ellyn Tolerico 177 | | | | 34 | | | | |
| 15 | | | | 35 | | | | |
| 16 | | | | 36 | | | | |
| 17 | | | | 37 | | | | |
| 18 | | | | 38 | | | | |
| 19 | | | | 39 | | | | |
| 20 | | | | 40 | | | | |

## JURORS SWORN

K. O'Hearn

Stenographer

J. Rook

Clerk

*M. Olshefske*
District Attorney

*K. O'Hearn*
Court Stenographer

*C. Ross*
Atty. for Defendent   PD's

**No.** 30743   **COURT OF COMMON PLEAS - CRIMINAL DIVISION**
**COUNTY OF LUZERNE**
**THE COMMONWEALTH OF PENNSYLVANIA**

*51B Stanley*
*upper arkam*
*Hanover, PA*
*18702*

*10*

**vs.**

*Dennis Bass*

1.
2.                                              *820-2739*
3.

| Indictments | ☐ Yes ☐ No | Transcripts | ☐ Yes ☐ No | Commitment Issued | ☐ Yes ☐ No |

**CHARGE** *Burglary; Resist arrest; Theft by*   **No.** *131*   19 *98*

**PLEA**   **DISPOSITION** *Unlawf Taking*   **DATE** *1-8-99*

| Pay Costs of Prosecution | ☐ Yes ☐ No | | Pre-Sentence Investigation Requested | ☐ Yes ☐ No |

*Sentencing:*

*131-98 - Burglary - Min 24 mos - Max 48 mos*
      *S. C. I.*

      *Resist arrest - Min 6 mos - Max 12 mos*
                    *Concurrent to Burglary*

      *Theft - requires no sentence.*

*- Deft remanded for Classification - 1-15-99*
*Bail pending appeal is Denied by the Court.*
*Mental Health Evaluation - treat*
*Pay all court Costs*
*No contact w/victim or establishment*
*Restitution - $165.00 w/i 12 mos of release*

*Crim. Misch - merges for sentencing purpose.*

*Deft advised of all rights*

**CLERK** *Molly Sheridan*   ② *Judge Toole*

# PENNSYLVANIA COMMISSION ON SENTENCING
## GUIDELINE SENTENCE FORM [5th Edition, 6/13/97]

Commission Form ID Number
**148390**

| Offender's Name (Last, First, Middle) | | Date of Birth | Sex | Form |
|---|---|---|---|---|
| BASS Dennis Patrick | | 1-18-62 | ☑ Male / ☐ Female | 2 of 3 |

| State ID Number | Police Photo ID Number | Social Security Number | Race |
|---|---|---|---|
| | | 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 | ☑ White ☐ Hispanic ☐ Am. Indian / ☐ Black ☐ Asian ☐ Other |

| Judge's Name | County | Person Completing Form | Date of Sentence |
|---|---|---|---|
| Honorable Patrick J. Toole Jr. | Luzerne | J. Steve Jr. | 1-8-99 |

**Identification**

---

**Prior Record**

☑ Check box if same Prior Record Score information is found on another form from this judicial proceeding. Do not enter information again; give Commission Form ID # from other form: 148389

| | Juvenile Adjudication | Adult Conviction |
|---|---|---|
| Murder & inchoates | | |
| Vol. Manslaughter | | |
| Rape | | |
| Kidnapping | | |
| I.D.S.I. | | |
| Arson (F-1/person) | | |
| Robbery (SBI) | | |
| Rob. Motor Veh (SBI) | | |
| Agg. Assault (SBI) | | |
| Drug Del. Death | | |
| Burglary (house/person) | | |
| Ethnic Intimidation to F1 | | |

Add # of offenses in each block & enter sum   [ ] + [ ] [ ] x4= [ ]  **A**

Inchoate to 4 pt. off's

| Arson (F1/no person) | | |
|---|---|---|
| Robbery (other F1) | | |
| Robbery Motor Vehicle (no SBI) | | |
| Agg. Assault (att. SBI) | | |
| Burglary (other F1) | | |
| Agg. Indecent Assault | | |
| Sexual Assault | | |
| Other Felony 1s | | |

Add # of offenses in each block & enter sum   [ ] + [ ] [ ] x3= [ ]  **B**

Felony 2s   [ ] + [ ] x2= [ ]  **C**

Fel. Drugs [>= 50gr.]   [ ] + [ ] x3= [ ]

Other Felony drugs   [ ] + [ ] x2= [ ]

| Felony 3s | |
| M1 - Death | |
| M1 - Weapon | |
| M1 - Children | |
| M1 - DUI | |

Add # of offenses in each block & enter sum   [ ] + [ ] x1= [ ]

Other Misd.   0-1=0  4-6=2   [ ] = [ ]
2-3=1  7+ =3

**PRIOR RECORD SCORE:**
If A is 8 points or greater, and the OGS = 9 or more:  **PRS = REVOC**
Otherwise, if A + B is 6 points or greater:  **PRS = RFEL**
Otherwise, PRS = A + B + C [maximum = 5]:  **PRS = _____**

---

**Current Offense**

| Offense Name/Description: | Date of Offense |
|---|---|
| Resisting Arrest | 12-21-97 |

| Title & Section | Docket # | Count # |
|---|---|---|
| 18 S 5104 | 131-98 | 2 |

| Grade | OGS | PRS | OTN |
|---|---|---|---|
| M2 | 2 | RFEL | E912928-2 |

**Sentencing Information**

| GUIDELINE RANGES | Mitigated | Standard | Aggravated | LEVEL |
|---|---|---|---|---|
| | 3 | 6-<12 | 15 | 1 |

Mandatory minimum, if applicable: _____

**MANDATORY**
☑ None
☐ Drugs to Minors (18-6314)
☐ Drug Trafficking (18-7508)
☐ Visible Firearm (42-9712)
☐ Two/Three Strikes (42-9714)
☐ Elderly (42-9717)
☐ Children (42-9718)
☐ DUI (75-3731) (below):
_____ 1st _____ 3rd
_____ 2nd _____ 4th+
☐ Other_____

**ENHANCEMENT**   ☑ None
☐ Deadly Weapon/Possessed
☐ Deadly Weapon/Used
Weapon: Type: _____
☐ Youth/Drug Distribution
☐ School/Drug Distribution

**OTHER INFORMATION**   Yes  No
Drug Dependent   ☐ ☐
IP Eligible   ☐ ☐
Boot Camp Eligible   ☐ ☑
PSI Completed   ☑ ☐
D&A Eval. Completed   ☐ ☑
Sexually Viol. Predator   ☐ ☐

---

**Sentence Imposed**

**CONFINEMENT/INTERMEDIATE PUNISHMENT**

☑ Confinement/State Facility   Boot Camp Authorized   ☐ Yes ☐ No
☐ Confinement/County Facility   Work Release Authorized   ☐ Yes ☐ No
Minimum: 6 [mos.]
Maximum: 12 [mos.]
Credit for Time Served: _____ [days]

☐ Intermediate Punishment
RIP Period: _____ [mos.]
Program(s):_____
RS Period: _____ [mos.]
Program(s):_____

If DRUG DEPENDENT: is IP consistent with clinical recommendation? ☐ Yes ☐ No

**RESTORATIVE SANCTIONS**
☐ Probation Period: _____ [mos.]
Condition(s): _____
☐ Fines [Amt.]   $ _____
☐ Restitution [Amt.]   $ _____
☐ Costs [Amt.]   $ _____
☐ Guilty without further penalty [NFP]

| GUIDELINE CONFORMITY | | CONCURRENT/CONSECUTIVE |
|---|---|---|
| ☑ Standard | Departure | This sentence is: |
| ☐ Aggravated | ☐ Below | ☑ Concurrent to: Burglary |
| ☐ Mitigated | ☐ Above | ☐ Consecutive to: _____ |
| Write reasons on back of form. | | ☐ TOTALLY CONCURRENT |

---

**TYPE OF DISPOSITION**
☐ Neg. Guilty Plea   ☐ Bench Trial   ☐ Nolo Contendere
☐ Non-Neg. Guilty Plea   ☑ Jury Trial   ☐ Other

JUDGE'S SIGNATURE   Patrick J. Toole Jr.   DATE 1-21-99

PLEASE INDICATE THE CUMULATIVE SENTENCE IMPOSED DURING THE JUDICIAL PROCEEDING

Minimum Confinement: 6 [mos.]
Maximum Confinement: 12 [mos.]
Other: _____ [mos.]

PCS 6  6/97

# PENNSYLVANIA COMMISSION ON SENTENCING
## GUIDELINE SENTENCE FORM [5th Edition, 6/13/97]



**Commission Form ID Number:** 148391

| Identification | |
|---|---|
| Offender's Name (Last, First, Middle): BASS Dennis Patrick | Date of Birth: 1-18-62 | Sex: ☑ Male ☐ Female | Form 3 of 3 |
| State ID Number | Police Photo ID Number | Social Security Number: 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 | Race: ☐ White ☐ Black ☐ Hispanic ☐ Asian ☐ Am. Indian ☐ Other |
| Judge's Name: Honorable Patrick J. Toole Jr. | County: Luzerne | Person Completing Form: J. Steve Jr. | Date of Sentence: 1-8-99 |

☑ Check box if same Prior Record Score information is found on another form from this judicial proceeding. Do not enter information again; give Commission Form ID # from other form: 148399

**Current Offense**

Offense Name/Description: Theft By Unlawful Taking
Date of Offense: 12-21-97
Title & Section: 18 3921(A)
Docket #: 131-98
Count #: 3
Grade: M1  OGS: 3  PRS: RFEL  OTN: E912928-2

**Prior Record**

| | Juvenile Adjudication | Adult Conviction |
|---|---|---|
| Murder & inchoates | | |
| Vol. Manslaughter | | |
| Rape | | |
| Kidnapping | | |
| I.D.S.I. | | |
| Arson (F-1/person) | | |
| Robbery (SBI) | | |
| Rob. Motor Veh (SBI) | | |
| Agg. Assault (SBI) | | |
| Drug Del. Death | | |
| Burglary (house/person) | | |
| Ethnic Intimidation to F1 | | |
| Add # of offenses in each block & enter sum [A] | ☐ + ☐ x4= ☐ | |
| Inchoate to 4 pt. off's | | |
| Arson (F1/no person) | | |
| Robbery (other F1) | | |
| Robbery Motor Vehicle (no SBI) | | |
| Agg. Assault (att. SBI) | | |
| Burglary (other F1) | | |
| Agg. Indecent Assault | | |
| Sexual Assault | | |
| Other Felony 1s | | |
| Add # of offenses in each block & enter sum [B] | ☐ + ☐ x3= ☐ | |
| Felony 2s | ☐ + ☐ x2= ☐ | |
| Fel. Drugs [>= 50gr.] | ☐ + ☐ x3= ☐ [C] | |
| Other Felony drugs | ☐ + ☐ x2= ☐ | |
| Felony 3s | | |
| M1 - Death | | |
| M1- Weapon | | |
| M1 - Children | | |
| M1- DUI | | |
| Add # of offenses in each block & enter sum | ☐ + ☐ x1= ☐ | |
| Other Misd. | 0-1=0  4-6=2 | |
| | 2-3=1  7+ =3 | |

**PRIOR RECORD SCORE:**
If A is 8 points or greater, and the OGS = 9 or more: **PRS = REVOC**
Otherwise, if A + B is 6 points or greater: **PRS = RFEL**
Otherwise, PRS = A + B + C (maximum = 5): **PRS = _____**

**Sentencing Information**

| GUIDELINE RANGES | Mitigated | Standard | Aggravated | LEVEL |
|---|---|---|---|---|
| | 9 | 12 - 18 | 21 | 2 |

Mandatory minimum, if applicable: _____

**MANDATORY**
☑ None
☐ Drugs to Minors (18-6314)
☐ Drug Trafficking (18-7508)
☐ Visible Firearm (42-9712)
☐ Two/Three Strikes (42-9714)
☐ Elderly (42-9717)
☐ Children (42-9718)
☐ DUI (75-3731) (below):
  _____ 1st  _____ 3rd
  _____ 2nd  _____ 4th+
☐ Other_____

**ENHANCEMENT** ☑ None
☐ Deadly Weapon/Possessed
☐ Deadly Weapon/Used
Weapon: Type: _____
☐ Youth/Drug Distribution
☐ School/Drug Distribution

**OTHER INFORMATION**
| | Yes | No | |
|---|---|---|---|
| | ☐ | ☐ | Drug Dependent |
| | ☐ | ☐ | IP Eligible |
| | ☐ | ☐ | Boot Camp Eligible |
| | ☑ | ☐ | PSI Completed |
| | ☐ | ☑ | D&A Eval. Completed |
| | ☐ | ☐ | Sexually Viol. Predator |

**Sentence Imposed**

**CONFINEMENT/INTERMEDIATE PUNISHMENT**
☐ Confinement/State Facility  Boot Camp Authorized ☐ Yes ☐ No
☐ Confinement/County Facility  Work Release Authorized ☐ Yes ☐ No
  Minimum: _____ [mos.]
  Maximum: _____ [mos.]
  Credit for Time Served: _____ [days]
☐ Intermediate Punishment
  RIP Period: _____ [mos.]
  Program(s): _____
  RS Period: _____ merges w/ law _____ [mos.]
  Program(s): _____
If DRUG DEPENDENT: is IP consistent with clinical recommendation? ☐ Yes ☐ No

**RESTORATIVE SANCTIONS**
☐ Probation Period: _____ [mos.]
  Condition(s): _____
☐ Fines [Amt.]  $ _____
☐ Restitution [Amt.]  $ _____
☐ Costs [Amt.]  $ _____
☐ Guilty without further penalty [NFP]

**GUIDELINE CONFORMITY**
☐ Standard  Departure
☐ Aggravated ☐ Below
☐ Mitigated ☐ Above
Write reasons on back of form.

**CONCURRENT/CONSECUTIVE**
This sentence is:
☐ Concurrent to: _____
☐ Consecutive to: _____
☐ TOTALLY CONCURRENT

**TYPE OF DISPOSITION**
☐ Neg. Guilty Plea  ☐ Bench Trial  ☐ Nolo Contendere
☐ Non-Neg. Guilty Plea  ☑ Jury Trial  ☐ Other

**PLEASE INDICATE THE CUMULATIVE SENTENCE IMPOSED DURING THE JUDICIAL PROCEEDING**
Minimum Confinement: _____
Maximum Confinement: _____
Other: Requires No Sentence

**JUDGE'S SIGNATURE:** Patrick J. Toole Jr.  **DATE:** 1-21-99

PCS 6  6/97

# PENNSYLVANIA COMMISSION ON SENTENCING
## GUIDELINE SENTENCE FORM [5th Edition, 6/13/97]

Commission Form ID Number: **148389**

**Identification**

| Offender's Name (Last, First, Middle) | Date of Birth | Sex | Form |
|---|---|---|---|
| BASS Dennis Patrick | 1-18-62 | ☑ Male ☐ Female | 1 of 3 |

| State ID Number | Police Photo ID Number | Social Security Number | Race |
|---|---|---|---|
| | | 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 | ☑ White ☐ Hispanic ☐ Am. Indian ☐ Black ☐ Asian ☐ Other |

| Judge's Name | County | Person Completing Form | Date of Sentence |
|---|---|---|---|
| Honorable Patrick J Toole Jr. | Luzerne | J. Steve Jr. | 1-8-99 |

☐ Check box if same Prior Record Score information is found on another form from this judicial proceeding. Do not enter information again; give Commission Form ID # from other form:

**Current Offense**

Offense Name/Description: Burglary
Date of Offense: 12-21-97
Title & Section: 18 3502 (A)
Docket #: 131-98
Count #: 1
Grade: F2   OGS: 5   PRS: RFEL   OTN: E912928-2

**Prior Record**

| | Juvenile Adjudication | Adult Conviction |
|---|---|---|
| Murder & inchoates | | |
| Vol. Manslaughter | | |
| Rape | | |
| Kidnapping | | |
| I.D.S.I. | | |
| Arson (F-1/person) | | |
| Robbery (SBI) | | |
| Rob. Motor Veh (SBI) | | |
| Agg. Assault (SBI) | | |
| Drug Del. Death | | |
| Burglary (house/person) | | |
| Ethnic Intimidation to F1 | | |

Add # of offenses in each block & enter sum: ☐ + ☐ x4 = ☐ **A**

| | | |
|---|---|---|
| Inchoate to 4 pt. off's | | |
| Arson (F1/no person) | | |
| Robbery (other F1) | | |
| Robbery Motor Vehicle (no SBI) | | |
| Agg. Assault (att. SBI) | | |
| Burglary (other F1) | | 2 |
| Agg. Indecent Assault | | |
| Sexual Assault | | |
| Other Felony 1s | | 1 |

Add # of offenses in each block & enter sum: ☐ + 3 x3 = 9 **B**

Felony 2s: ☐ + ☐ x2 = ☐

Fel. Drugs [>= 50gr.]: ☐ + ☐ x3 = ☐ **C**

Other Felony drugs: ☐ + ☐ x2 = ☐

| | |
|---|---|
| Felony 3s | |
| M1 - Death | |
| M1 - Weapon | |
| M1 - Children | |
| M1 - DUI | |

Add # of offenses in each block & enter sum: ☐ + ☐ x1 = ☐

Other Misd. 4   0-1=0  4-6=2   2-3=1  7+=3   ☐ 2 = 2

**PRIOR RECORD SCORE:**
If A is 8 points or greater, and the OGS = 9 or more:  PRS = REVOC
Otherwise, if A + B is 6 points or greater:  PRS = RFEL
Otherwise, PRS = A + B + C (maximum = 5):  PRS = RFEL

**Sentencing Information**

| GUIDELINE RANGES | Mitigated | Standard | Aggravated | LEVEL |
|---|---|---|---|---|
| | 21 | 24-36 | 39 | 2 |

Mandatory minimum, if applicable: _____

**MANDATORY**
☑ None
☐ Drugs to Minors (18-6314)
☐ Drug Trafficking (18-7508)
☐ Visible Firearm (42-9712)
☐ Two/Three Strikes (42-9714)
☐ Elderly (42-9717)
☐ Children (42-9718)
☐ DUI (75-3731) (below):
____ 1st  ____ 3rd
____ 2nd  ____ 4th+
☐ Other_____

**ENHANCEMENT** ☑ None
☐ Deadly Weapon/Possessed
☐ Deadly Weapon/Used
☐ Weapon: Type: _____
☐ Youth/Drug Distribution
☐ School/Drug Distribution

| OTHER INFORMATION | Yes | No |
|---|---|---|
| Drug Dependent | ☐ | ☐ |
| IP Eligible | ☐ | ☐ |
| Boot Camp Eligible | ☐ | ☐ |
| PSI Completed | ☑ | ☐ |
| D&A Eval. Completed | ☐ | ☑ |
| Sexually Viol. Predator | ☐ | ☐ |

**Sentence Imposed**

**CONFINEMENT/INTERMEDIATE PUNISHMENT**
☑ Confinement/State Facility   Boot Camp Authorized ☐ Yes ☐ No
☐ Confinement/County Facility   Work Release Authorized ☐ Yes ☐ No
Minimum: 24 [mos.]
Maximum: 48 [mos.]
Credit for Time Served: _____ [days]
☑ Intermediate Punishment
RIP Period: _____ [mos.]
Program(s): _____
RS Period: _____ [mos.]
Program(s): _____
If DRUG DEPENDENT: is IP consistent with clinical recommendation? ☐ Yes ☐ No

**RESTORATIVE SANCTIONS**
☐ Probation Period: _____ [mos.]
Condition(s): _____
☐ Fines [Amt.] $ _____
☐ Restitution [Amt.] $ _____
☐ Costs [Amt.] $ _____
☐ Guilty without further penalty [NFP]

**GUIDELINE CONFORMITY**
☑ Standard   Departure
☐ Aggravated   ☐ Below
☐ Mitigated   ☐ Above
Write reasons on back of form.

**CONCURRENT/CONSECUTIVE**
This sentence is:
☐ Concurrent to: _____
☐ Consecutive to: _____
☐ TOTALLY CONCURRENT

**TYPE OF DISPOSITION**
☐ Neg. Guilty Plea   ☐ Bench Trial   ☐ Nolo Contendere
☐ Non-Neg. Guilty Plea   ☑ Jury Trial   ☐ Other

JUDGE'S SIGNATURE: Patrick J Toole Jr.
DATE: 1-21-99

**PLEASE INDICATE THE CUMULATIVE SENTENCE IMPOSED DURING THE JUDICIAL PROCEEDING**
Minimum Confinement: 24 [mo.]
Maximum Confinement: 48 [mo.]
Other: _____ [mo.]

PCS 6  6/97

## COURT OF COMMON PLEAS OF LUZERNE COUNTY – CRIMINAL DIVISION
### PRE-SENTENCE REPORT

8 Stanley St
51 Hanover 820-7779

**Date:** January 6, 1999

**Prepared by:** Joseph Steve, Jr.

---

**NAME:** Dennis P. Bass            **AGE:** 36            **BIRTHDATE:** 01/18/62    **RACE:** White

**ALIAS:** None                                           **CITIZENSHIP:** United States

**ARREST ADDRESS:** South Franklin Street          **MARITAL STATUS:** Married
      Wilkes-Barre, PA                              **SPOUSE/PARAMOUR:** Christine Bass
                                                    **DEPENDENTS:** Two Stepsons
                                                        Ages – 3 and 16

**LEGAL RESIDENCE:** 51 Carpenter Lane
      Wilkes Barre, PA

**EDUCATION:** G.E.D.                              **MILITARY SERVICE:** None

**SOCIAL SECURITY:** 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    **FBI #:** 366352V8    **R&I #:** VA624496
                                                        FL02283305
                                                        NY4448545R

---

**CRIMINAL INFORMATION # AND PENALTY :** # 131 of 1998    *Act 84 completed 3-15-99*

1-8-99 - Sentence date → See Page 1A

Standard range
Burg - ScI. 24 to 48 mos.    MH eval./Treatment
R.A. - 6 to 12m. concurrent    make restitution w/ 12 mos.
Theft merges    no contact w/ victim -

**DISPOSITION:**    eff. 1-15-99 - 109M

---

**JUDGE:** Honorable Patrick J. Toole Jr.        **PLEAD DATE:** Found guilty by jury
                                                    on 12/01/98.

**DEFENSE ATTORNEY:** C. Ross (P.D.)        **DISTRICT ATORNEY:** J. Vullo

**CONFINEMENT PRIOR TO SENTENCE:** Lodged at the Luzerne County Correctional Facility on
2/20/97. Released on 01/22/98 (ROR)

**DETAINERS OR PENDING CHARGES:** None known.

**CO-DEFENDANT'S) DISPOSITION:** None

EXHIBIT "A"

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS

VS.     : OF LUZERNE COUNTY - CRIMIAL

DENNIS BASS     : NO. 131 OF 98

## NOTICE OF CHANGE OF ADDRESS

DENNIS BASS  do hereby by provides the Public Defender's Office with the following information.

1.  Last mailing address was 51 CARPENTER LANE W-B, PA. 18702.

2.  Last place of residence was Same

3.  Current maining address is 51 B STANLEY STREET UPPER ASKAM,

HANOVER, PA. 18702

4.  Current place of residence is SAME.

5.  Current phone number is 820-7739.

6.  Copies of this notice has been sent to:

    A.  Clerk of Courts                     [ X ]

    B.  Bondsman                            [    ]

    C.  District Attorney's Office            [ X ]

DATE: JANUARY 12, 1998             BY:  Regina M. Seacrist
                                       OFFICE OF THE PUBLIC DEFENDER'S

45074

99 JAN 12 PH 3: 22
LUZERNE COUNTY
CRIMINAL DIVISION
CLERK OF COURT
ROBERT F. REILLY

COMMONWEALTH OF PENNSYLVANIA     :     IN THE COURT OF COMMON PLEAS

                        V.S.     :     OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS     :     NO.  131 OF 1998

## ORDER

AND NOW, this _5th_ day of _March_ , 1999,
at _9° A_ M., upon consideration of the foregoing Petition
for Appointment of Conflict Counsel, it is hereby **ORDERED AND
DECREED** that _Sam Falcone_ , Esq., is
appointed to represent the Defendant in the above-captioned
matter.

BY THE COURT:

_____ J.

cc: Date filed 3-5-99
    Judge Mundy
    DA
    file
    Conflict atty Falcone
    Defendant
    Court Adm.

(9)

COMMONWEALTH OF PENNSYLVANIA   :   IN THE COURT OF COMMON PLEAS

V.S.   :   OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS   :   NO.  131 OF 98

## PETITION FOR APPOINTMENT OF CONFLICT COUNSEL

TO THE HONORABLE, THE JUDGES OF SAID COURT:

The petition of the Office of the Public Defender of Luzerne County respectfully represents as follows:

1.   The Defendant is Dennis Bass, an adult individual, who is presently incarcerated at the Luzerne County Correctional Facility.

2.   On December 21, 1997, the Defendant was charged by Patrolman Brian Horst of the Wilkes Barre City Police Department with Burglary, Resisting Arrest, Theft and Criminal Mischief. Said charges were filed to 131/98.

3.   On December 1, 1998, the Defendant pled guilty before the Honorable Judge Toole.  Sentencing was scheduled for January 8, 1999.  PSI was scheduled for January 6, 1999.

4.    January 8, 1999, the Defendant was sentenced on the above charges.  On 131/98, Burglary, the Defendant was sentenced from a 24 month minimum to a 48 month maximum at S.C.I. On Resisting Arrest, the Defendant was sentenced from a 6 month minimum to a 12 month maximum concurrent with Burglary.  Theft requires no sentence.  Defendant was remanded for classification, 1-15-99.  Bail pending appeal was denied by the court.  Defendant to have mental health evaluation-treatment if necessary. Defendant to pay all court costs and restitution of $165.00 within 12 months of release.  Defendant to have no contact with victim or establishment.  Criminal Mischief merges for sentencing purposes.  Defendant advised of all rights.  Defendant remanded.

5.    We are requesting that the Honorable Court appoint conflict counsel for the following reasons:

a)    Judge Toole sentenced the Defendant to a guideline sentence.  He will be doing 2 years at S.C.I.

b)    Since his sentencing, Defendant wrote counsel several times stating he did not wish to appeal.  The appeal period is over and now after serving some jail time, Defendant is claiming counsel is ineffective.

**WHEREFORE,** the Public Defender's Office respectfully requests Your Honorable Court to appoint conflict counsel to represent the Defendant, Dennis Bass.

Respectfully submitted,

CHARLES G. ROSS JR., ESQUIRE
Assistant Public Defender
Counsel for Defendant

CGR/dms

COMMONWEALTH OF PENNSYLVANIA

: IN THE COURT OF COMMON PLEAS
:    OF LUZERNE COUNTY
:
vs.                               : CRIMINAL DIVISION
:
DENNIS BASS,                   : NO.:   131 OF 1998
        Defendant.             :

## MOTION FOR ORDER TO TRANSCRIBE RECORD

The defendant, **DENNIS BASS**, in the above captioned matter having filed a Pro-se

Motion for Post Conviction Collateral Relief on April 6, 1999, requests reproduction of the

following portions of the trial record in the above-captioned case by and through his court

appointed conflict counsel:

1.    Trial: including openings, testimony (including sidebar conferences), evidentiary hearings during trial, closings, court's charge (including jury questions and responses thereto), and jury poll (December 1, 1998);

2.    Sentencing: including court colloquy (January 8, 1999).

## ORDER

AND NOW, this **2ᵕ** day of _April_____, 1999, the court stenographer of

Luzerne County is directed to transcribe those portions of the trial record as marked above and to

file the same with the Clerk of Courts with costs to be paid by the County of Luzerne .

It is further **ORDERED** that copies of this **ORDER** shall be served upon the trial court,

the District Attorney of Luzerne County and the court stenographer.

**BY THE COURT:**

_m ⊤ Gne l_____

                                             **J.**

(10)

COMMONWEALTH OF PENNSYLVANIA

vs.

DENNIS BASS,
     Defendant.

: IN THE COURT OF COMMON PLEAS
:  OF LUZERNE COUNTY
:
: CRIMINAL DIVISION
:
:
: NO.: 131 OF 1998
:

## MOTION FOR ORDER TO TRANSCRIBE RECORD

The defendant, **DENNIS BASS**, in the above captioned matter having filed a Pro-se

Motion for Post Conviction Collateral Relief on April 6, 1999, requests reproduction of the

following portions of the trial record in the above-captioned case by and through his court

appointed conflict counsel:

 1.  Trial: including openings, testimony (including sidebar conferences), evidentiary
    hearings during trial, closings, court's charge (including jury questions and
    responses thereto), and jury poll (December 1, 1998);

 2.  Sentencing: including court colloquy (January 8, 1999).

## ORDER

AND NOW, this 20 day of April _____, 1999, the court stenographer of

Luzerne County is directed to transcribe those portions of the trial record as marked above and to

file the same with the Clerk of Courts with costs to be paid by the County of Luzerne.

It is further **ORDERED** that copies of this **ORDER** shall be served upon the trial court,

the District Attorney of Luzerne County and the court stenographer.

            BY THE COURT:

            S/ CONahan _____

                         J.



Exhibit-D

**SAMUEL A. FALCONE, JR., ESQUIRE**
**490 NORTH MAIN STREET**
**SUITE 202**
**PITTSTON, PA 18640**
**(570) 654-4643**

April 23, 1999

Mr. Dennis Bass L2 - B38
DW - 6560
Camp Hill, S.C.I.
PO Box 200
Camp Hill, PA 17001-0200

         RE:    Commonwealth of Pennsylvania v. Dennis Bass
                No.: 131 of 1998

Dear Mr. Bass:

    Enclosed you will find a time stamped copy of the Motion for Order to Transcribe Record and Order attached thereto. Once I am in receipt of the transcript I will be better able to review the merits of a Post Conviction Collateral Relief Petition.

Very truly yours,

SAMUEL A. FALCONE, JR.

SAFJR:mcw
Enclosure

*Exhibit-E, pg 1 of 10*

Date; August 26, 1999

<u>Case #</u> 131 of 1998
Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

Judges Chambers, Judge Conahan
Luzerne County Court House
200 North River Street
Wilkes-Barre, PA 18711-1001

Dear, Honorable Judge Conahan,

I write to you out of my own confusion,
and I do not know where, my Conflict Counselor,
Attorney Mr S. Falcone, Jr., is?
I have written to my Attorney on several
occasions and have not recieved any reply.
The last letter I recieved from my Attorney was,
April 23, 1999. I have written 3-4 times after April 23.
On April 20, 1999, (Yourself) the Honorable
Judge Conahan, ordered the reproduction of the
trial record (see included), prompted by my
Pro-se Motion for Post Conviction Collateral Relief
on April 6, 1999,
I have a desire to speak to my Attorney
about my submitted Motion. My marrage is in
troubled waters and has deeply perplexed me. I need
to know, if the Motion was fully Accepted or not?
I need to know if there is a chance of me
saving my marrage, or has my whole life been
upserged by this matter?

**Exhibit-E** - pg 2 of 10

②

All I want to know is; weither or not I can tell my wife that this matter is being reconsidered?

Please, Honorable Judge Conahan, accept my submission on it's layman's value. It is/was the best I could do based on my memory of the December 1, 1998 trial of approx -25 minutes

I believe in my heart I did not do this crime. My only foolishness is being intoxicated thinking I could get away with something by picking up property that didn't belong to me, and being irrational at the time of Arrest.

At this time, I am feeling abandon by my Conflict Counsel, Mr S. Falcone, Jr. As my Counsel does not reply to my writings.

Very Truly Yours
(S) Dennis Bass
Dennis Bass
DW-6560
Box A Rockview S.C.I.
Bellefonte, PA
16823-0820

**Exhibit E** - pg 3 of 10

# SAMUEL A. FALCONE, JR., ESQUIRE
### 490 NORTH MAIN STREET
### SUITE 202
### PITTSTON, PA 18640
### (570) 654-4643

February 3, 2000

Mr. Dennis Bass
DW-6560
Rockview S.C.I., Box A
Bellefonte, PA 16823-0820

RE:    Commonwealth vs. Dennis Bass

Dear Mr. Bass:

As you are now aware, I have filed an Order executed by Judge Toole which clarifies the credit for time served issue previously raised by you. As you can see, this Order was certified and served upon the acting records supervisor for the prison. I trust that this addresses all of your questions and concerns relative to the above referenced matter. However, if upon receipt hereof you have any questions or are requesting any further action on my behalf, please advise immediately.

Very truly yours,

SAMUEL A. FALCONE, JR.

SAFJR:mcw

Exhibit-E pg. 4 of 10

February 10, 2000

Dennis Bass, DLV-6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-0820

Mr. Samuel A. Falcone Jr., Esq.
490 North Main Street, Suite 202
Pittston, PA   18640

Dear Mr. Falcone,
    I recieved your Feb. 3rd letter, And I wish to
Thank you for completing my requested Time Credit.
    Also, in your Feb. 3rd. letter I'm asked, if I have
Any questions, or request any Action to Advise you.
    My last letter to you, dated Jan 31, or Feb 1, Asks;
1) Was my original (self submitted) motions for, Transcripts,
    Late Filing of Appeal, And Appeal, Accepted by the Court? And
2) If not to question #1, Did you perfect And properly
    submit my desired Appeal?
3) If yes to questions #1 or #2,
    A) I Am requesting A copy of my Transcripts, And
    B) Do we have An Appeal Hearing Date?

    I know I promised not to flood your office with letters,
And I will not. I would like if you would respond to
these questions. I have been waiting since April 9, 1999,
for your professional And knowledgable response to my
Appeal Petition, As indicated by this, your April 9th letter.
    I still believe in my petition (appeal) is the truth. As
my trial was to short (35 min.), And the mistakes of my Public
Defender And the Honorable Judge, are to blatant to uphold this
conviction. Thank You!    Very truly yours; Dennis B

March 20, 2000

Dennis Bass DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-0820

Mr. Samuel A. Falcone Jr, Esquire
490 North Main Street, Suite 202
Pittston, PA   18640

Dear Attorney, Mr Falcone,

I wrote to your Office on, Feb. 10, 2000.
I was responding to your letter of Feb. 3, 2000.
Since my last letter, Feb 10th, I have received
none of the information/answers, to my questions
asked of you.

I understand that responding may take some
time. But I am begining to believe that you are
not giving this matter of my appeal, the proper
attention. Also, considering your lacking desire
to reply to my letters, in somewhat, a timely manner.

Please dont misunderstand this letter. I hold no
ill-feelings. I dont know what is going-on with my
Appeal. It is not my intention to push away a good
and experienced Attorney. But, if there is anything
that is preventing you, from filling your responsibility,
to this, my appeal. Please inform the proper
channels.

If there are no Practical or Ethical problems?
Then, Please inform me of my Appeal's status,
and the listed questions on my Feb 10, 2000 letter.

Thank You?                        Very truly Yours,

**Exhibit-E**-pg 6 of 10

May 10, 2000

Dennis Bass, DW6560
Box A, Rockview S.C.I.
Bellefonte PA 16823-0820

Mr. Samuel A. Falcone, Jr, esq.
490 North Main Street, Suite 202
Pittston, PA 18640

Dear Attorney Falcone,

Why can't I get any responses from you?

I do not Know if my Pro-se Motion for Post Collateral Relief was; accepted, time frames (if Any), And why I can't get the requested Transcripts?

All during my past criminal involvements, I accepted my responsibility And Addressed my guilt.

I Accept my wrongness for being black-out drunk And possessing stolen property. But I do not Accept; the conviction for the crime of Burgulary.

The trial of December 1, 1998 sustains my beliefs: The Prosecutions Proof; Only I was Arrested for the incident, yet there are no finger prints At the scene. The eyewitness's (two Boscov Security Guards) testified, I was not entering or leaving, but standing outside next to the entrance, when they Arrived.

When I foolishly picked-up the stolen property (3 pair sneakers), And resisted arrest. This does not prove; I committed the crime of Burgulary.

What did prove-out to the trial jury was; When my Public Defender (Mr. Ross) stating; "I Assisted another in the act of Burgulary"

②

The Hon. Judge Toole instructed the jury that;
"If the Defendant Assists in a Burgulary, the
Defendant is guilty of that Burgulary."
The unknown burgular was not Arrested. I
did not have Any part in the actual Burgulary.
When the Police of W-B converged upon me.
I resisted Arrest out of my drinkardness, But
my resisting Arrest stopped the Police search for
the actual burgulars, I Alone was Arrested.
This is why I need All of my transcripts,
Police Arrest Reports, jury deliberation And Judges
comments.
I do not Accept this Burgulary conviction.
The trial proves to me that I could not of
have Committed the Act of Burgulary, I have
been convicted of.
So, let me Ask you one more question;

"When exactly was the moment, when I
became less than A citizen in;"₀₀₀

₀₀₀"We The People"?

Very Truly Yours,
(S) Dennis Bass
Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-0820

May 10, 2000

Exhibit-E- pg 8 of 10

MAY 25, 2000

CASE No: 131 of 1998
Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-0820

Mr. Samuel A. Falcone, Jr., Esquire
490 North Main Street, Suite 202
Pittston, PA 18640

Dear Conflict Counselor,

I am truly sorry that, I find myself writing to you in this fashion. But it seems, I was left no choice.

Mr Falcone, you continuously shown me your intent on ignoring me. You refuse to respond to my inquiries concerning; My Trial Transcripts of case 131 of 1998, My Motion for Post Conviction Collateral Relief, filed April 6, 1999 and failed to pro-offer Anyother possible avenues of relief.

On every concievable level, you have refused to interact with me. My wife has called your office, and she was never responded to either.

I do not understand your meaning of; Attorney/Client Relationship? I know you were appointed to represent me. Just like Public Defender - Mr. Ross, it seems to me that; Your only offering the bare minimum

**Exhibit - E.** - pg 9 of 10



to fulfill the Court Appointment.
    I am Sorry, I can not afford the
best of your true abilities.

    At this time, I am preparing A
Pro-se Writ of Mandamus for Philadelphia
Supreme Court. I will mail this Writ
on June 9, 2000

    If I do not hear from you before
June 9, 2000. I will file A Motion for
Reappointment of Counsel.

    I Am sorry, it has come to this.


May 25, 2000            (S)    Very Truly Yours,
                               _Dennis Bass_
                               Dennis Bass, DW-6560
                               Box A, Rockview S.C.I
                               Bellefonte, PA 16823-0820

                               Case No; 131 of 1998


Exhibit-E - pg 10 of 10

| DC-16D | SENTENCE STATUS SUMMARY | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|---|

## 1. SENTENCE SUMMARY    J.LEATHERS

Class of Sentence    ☐ DEFINITE   ☑ INDEFINITE   ☐ GENERAL   ☐ LIFE   ☐ COMMUTED LIFE   ☐ EXECUTION

| Date | County | Number, Term Court, Indictment | Type Sent | Minimum | | | Maximum | | | Judge | Offense | Offense Tracking Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | Y | M | D | | | |
| 1-8-99 | LUZERNE | CP131;98 | | 2 | | | 4 | | | PATRICK TOOLE | BURGLARY | E9129282 |
| 1-8-99 | LUZERNE | CP131;98 | CC | | 6 | | 1 Sentence Complete | | | TOOLE | RESIST ARREST | E9129282 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Continued From DC# | Plea NOT GUILTY | Total Sentence | 2 | | 4 | | CREDIT: LUZ Co.-12-20-97 to 01-22-98 [34D] |
|---|---|---|---|---|---|---|---|

| Fines | Costs | Restitution $165.00 |
|---|---|---|

Summary or Remarks on Sentence : PER COMMITMENT ORDER EFFECTIVE DATE OF CP131;98 IS 1-15-99.
CR. MISCHIEF MERGES AND THEFT REQUIRE NO FURTHER SENTENCE.

## 2. DATES SECTION

| Item | Original | Change #1 | Change #2 | Change #3 | Change #4 | Change #5 |
|---|---|---|---|---|---|---|
| DATE OF RECEPTION | 3-8-99 | 03-08-1999 | | | | |
| EFFECTIVE DATE | 1-15-99 | 12-12-1998 | | | | |
| EXPIRATION OF MINIMUM | 1-15-2001 | 12-12-2000 | | | | |
| EXPIRATION OF MAXIMUM | 1-15-2003 | 12-12-2002 | | | | |
| EFFECTIVE DATE – PV | XXXXX | | | | | |
| DELINQUENT TIME | XXXXX | | | | | |
| BACKTIME | XXXXX | | | | | |
| NEW MAXIMUM – PV | XXXXX | | | | | |
| SENTNECE CHANGE | XXXXX | 05-05-2000 | | | | |
| BASIS FOR CHANGE | XXXXX | Received Comm.Credit | | | | |
| NEW SENTENCE | XXXXX | 2Y – 4Y | | | | |

| 1st Release: Method–Inst.–Date | 2nd Release: Method–Inst.-Date | 3rd Release: Method–Inst.-Date | 4th Release: Method-Inst.-Date |
|---|---|---|---|
| | | | |

## 3. REFERENCES AND IDENTIFICATION

| 1st Admission: Inst.-Date C/CDCC 3-8-99 | 2nd Admission: Inst.-Date Roc 6-4-99 | 3rd Admission: Inst.-Date | 4th Admission: Inst.-Date |
|---|---|---|---|

| Prosecuting Police Department WILKES-BARRE PD | Place of Birth QUEENS, NY | Date of Birth 1-18-62 | Marital Status MARRIED | R-S W/M |
|---|---|---|---|---|

| DC Number DW-6560 | PBPP Number | SID Number 2793262 2 | Name BASS, DENNIS | TN | ALIAS |
|---|---|---|---|---|---|

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Luzerne Co. Ct House
200 N. River St
Wilkes Barre 18711

4a. Article Number
2426 351 857

4b. Service Type
☐ Registered ☑ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (*Print Name*)
Carol Yanik

6. Signature: (*Addressee or Agent*)
X

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form **3811**, December 1994 102595-97-B-0179 Domestic Return Receipt

Thank you for using Return Receipt Service.

Z 426 351 857

...urt of Common
...uzerne County
...o; 131 of 1998
And Service

To The HONORABLE JUDGES AND CLERKS of SAID COURT

The Defendant in the Above captioned Criminal matter, submits the enclosed Motion, to recieve Certified Transcripts And records.

The Defendant respectfully submits this Motion, via, Certified Mail, Return Recipt on, April 7, 2000, being placed into the Mail Box At Rockview S.C.I., Box A, Bellefonte, PA, 16823-0820.

The Defendant swears to the original Signature listed below.

Date; April 7, 2000 (S) [signature]
Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte PA 16823-0820

cc: Court
Defendant

Enclosed; Cover Notice (1), Motion for Transcrips (4), Judge Conahan Order (1), Conflict Attorney Letters (5), Def. Letter to Conahan (2), And Def Letters to Attorney (...

**Exhibit 6**, pages 1-5 (1 of 5

| Commonwealth of Pennsylvania | : | In the Court of Common |
| VS | : | Pleas of Luzerne County |
| Dennis BASS | : | Criminal No; 131 of 1998 |

Motion for; Order granting Defendant Certified Transcript Copies

TO THE HONORABLE JUDGES of SAID COURT

The Motion of the Defendant; Dennis BASS, Represented by; Mr. S. Falcone; Jr., Esquire, submitted Pro-Se, for the purpose therein, respectfully submitts the following;

1) The Defendant in the above captioned matter, having filed a (Pro-Se) Motion for Post Conviction Collateral Relief, on; April 6, 1999, At; Luzerne County Courthouse, respectfully requests the Production of, and to recieve, the Trial

Transcripts And Records (Arrest), Jury Transcripts, And Sentencing Transcripts, for; the Trial date December 1, 1998, And Sentencing date; January, 8, 1999, for the captioned case.

2) The attached copy of/is an Order to Reproduce the Trial And Sentencing Transcripts as was Ordered by; Honorable Judge Conahan, on; April 20, 1999.

3) Defendant respectfully requests to recieve Certified Transcripts of the above captioned case,

4) Defendant requested for; said Transcripts within the filed; Motion for Post Conviction Collateral Relief of; April 6, 1999, And

**Exhibit - G**; page 3 of 5

has requested said Transcripts and records from the Defendant's Appointed conflict counselor; Mr. Sam Falcone, Jr., Esq. ( ~~is attached~~ )

5) As to the date, and signing of _this_ Requested Motion, Defendant has recieved "_NO_" copies, records or Certified Transcripts, of/in the above captioned case, and

6) Defendant has recieved "_NO_" indication or communication by Luzerne County Court, nor by the Defendant's Appointed conflict counselor; Mr. Sam Falcone, Jr., Esquire, as to the status of the Pro-Se filed Motion for Post Conviction Collateral Relief of April 6, 1999. The only indication is the ~~Attached~~ Order by Judge

**Exhibit-G;** Page 4 of 5

Conahan dated April 20, 1999.

7) Defendant believes the lack of said Transcripts may and will deny Defendant fair, legal and accurate access to the Courts, as a Lay-man of the law.

8) Defendant wishing to file supporting and other motions to the Courts.

Therefore, Defendant respectfully requests an Order to be filled requesting and requiring Certified Transcripts and records, be afforded and granted to the below addressed Defendant.

Date: April 7, 2000        (S) _____

Very Truly Yours,

Dennis Bass, DW-6560
Box A, Rockview S.C.I
Bellefonte, PA 16823-082

**Exhibit -G**; page 5 of 5

*Defendant*

COMMONWEALTH OF PENNSYLVANIA     :     IN THE COURT OF COMMON PLEAS

V.S.     :     OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS     :     NO.  131 OF 1998

### ORDER

AND NOW, this _5th_ day of _March_, 1999,

at _9_ _A_ M., upon consideration of the foregoing Petition

for Appointment of Conflict Counsel, it is hereby **ORDERED AND**

**DECREED** that _Sam Falcone_, Esq., is

appointed to represent the Defendant in the above-captioned

matter.

BY THE COURT:

_____, J.

cc: date filed 3-5-99
Judge Murdey
DA
file
Conflict atty Falcone
Dennis Bass
Court Adm.

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
                                                    :        OF LUZERNE COUNTY
                                                    :
                          vs.                       :    CRIMINAL DIVISION
                                                    :
DENNIS BASS,                                        :    NO.:   131 OF 1998
                    Defendant.                      :

## MOTION FOR ORDER TO TRANSCRIBE RECORD

The defendant, **DENNIS BASS**, in the above captioned matter having filed a Pro-se

Motion for Post Conviction Collateral Relief on April 6, 1999, requests reproduction of the

following portions of the trial record in the above-captioned case by and through his court

appointed conflict counsel:

1.    Trial: including openings, testimony (including sidebar conferences), evidentiary
      hearings during trial, closings, court's charge (including jury questions and
      responses thereto), and jury poll (December 1, 1998);

2.    Sentencing: including court colloquy (January 8, 1999).

## ORDER

AND NOW, this 20 day of April_____, 1999, the court stenographer of

Luzerne County is directed to transcribe those portions of the trial record as marked above and to

file the same with the Clerk of Courts with costs to be paid by the County of Luzerne .

It is further **ORDERED** that copies of this **ORDER** shall be served upon the trial court,

the District Attorney of Luzerne County and the court stenographer.

            **BY THE COURT:**

            S/ Conahan
                                                                    **J.**



disclosure of Defendants Criminal

Files including; Arrest Reports,

Court Reports; Discovery Motion,

Trial Transcripts, Deliberation

Transcripts, Police Reports (Lab.),

Hospital Reports of December 20, 1997

And Any other file not mentioned

Above.

14. Defendant Also respectfully

requests the deletion of any

information that may be deemed a

potential threat any persons

security and well-being.

**Exhibit-Motion; A, page 8 of 9**

In the Supreme Court of Pennsylvania
Eastern District

Dennis Bass,
            Petitioner
        VS

Court of Common Pleas
of Luzerne County,
            Respondent.

No. 0116 M.D.
2000

ROBERT F. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY

00 AUG -7 AM 11:58

Motion to Ammend and Update;
Writ of Mandamus and/or Extraordinary Relief, and
Leave to Proceed In Forma Pauperis

To the Honorable, The Chief Justice and
Justices of the Supreme Court:

I, Dennis Bass the Petitioner

Pro-se, in the above captioned case,

hereby make this Motion to Ammend

and Update the above said Writ

and Application, and respectfully

submits the following and represents;

1) Petitioner ammends and updates the following information and understands that false statements herein are made subject to the penalties of 18 PA. C.S.A. 4904, relating to unsworn falsification to Authorities.

2) Within the Petition for Writ of Mandamus and/or Extraordinary Relief - filed; June 30, 2000, listed on Attached Exhibit E-pgs. 9 and 10, of 10 the Petitioner has taken action against Court Appointed Conflict Counselor; Mr. S. Falcone, Esq. (See Exhibit H - pgs 4 of 4 )

3) Mr. S. Folcone, Esq. files Petition for Appointment of Substitute Conflict Counselor and is withdrawn. Replaced by; Mr Brian Corcaran, Esq., as Petitioners Appointed Counsel on June 26, 2000 (See Exhibit I - pgs 4 of 4)

4) Petitioner writes to Mr. B. Corcaran, Esq. on July 8, 2000. Petitioner has not yet recieved a reply. (See Exhibit J - pgs 3 of 3)

5) Petitioner writes to the Supreme Court on July 9, 2000, discussing future Submissions as a Pro-se Petitioner (See Exhibit K - pgs 3 of 3)

6) On July 11, 2000 the Petitioner recieves A 1998 Income Tax Return that was officially claimed lost/stolen And Petitioner pays the Court Charges And Restitution. (See Exhibit L - pgs 6 of 6)

7) Petitioner believes the Court Charges And Restitution must be paid, And not used against Petitioner during PCRA review, And it is not to be misconstrued As this Petitioners Admission to quilt of burgulary, by paying restitution.

8) Petitioner prays that the

Application for In Forma Pauperis
is upheld by the Supreme Court
and is granted. The money the
Petitioner now possesses will be
used for housing, food and clothing
when Petitioner is eventually released.

9) this 1998 Tax Refund is
all the money the Petitioner
has in the world.

Therefore, Petitioner wishes
to include this information and
ammend and update the said Writ
of Mandamus and/or Extraordinary
Relief — filed, June 30, 2000

And,

To seek whatever other relief

the Justices of the Supreme Court

of Pennsylvania deem just and proper.

August 2, 2000          (S) _Dennis Bass_ - Pro-se

Respectfully Submitted,

Dennis Bass DW6520
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

Date; June 16, 2000                    Dennis Bass, DW-6560
                                       Box A, Rockview S.C.I.
                                       Bellefonte, PA 16823-0820

(Attn: Court Clerk)
Court of Common Pleas of Luzerne County
200 North River Street
Wilkes-Barre, PA 18711-1001

        Honorable Clerk,

        Please file this Pro-se Motion
Requesting Reappointment of Counsel,
in case no; 131 of 1998.

            (Service)

        The above named Defendant has
placed the above said motion into
the facility Mail Box of Rockview S.C.I.,
on the above date, by First Class Mail.

                        Respetfully, Submitted
            (s) _____ Pro-se
                        Dennis Bass, Defendant



        (Exhibit H - pg 1 of 4)

Commonwealth of Pennsylvania : In the Court of Common

VS. : Pleas of Luzerne County

Dennis Bass : Criminal No; 131 of 1998

## Motion Requesting Reappointment of Counsel

To The Honorable Judges And Clerks of Said Court:

This Motion, submitted Pro-se by; Dennis Bass, the Defendant in the Above said matter.

1) Defendant Respectfully Requests the Honorable Court to <u>Remove</u> Mr. S. Falcone, Jr. As the Defendants Acting Conflict Counselor, based upon; <u>Conflict of Intrests</u>.

2) Mr. Falcone's lacking of the Defendants intrests is furthering the Defendants denial of Due Process; to accurate court access.

(**Exhibit** H - pgs 2 of 4)

3) Defendant has requested; Action to be taken concerning; Defendants Motion for Post Conviction Collateral Relief submitted April 6, 1999 And, Defendant desire to obtain Complete Certified Transcripts of Case; 131 of 1998. from Arrest, the Trial of December 1, 1998 And Sentencing.

4) Defendant has not recieved the Above requested Actions by/from Mr. S, Falcone, Jr.

5) Mr. Falcone, Jr. has ignored the Above said intrests of the Defendant.

6) Mr. Falcone, Jr.'s inaction and lack of interaction; serves to bar and prevent

(**Exhibit H** - pgs 3 of 4)

the Defendant Due Process, by non-
competent, inaccessable and unavailable
counsel.

7) Defendant wishing to file accurate
Court Motions in other courts.

Therefore, Defendant Respectfully Requests
the Court to "Remove" Mr. S. Falcone, Jr.,
As the Defendants Conflict Counselor, And
to Appoint An Attorney that Solely Represents
the Defendant.

If such An Attorney is not Available?
Let it be known to this Defendant.

Respectfully Submitted

Date, June 16, 2000    (S) _____

Dennis Bass, DW-6560

(Exhibit H -
pgs 4 of 4 )    Box A, Rockview S.C.I.
Bellefonte, PA. 16823-0820

**SAMUEL A. FALCONE, JR., ESQUIRE**
**490 NORTH MAIN STREET**
**SUITE 202**
**PITTSTON, PA  18640**
**(570) 654-4643**

July 5, 2000

Mr. Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

       RE:   Commonwealth v. Dennis Bass
             Nos. 131 of 1998

Dear Mr. Bass:

    Enclosed please find a copy of an Order of Court signed and dated June 26, 2000 appointing Brian C. Corcoran, Esquire to represent you in the above-referenced matter.

    In addition, I am providing you with the mailing address of Attorney Corcoran as follows:

             Brian C. Corcoran, Esquire
             400 Third Avenue
             Kingston, PA 18704

             Very truly yours,

             SAMUEL A. FALCONE, JR.

SAFJR:mcw
Enclosure

( Exhibit I - pg 1 of 4 )

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS

                                    :

                                    :     OF LUZERNE COUNTY

     v.                             :     CRIMINAL DIVISION

DENNIS BASS,                    :

            DEFENDANT.      : NO. 131 of 1998

                                    :

## ORDER

AND NOW, this _28th_ day of _June_ , 2000, at _9:15_ o'clock _P_.m. it is hereby **ORDERED** that **SAMUEL A. FALCONE, JR., ESQUIRE**, be allowed to withdraw as court appointed conflict counsel and that _Brian Corcoran_ _____ _____, Esquire, be appointed to represent the defendant in the above-captioned matter.

BY THE COURT:

_____ J.

ROBERT F. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY

00 JUN 28 PM 3: 17

( Exhibit I – pgs 2 of 4 )

COMMONWEALTH OF PENNSYLVANIA      : IN THE COURT OF COMMON PLEAS
                                  :
                                  :         OF LUZERNE COUNTY
        v.                        :
                                  :         CRIMINAL DIVISION
DENNIS BASS,                      :
          DEFENDANT.              : NO. 131 of 1998
                                  :
                                  :

## PETITION FOR APPOINTMENT OF SUBSTITUTE CONFLICT COUNSEL

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

The petitioners, by and through his counsel, **SAMUEL A. FALCONE, JR., ESQUIRE,**

hereby request appointment of substitute conflict counsel in support thereof aver as follows:

1. On or about March 5, 1999, Samuel A. Falcone, Jr., Esquire, was appointed to

represent the defendant in connection with the above-referenced matter.

2. In a letter dated May 25, 2000, the defendant, Dennis Bass, alleges current counsel's

ineffectiveness. *( Listed As - Exhibit E pgs 9+10, of 10 )*

3. As a result, there is an irretrievable breakdown in the attorney client relationship. ..

**WHEREFORE,** the defendant, by and through his counsel, respectfully request this

Honorable Court issue an order authorizing the appointment of substitute conflict counsel and

allowing Samuel A. Falcone, Jr., Esquire, to withdraw from further representation of the

defendant, Dennis Bass.

*( Exhibit I - pgs. 3 of 4 )*

RESPECTFULLY SUBMITTED,

BY: _____

SAMUEL A. FALCONE, JR., ESQUIRE
490 NORTH MAIN STREET
SUITE 202
PITTSTON, PA 18640
(570) 654-4643
COURT APPOINTED COUNSEL FOR
THE DEFENDANT.

( Exhibit I - pgs 4 of 4 )

July 8, 2000

Dennis Bass, DW-6560
Box A, Rockview S.C.I
Bellefonte, PA 16823-0?

Mr. Brian C. Corcoran, Esquire
400 Third Avenue
Kingston, PA 18704

Dear Attorney Corcoran,

I recieved Notice that; You are my "New
Court Appointed Attorney".

Let me start by saying "Hello!" And apologize
for some of the harsh statements I am about
to make.

I am sorry that my case has fallen upon
your lap. My case has fallen accross the
laps of Mr Ross, P.D. And Mr. Falcone. Both
of whom handled my case with inaction and
the lack of interaction. Honestly, it is sometimes
easy for me to believe, as trial and error
shows, that a court appointed attorney is one
of two things, 1) A puppet of the court's, or
2) A person that really, don't care about a post-
Convicted individual, innocent or guilty.

This is becoming, easier and easier,
for me to believe. I understand I don't
have the money to give you what you deserve.
For that, I am again sorry. I did not choose
you, so please don't hold it against me and
please don't take it out on my case by inaction

(Exhibit J - pg 1 of 3)



If you have or develpe problems
handling this CASE AgAinst Luzerne Court.
Please let me Know, if And when, something
Arrises

The matter of my cAse meAns more to me
than just getting out of prision. It meAns
Closure. The closure I need is the factual
proving, or disproving, that I committed the
Act of Burgulary.

During the Trial of Dec. 1, 1998, if the
Judges instructions to the Jury were omitted,
"Prove to Me", I did not commit the crime
of Burgulary.

I know being Black-out drunk is not
A defense. But I also Know, it is not
CAuse for guilt. I do not remember Anythin
of the incident.

In my heart, with all of my belief, I feel
I Am innocent of the crime of burgulary.

This is why I Am apolgizing for being
horsh. This issue is very serious to me.

I need An Attorney to stand-up with the
truth Against the Court's Authority. I feel
Luzerne Court needed to find someone guilty for
this crime, over And Above the law. I was just
the right fool to walk over to A crime scene
And pick something up.

I know I bought the initial arrest and
the Attached charges. But I do not deserve

(Exhibit J-pgs 2 of 3)



the trial I recieved and the conviction for a crime based upon a Judges instructions and inferrance, over and above, the Prosecutions Burden of Proof that shows me to be innocent of the Burglary Charge.

As soon as you meet with Mr. Falcone and retrive my Case File. Please ask me whatever questions you need to ask.

Also, "No One" seems to wish to fullfill my request for Complete Case Records and Certified Transcripts.

Will You, Mr Corcoran, Please grant me this request? If not, Please tell me why?

I will be looking forward to see what posture you take, in and of, this matter.

Hope to here from you soon

Thanks for staying, if that is truly what you want to do?

July 8, 2000                    Very Truly Yours,
                         (S) Dennis Bass
                             Dennis Bass DW6560
                             Box A, Rockview S.C.I.
                             Bellefonte, PA 16823-0820

(Exhibit J - pgs 3 of 3)

July 9, 2000

Dennis BASS, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

Supreme Court of Pennsylvania
Middle District
Office of the Prothonotary
434 Main Capitol Building
P.O. Box 624
Harrisburg, PA    17108

RE; 0116 M.D. 2000

Dear Justices of the Supreme Court,

I, Dennis Bass the Petitioner, in the above mentioned Docket, respectfully make the following request for information;

1) Future Submissions from this Petitioner; can not be copied for proper service upon the Respondents. Due to, Petitioner has a negitive balance of his inmate account and can not afford proper photo-copies to be made at the cost of .10¢ per copy.

Petitioner prays that the Petition for Leave to Proceed In Forma Pauperis will enable this Petitioner to; Send all future submissions and additional exhibits directly to the Supreme Court for proper distributing and service to; The Supreme Court, The Respondents, and to this Petitioner, returning original exhibits?

(Exhibit K - pg 1 of 3)



This Petitioner prays for the Supreme Courts forgiveness that Petitioner is destitute.

2) <u>As A Pro-Se Petitioner</u>, the Petitioner is a layman of the Law, And prays that the Supreme Court bear this in mind.

Petitioner does not understand how to cite case law, how to find case law And/or how to include case law into the Petitioners writings. Petitioner has tried to find parallel case law And has found nothing precisely corresponding to the Petitioners matter at hand.

Again Petitioner prays for the Supreme Courts forgiveness, And prays that fairness, knowledge, And the law, prevails without the consiquence to this Petitioners ignorance.

Thank You, for whatever grantings the Supreme Court of Pennsylvania, And it's Justices deem just and proper.

July 9, 2000          Respectfully Submitted, Pro-Se,

(S) Des r

Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

( Exhibit K - pas 2 of 3 )



# Supreme Court of Pennsylvania
## Middle District

IRENE M. BIZZOSO
DEPUTY PROTHONOTARY

SHIRLEY BAILEY
CHIEF CLERK

434 MAIN CAPITOL BUILDING
P.O. BOX 624
HARRISBURG, PENNSYLVANIA 17108
(717) 787-6181
http://www.courts.state.pa.us

TO:     Mr. Dennis Bass
        SCI-Rockview, Box A DW6560
        Bellefonte, PA 15370-8090

RE:     Correspondence dated July 9, 2000
        0116 M.D. Miscellaneous Docket 2000

DATE:   July 13, 2000

---

This is to advise you that we are in receipt of your correspondence dated July 9, 2000 regarding the above captioned matter.

The Court is currently awaiting an answer from the respondent in this case. Upon receipt, it will be forwarded to the Court. Therefore, no further pleadings are required from you until such time as the Court may order.

Very truly yours,

Office of the Prothonotary
Supreme Court of Pennsylvania

/MAT

( Exhibit K - pas 3 of 3 )

PART I

OMB No. 1510-0
Exp. 7/31/94

## CLAIM AGAINST THE UNITED STATES
## FOR THE PROCEEDS OF A GOVERNMENT CHECK

Your Social Security Account Number and the other information are being requested in order that the Department of the Treasury can process your claim for a government check. The authority to consider your claim found in part, at 31 United States Code, Sections 528, and 561-564. If you cannot or will not furnish the information, the processing of your claim may be delayed. The estimated average burden associated with collection of information is 10 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden sho be directed to the Financial Management Service, Facilities Management Division, Property and Supply Section, Ardmore East Business Center, 3361-L 75th Avenue, Landover, Md. 20785 or the Office of Managem and Budget, Paperwork Reduction Project (1510-0019) Washington, D.C. 20501.

```
2301-78359489      1070-00 04/02/99
DENNIS P BASS              AGENCY
112548736   20072800      1070-00  I
89109 0064372761            NEW

      DENNIS P BASS
      BOX A ROCKVIEW S C
      BELLEFONTE,PA 16825
```

WARNING: Title 18, Sec. 287, U.S. Code: "Whoever makes or presents to any person or officer in the civil, military, or naval service, of the Unite States, or to any department or agency thereof, any claim upon or against the United States, or to any department or agency thereof, knowin such claim to be false, fictitious, or fraudulent, shall be fined not more than $10,000 or imprisoned not more than five years, or both

| | |
|---|---|
| 1. Did you receive this check? | No |
| 2. Did you sign your name on this check? | No |
| 3. Did you cash this check? | No |
| 4. Did you deposit this check in a bank, credit union other financial organization?  Did someone else deposit this check to an account that you could use? | No |
| 5. Was this check cashed with your permission? | No |
| 6. Did you receive any money or benefit in any way from this check (e.g. household expenses, child support, etc.)? If so, explain, (include amount if known.) | No |
| 7. If your present name is different from that on the face of the check, explain why. | — |
| 8. If you are making claim for this check and it is not made out to you, state your relationship to the payee.  Explain why the payee cannot sign. | — |

**THIS CLAIM IS MADE FOR THE PROCEEDS OF THE ABOVE CHECK.  IF YOU CASH BOTH THE ORIGINAL AND AN SETTLEMENT CHECKS, THE OVERPAYMENT MUST BE PROMPTLY REFUNDED. FAILURE TO DO SO COULD RESULT I LEGAL ACTION.  BE SURE TO INCLUDE THE ABOVE CHECK AND SYMBOL NUMBERS WITH YOUR REFUND.**

| SIGN HERE | Payee's Signature | 2nd Payee's Signature (If check drawn to two payees) |
|---|---|---|
| Your assigned I.D. No. (SSA, VA, IRS, Etc.) | 112548736 | 2nd Payee's assigned I.D. No. (SSA, VA, IRS, Etc.) |

Signature of Witness (ONLY if Payee(s) Signed by Mark)

FMS FORM 4-94 1133 EDITION OF 7-89 IS OBSOLETE

DEPARTMENT OF THE TREASU
FINANCIAL MANAGEMENT SERVI

(Exhibit _____)

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM      RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING     DATE  7/20/2000
REMOTE PRINT TIME 15:25           FROM ACTIVE FILE         PAGE         2

     INMATE    NAME
     NUMBER    LAST                  FIRST         MI
     DW6560    BASS                  DENNIS
```

| BATCH # | MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 282 | 06-12-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - MAY 2000 | 36.96 | 26.53 |
| 296 | 06-13-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - MAY | -.30 | 26.23 |
| 296 | 06-13-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - MAY | -.80 | 25.43 |
| 8165 | 06-13-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  6/13/2000 | -2.11 | 23.32 |
| 326 | 06-16-2000 | 37 | POSTAGE | | |
| | | | JUNE | -6.40 | 16.92 |
| 8172 | 06-20-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  6/20/2000 | -16.80 | .12 |
| 368 | 06-22-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - JUNE | -17.60 | -17.48 |
| 9007 | 07-03-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | -28.33 |
| 527 | 07-14-2000 | 14 | MISCELLANEOUS | | |
| | | | U.S. TREASURY    #441157 | 1,070.00 | 1,041.67 |
| 539 | 07-17-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - JUNE 2000 | 31.73 | 1,073.40 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>    1,073.40
```



(Exhibit L - pgs 2 of 6)

**DC-135A**

ENTERED

**INMATE'S REQUEST TO STAFF MEMBER**

JUL 1 2 2000

BOOKKEEPING

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Inmate Accounts Office

2. DATE 7-11-00

3. BY: (INSTITUTIONAL NAME AND NUMBER) Dennis Bass, DW-6560

4. COUNSELOR'S NAME Mr Smith

5. WORK ASSIGNMENT Allowance

6. QUARTERS ASSIGNMENT CB-1054

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Today I recieved my 1998 Income Tax of $1070.00
According to my monthly statements I owe Act 84
$118.75 (Court Fees), And $165.00 (Restitution)
Total — $283.75

20% of $1,070 = $214.00 (Deducted 20% by Act 84)
Remaining Amount = $69.75 (Deducted by Inmate Request)
283.75 — Paid In Full

I will Include A Cash Slip (DC-138A) to cover the $69.75
Remaining Amount to be paid to the Court.
Please send this (DC-135A) Request And A Act 84
Paid In Full Notice to me
when completed.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Thank You!

Mr. Bass:

Our records indicate your Act 84 has been paid in full. The only
figure we received was $165.00. We have no record of the $118.75
court costs. If you have other documentation, please contact Luzerne
County.

Please see attached print outs.

S. Miller
Bookkeeping
07-12-00

(Exhibit L - pgs 3 of 6)

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE 7-12-00

**DC-300B (PART 1)**
(Rev. 10-35)

Type or Print Legibly    *DW656*

**COURT COMMITMENT**
**STATE OR COUNTY CORRECTIONAL INSTITUTION**
**Commonwealth of Pennsylvania**

**COMMONWEALTH OF PENNSYLVANIA** *3-19*
**DEPARTMENT OF CORRECTIONS**

BASS, DENNIS    vs.    *DW-6560*

NOTE: Additional supply of this form available at above address:

☐ DC-300B (Part II) attached

COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)

| SEX | DATE OF BIRTH | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|-----|---------------|-----|-----|-------------------------------|--------------|
| ☐ F ☒ M | 1-18-62 | | E-912928-2 | ☐ | ☒ |

| COMMITTING COUNTY/MAGISTERIAL DISTRICT | COURT NUMBER | | DATE - TERM |
|----------------------------------------|--------------|--|-------------|
| Luzerne County | | 131 | 1998 |

The above defendant after ☐ pleading guilty  ☐ nolo contendre  ☐ being found guilty  was on

__1-8__ , 19 __99__ sentenced by Judge/District Justice __Patrick Toole, J.__ to a term of

not less than ____ years __24__ months ____ days nor more than ____ years __48__ months ____ days, or

_____ for the offense of __Burglary__

(Section _____ of the Crimes Code) or (other statute) _____

It is further ordered that the said defendant be delivered by the proper authority to and treated as the law

directs at the __SCI__ facility located at __Camp Hill__

| FINE | COSTS | RESTITUTION |
|------|-------|-------------|
| AMOUNT $_____ | AMOUNT $_____ | $165.00 within 12 mos of release |
| To Be Paid To: ☐ COUNTY ☐ COMMONWEALTH | To Be Paid By: ☐ COUNTY ☒ DEFENDANT | |

| CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE) | EFFECTIVE DATE OF SENTENCE |
|---|---|
| | 1-8-99 |

This sentence shall be deemed to run concurrent to any existing sentences, effective the date of imposition unless otherwise stipulated below:

Sentencing: 131/98-Burglary-min. 24 mos. max. 48 mos. SCI- Theft-Requires no
sentence. Deft. remanded for classification-1-15-99. Bail pending appeal is deni
by the court. Mental health evaluation-treatment. Pay all court costs. No conta
with victim or establishment. Restitution $165.00 within 12 mos. of release.
<u>Criminal mischief-merges for sentencing purpose.</u> Deft. advised of all rights.
Judge Toole

**PROSECUTING ATTORNEY**

M. Olshefski

**DEFENSE ATTORNEY**

C. Ross PD"s

**COURT REPORTER**

K. O'Hearn

DISPOSITION OF NON-INCARCERATION OFFENSE(S)

(THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE)

(SEAL)

In witness, whereof I have hereunto set my hand and seal of sa

court, this __3rd__ day of __March__ 19 __99__

CLERK OF COURTS

Date: 7/17/2000                    Luzerne County Court of Common Pleas                    User: RREILLY

Time: 10:09 AM                          PA COST BILL REPORT

Page 1 of 1                              1998-CR-0000131-

### Commonwealth of Pennsylvania vs. Dennis Dw6560 Bass

Dennis Dw6560 Bass                              CASE:
Box A                                           1998-CR-0000131-
Bellefonte              PA    16823


Charge / Fee Description

| Burglary [F/1] | Amount | Paid | Balance |
|---|---|---|---|
| Fine | 0.00 | 0.00 | $0.00 |
| Luzerne County Cost Traffic | 135.28 | 135.28 | ($0.00) |
| State Costs (Act 204) Felony | 9.39 | 9.39 | $0.00 |
| State Costs (Act 167) Felony | 14.08 | 0.48 | $13.60 |
| State Domestic Violence Costs | 10.00 | 0.00 | $10.00 |
| State Crime Victims Comp Costs | 15.00 | 0.00 | $15.00 |
| State Crime Commission Costs | 15.00 | 0.00 | $15.00 |
| C of C Filing Fee | 75.00 | 0.00 | $75.00 |
| State JCP Felony | 5.00 | 0.00 | $5.00 |
| Firearm (Act 158) | 5.00 | 0.00 | $5.00 |
| Total Costs for this Charge: | 283.75 | 145.15 | $138.60 |

Total Fines and Fees:      $283.75

Total Paid to Date:      $145.15

Total Amount Owed:      $138.60


Date: 7/17/2000

_____
Witness Clerk

Check or Money Order made payable to: CLERK OF COURTS can be mailed to:
Clerk of Courts Office
N. River Street
Luzerne County Courthouse
Wilkes-Barre, PA 18711
We also accept Visa, MasterCard, Discover and MAC.

DC-135A

ENTERED

Fim 2  2000

**INMATE'S REQUEST TO STAFF MEMBER**

BOOKKEEPI

**COMMONWEALTH OF PENNSYLVANIA**

DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Inmate Accounts Office | 2. DATE 7-12-00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Dennis Bass, DW-6560 | 4. COUNSELOR'S NAME Mr. Smith |
|---|---|

| 5. WORK ASSIGNMENT Allowance | 6. QUARTERS ASSIGNMENT CB-1054 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

There is An Error in my Inmate File. I possess information that my Act 84 is NOT PAID.
I Do owe Restitution of $165.00, But...
I have paper work showing I owe $283.75 In Court Fees ←
Please Pay the Court the remainder of what I owe, $283.75
I will include envelope, Letter to Clerk and A Filled Cash Slip.
Please return this Request, Stating my Request has been fullfilled. Thank You! — Dennis

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Your request has been fullfilled.

7/26/00
$283.75
Luzerne Co. Courthouse
CK # 38941

S. Switzer.
Bookkeeping   7/26/00

☐ TO DC-14 CAR ONLY     ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                          DATE

( Exhibit L - pgs 6 of 6 )

ROBERT F. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY
00 AUG -7 AM 11:59

In the Supreme Court of Pennsylvania
Eastern District

## Proof Of Service

I, Dennis Bass the undersigned Petitioner hereby Certify that; one true And correct copy of; 1) Petition for Order to Produce Post Conviction Relief Act Judgement from Respondent, And/or Reversal of Criminal Charges, And 2) Motion to Ammend And Update; Writ of Mandamus and/or Extra-ordinary Relief, and leave to Proceed In Forma Pauperis, And 3) Proof of Service, was served upon the parties listed below by First Class Mail.

Service was made this 2nd day of August, 2000, placed into the facility mail box at Rockview State Correctional Instatution.

### Parties;

Supreme Court of PA.
Eastern District
468 City Hall
Philadelphia, PA 19107

(And)

Court of Common Pleas
of Luzerne County
200 N. River Street
Wilkes-Barre PA. 18711

August 2, 2000

(S) Dennis - Pro-se
Dennis Bass - DW6560
Box A Rockview S.C.I
Bellefonte PA 16823-08

Case No. - 131 of 1998 ⟶ Dennis BASS
DW-6560
Rockview S.C.I.
Box A
Bellefonte, PA
16823-0820

Date; June 21, 1998

Luzerne County Court House
200 North River Street
Wilkes-Barre PA 18711-1001

Dear Clerk of the Court,

Please Take Notice;

The Above named, is notifying
Luzerne County Court of an Address change
and transfer.
Please inform all parties of this
newly changed information.

Thank You!

P.S.
Also, Please inform me
of the Status of my
Pro Se Submission
D. B.

Very Truly Yours.
(s) _Dennis Boss_
Dennis Boss
DW-6560
Rockview S.C.

⑪

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS
                                                        :      OF LUZERNE COUNTY
                                                        :
                       vs.                                    :      CRIMINAL DIVISION
                                                        :
DENNIS BASS,                                     :      NO.: 131 OF 1998
                 Defendant.                             :

## ORDER

AND NOW, this *19th* day of *January*, 2000, at *11:30* o'clock *A*.m. upon

consideration of the foregoing Motion, it is hereby **ORDERED, ADJUDGED** and **DECREED**

that the defendant, DENNIS BASS, shall receive credit of time served from the date of his arrest

on December 20, 1997 until the date of his release on ROR Bail on January 22, 1998.

BY THE COURT:

_____
                                             J.

(12)

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS
                                                 :       OF LUZERNE COUNTY
                                                 :
                 vs.                              : CRIMINAL DIVISION
                                                 :
DENNIS BASS,                                    : NO.: 131 OF 1998
                    Defendant.                      :

## MOTION TO RECEIVE CREDIT FOR TIME SERVED

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

The Motion of Dennis Bass, by and through his court appointed counsel, **SAMUEL A. FALCONE, JR., ESQUIRE**, respectfully represents as follows:

1.   The defendant is Dennis Bass, an adult individual, presently incarcerated in the State Correctional System with an address as follows: DW-6560 Rockview SCI, Box A, Bellfont, Pennsylvania 16823-0820.

2.   On December 1, 1998, following a jury trial, the defendant was found guilty of count 1, (burglary) count 2, (resisting arrest) and count 3 (theft by unlawful taking or disposition).

3.   Sentencing was scheduled for Friday, January 8, 1999 and a Pre-Sentence Investigation was ordered by the court.

4.   The defendant was sentenced to a minimum twenty (24) months to a maximum forty eight (48) months on the burglary and a minimum six (6) months to a maximum twelve (12) months on the resisting arrest with the conviction for theft merging for sentencing purposes.

5.   The defendant was originally arrested on December 20, 1997 and lodged in the Luzerne County Correctional Facility with charges being filed to the above term and number.

6.   On January 22, 1998 pursuant to a Petition to Modify Bail, the defendant's bail was

reduced to Five Thousand Dollars ROR with the participation pre-trial services of Luzerne County.

7. From December 20, 1997 until and through January 22, 1998 the defendant was incarcerated pending bail at the Luzerne County Correctional Facility.

8.    The defendant should have received credit for time served from the date of his arrest until his release prior to trial. A true and correct copy of the front page of the Pre-Sentence Investigation which confirms the defendant's confinement prior to sentence is attached hereto and marked Exhibit "A."

**WHEREFORE,** the defendant respectfully requests this Honorable Court enter an Order directing that Petitioner be given credit for time served from December 20, 1997 until January 22, 1998.

RESPECTFULLY SUBMITTED:

**SAMUEL A. FALCONE, JR., ESQUIRE**
**490 NORTH MAIN STREET**
**SUITE 202**
**PITTSTON, PA 18640**
**COURT APPOINTED COUNSEL FOR THE**
**DEFENDANT**

Commonwealth of Pennsylvania     : In the Court of Common

            VS                  : Pleas of Luzerne County

Dennis  BASS                    : Criminal No. 131 of 1998

<u>Motion for; Order granting Defendant Certified Transcript Copies</u>

TO THE HONORABLE JUDGES of SAID COURT

        The Motion of the Defendant, Dennis

BASS, Represented by; Mr. S. Falcone, Jr., Esquire,

submitted Pro-Se, for the purpose therein,

respectfully submitts the following;

    1) The Defendant in the above captioned

matter, having filed a (Pro-Se) Motion for Post

Conviction Collateral Relief, on; April 6, 1999, at;

Luzerne County Courthouse, respectfully requests

the Production of, and to recieve, the Trial

(13)

Transcripts and Records (Arrest), Jury Transcripts, and Sentencing Transcripts, for; the Trial date December 1, 1998, and Sentencing date; January, 8, 1999, for the captioned case.

2) The Attached copy of/Is an Order to Reproduce the Trial and Sentencing Transcripts as was Ordered by; Honorable Judge Conahan, on; April 20, 1999.

3) Defendant respectfully requests to recieve Certified Transcripts of the above captioned case,

4) Defendant requested for; said Transcripts within the filed; Motion for Post Conviction Collateral Relief of; April 6, 1999, and

has requested said Transcripts and records from the Defendant's appointed conflict counselor; Mr. Sam Falcone, Jr., Esq. (attached)

5) As to the date, and signing of _this_ Requested Motion, Defendant has recieved "_NO_" copies, records or Certified Transcripts, of/in the above captioned CASE, and

6) Defendant has recieved "_NO_" indication or communication by Luzerne County Court, nor by the Defendant's appointed conflict counselor; Mr. Sam Falcone, Jr., Esquire, as to the status of the Pro-Se filed Motion for Post Conviction Collateral Relief of April 6, 1999. The only indication is the attached Order by Judge

Conahan dated April 20, 1999.

7) Defendant believes the lack of said Transcripts may and will deny Defendant fair, legal and accurate access to the Courts, as a Lay-man of the law.

8) Defendant wishing to file supporting and other motions to the Courts.

Therefore, Defendant respectfully requests an Order to be filled requesting and requiring Certified Transcripts and records, be afforded and granted to the below addressed Defendant.

Date: April 7, 2000

(S) _____

Very Truly Yours,

Dennis Bass, DW-6560
Box A, Rockview S.C.I
Bellefonte, PA 16823-0820

FEDERALLY
CLERK OF COURT
ORIGINAL DIVISION
COUNTY
00 APR 10 PM 12:24

Commonwealth of Pennsylvania : In the Court of Common

V.S : Pleas of Luzerne County

Dennis Bass : Criminal No; 131 of 1998

## Notice of Motion Submission and Service

To The HONORABLE JUDGES AND CLERKS of SAID COURT

The Defendant in the Above captioned
Criminal matter, submits the enclosed
Motion, to recieve Certified Transcripts
And records.
The Defendant respectfully submits this
Motion, via, Certified Mail, Return Recipt
on, April 7, 2000, being placed into the
Mail Box At Rockview S.C.I., Box A, Bellefonte,
PA, 16823-0820.
The Defendant swears to the original
Signature listed below.

Date; April 7, 2000      (s) _____
                         Dennis Bass, DW-6560
                         Box A, Rockview S.C.I.
CC: Court               Bellefonte PA 16823-0820
    Defendant

Enclosed; Cover Notice(1), Motion for Transcrips(4),
   Judge Conahan Order(1), Conflict Attorney Letters(5),
   Def. Letter to Conahan(2), And Def Letters to Attorney

COMMONWEALTH OF PENNSYLVANIA    : IN THE COURT OF COMMON PLEAS
                                 :     OF LUZERNE COUNTY
                                 :
           vs.                      :     CRIMINAL DIVISION
                                 :
DENNIS BASS,                    :     NO.:    131 OF 1998
               Defendant.      :

## MOTION FOR ORDER TO TRANSCRIBE RECORD

The defendant, **DENNIS BASS,** in the above captioned matter having filed a Pro-se

Motion for Post Conviction Collateral Relief on April 6, 1999, requests reproduction of the

following portions of the trial record in the above-captioned case by and through his court

appointed conflict counsel:

1.    Trial: including openings, testimony (including sidebar conferences), evidentiary hearings during trial, closings, court's charge (including jury questions and responses thereto), and jury poll (December 1, 1998);

2.    Sentencing: including court colloquy (January 8, 1999).

## ORDER

AND NOW, this 20 day of April_____, 1999, the court stenographer of

Luzerne County is directed to transcribe those portions of the trial record as marked above and to

file the same with the Clerk of Courts with costs to be paid by the County of Luzerne .

It is further **ORDERED** that copies of this **ORDER** shall be served upon the trial court,

the District Attorney of Luzerne County and the court stenographer.

BY THE COURT:

S/CONahan
                                       J.

**SAMUEL A. FALCONE, JR., ESQUIRE**
490 NORTH MAIN STREET
SUITE 202
PITTSTON, PA 18640
(570) 654-4643

March 16, 1999

Mr. Dennis Bass
Luzerne County Correctional Facility
99 Water Street
Wilkes-Barre, PA 18702

     RE:  Commonwealth v. Dennis Bass
         No.: 131 of 1998

Dear Mr. Bass:

   I am in receipt of an Order dated match 5, 1999 wherein I was appointed to represent you as conflict counsel in the above referenced matter.  Please advise me in writing of any issues you wish for me to review on your behalf.

            Very truly yours,

            SAMUEL A. FALCONE, JR.

SAFJR:mcw

**SAMUEL A. FALCONE, JR., ESQUIRE**
**490 NORTH MAIN STREET**
**SUITE 202**
**PITTSTON, PA 18640**
**(570) 654-4643**

March 30, 1999

Mr. Dennis Bass
L-B 38
DW-6560
Camp Hill, SCI
P.O. Box 200
Camp Hill, PA 17001-0200

RE:    Commonwealth v. Dennis Bass
       No.: 131 of 1998

Dear Mr. Bass:

I am in receipt of your letter dated March 22,1999 regarding the above referenced matter. So you are aware, I was previously notified that your mailing address was at the Luzerne County Correctional Facility. Accordingly, I sent you a letter date March 16, 1999 to your former address which has not been answered. In any event, I am providing you with a copy of that letter so you can keep the same for your file.

Additionally, I am requesting that you advise me of any legal issues you wish for me to review for you in my role as court appointed conflict counsel in this matter. So you area aware, prior to my appointment, many of the time periods to file appeals had already expired. I shall await your reply before taking any further action in this matter.

Very truly yours,

SAMUEL A. FALCONE, JR.

SAFJR:ls

SAMUEL A. FALCONE, JR., ESQUIRE
490 NORTH MAIN STREET
SUITE 202
PITTSTON, PA 18640
(570) 654-4643

April 9, 1999

Mr. Dennis Bass
Luzerne County Correctional Facility
99 Water Street
Wilkes-Barre, PA 18702

Re: Commonwealth v. Dennis Bass
No.: 131 of 1998

Dear Mr. Bass:

I received your letter dated March 31, 1999. You indicated that you did not receive a copy of the letter to you dated March 16, 1999. Therefore, I am again enclosing a copy of the same for your reference. In any event, in your March 31, 1999 letter you indicated that you were going to submit a Petition for Post Conviction Collateral Relief. I am requesting that you send the same to me for filing. Otherwise, it will only be sent to me from the Clerk of Courts Office and several weeks may pass in the meantime.

Upon my receipt and review of your proposed Petition, I will either file the same as prepared or amend and then file the same requesting a hearing date.

I am preparing a motion which will request that the Court enter an Order directing the transcription of the trial in this matter.

However, I am compelled to inform you that in the event your questions or concerns are regarding your sentence, please be advised that the sentence you received was consistent with and in accordance with the sentencing guidelines.

Nonetheless, I will await further reply from you before taking any additional steps other than those set forth above.

Very truly yours,

SAMUEL A. FALCONE, JR.

SAFJR:nr
Enclosure

**SAMUEL A. FALCONE, JR., ESQUIRE**
**490 NORTH MAIN STREET**
**SUITE 202**
**PITTSTON, PA 18640**
**(570) 654-4643**

April 23, 1999

Mr. Dennis Bass L2 - B38
DW - 6560
Camp Hill, S.C.I.
PO Box 200
Camp Hill, PA 17001-0200

RE:    Commonwealth of Pennsylvania v. Dennis Bass
No.: 131 of 1998

Dear Mr. Bass:

    Enclosed you will find a time stamped copy of the Motion for Order to Transcribe Record and Order attached thereto. Once I am in receipt of the transcript I will be better able to review the merits of a Post Conviction Collateral Relief Petition.

Very truly yours,

SAMUEL A. FALCONE, JR.

SAFJR:mcw
Enclosure

Date; August 26, 1999

Case # 131 of 1998
Dennis Bass, DW-6560
Box A, Rockview S.C.I
Bellefonte, PA 16823-082

Judges Chambers, Judge Conahan
Luzerne County Court House
200 North River Street
Wilkes-Barre, PA 18711-1001

Dear, Honorable Judge Conahan,

I write to you out of my own confusion,
and I do not know where, my Conflict Counselor,
Attorney Mr S. Falcone, Jr., is?

I have written to my, Attorney on several
occasions and have not recieved any reply.
The last letter I recieved from my Attorney was,
April 23, 1999. I have written 3-4 times after April 23.

On April 20, 1999, (Yourself) the Honorable
Judge Conahan; ordered the reproduction of the
trial record (see included), prompted by my
Pro-se Motion for Post Conviction Collateral Relief
on April 6, 1999.

I have a desire to speak to my Attorney
about my submitted Motion. My marrage is in
troubled waters and has deeply perplexed me. I need
to know, if the Motion was fully Accepted or not?
I need to know if there is a chance of me
saving my marrage, or has my whole life been
upserged by this matter?



②

All I want to Know is; weither or not I can tell my wife that this matter is being reconsidered?

Please, Honorable Judge Conahan, accept my submission on it's layman's value. It is/was the best I could do based on my memory of the December 1, 1998 trial of approx - 25 minut

I believe in my heart I did not do this crime. My only foolishness is being intoxicated, thinking I could get away with something by picking up property that didn't belong to me, And being irrational at the time of Arrest.

At this time, I am feeling abandon by my Conflict Counsel, Mr S. Falcone, Jr. As my Counsel does not reply to my writings.

Very Truly Yours
(S) Dennis Bass
DW-6560
Box A Rockview S.C.I.
Bellefonte, PA
16823-082

# SAMUEL A. FALCONE, JR., ESQUIRE
### 490 NORTH MAIN STREET
### SUITE 202
### PITTSTON, PA 18640
### (570) 654-4643

February 3, 2000

Mr. Dennis Bass
DW-6560
Rockview S.C.I., Box A
Bellefonte, PA 16823-0820

> RE:   Commonwealth vs. Dennis Bass

Dear Mr. Bass:

As you are now aware, I have filed an Order executed by Judge Toole which clarifies the credit for time served issue previously raised by you. As you can see, this Order was certified and served upon the acting records supervisor for the prison. I trust that this addresses all of your questions and concerns relative to the above referenced matter. However, if upon receipt hereof you have any questions or are requesting any further action on my behalf, please advise immediately.

Very truly yours,

SAMUEL A. FALCONE, JR.

SAFJR:mcw

February 10, 2000

Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-082─

Mr. Samuel A. Falcone Jr., Esq.
490 North Main Street, Suite 202
Pittston, PA   18640

Dear Mr. Falcone,
    I recieved your Feb. 3rd letter. And I wish to
Thank you for completing my requested Time Credit.
    Also, in your Feb. 3rd. letter I'm asked, if I have
any questions, or request any action to advise you.
    My last letter to you, dated Jan 31, or Feb 1, asks;
1) Was my original (self submitted) motions for; Transcripts,
    Late Filing of Appeal, and Appeal, accepted by the Court? And
2) If not to question #1; Did you perfect and properly
    submit my desired appeal?
3) If yes to questions #1 or #2;
    A) I am requesting a copy of my Transcripts, And
    B) Do we have an Appeal Hearing Date?

    I know I promised not to flood your office with letters.
And I will not. I would like if you would respond to
these questions. I have been waiting since April 9, 1999
for your professional and knowledgable response to my
Appeal Petition, as indicated by this, your April 9th letter.
    I still believe in my petition (appeal) is the truth. And
my trial was to short (35 min.), and the mistakes of my Public
Defender and the Honorable Judge, are to blatant to uphold
conviction. Thank You!    Very truly yours; Dennis B─

MARCH 20, 2000

Dennis Bass DW-656
Box A, Rockview S.C.I
Bellefonte, PA 16823-0

Mr. Samuel A. Falcone Jr., Esquire
490 North Main Street, Suite 202
Pittston, PA  18640

Dear Attorney, Mr Falcone,
   I wrote to your Office on, Feb. 10, 2000.
I was responding to your letter of Feb. 3, 2000.
Since my last letter, Feb 10th, I have received
none of the information/answers, to my questions
asked of you.
   I understand that responding may take some
time. But I am begining to believe that you are
not giving this matter of my appeal, the proper
attention. Also, considering your lacking desire
to reply to my letters, in somewhat, a timely manner.
   Please don't misunderstand this letter. I hold no
ill-feelings. I don't know what is going-on with my
Appeal. It is not my intention to push away a good
and experienced Attorney. But, if there is anything
that is preventing you, from filling your responsibilit[e]
to this, my Appeal. Please inform the proper
channels.
   If there are no Practical or Ethical problems?
Then, Please inform me of my Appeal's Status,
and the listed questions on my Feb 10, 2000 letter.

   Thank You ?                    Very truly Yours.

COMMONWEALTH OF PENNSYLVANIA    : IN THE COURT OF COMMON PLEAS

                                             :      OF LUZERNE COUNTY

         v.                                  : 

                                               :      CRIMINAL DIVISION

DENNIS BASS,                         : 

            DEFENDANT.           : NO. 131 of 1998

                                               :

## ORDER

     **AND NOW,** this _27th_ day of _June_ , 2000, at _1_ o'clock _P_.m. it is

hereby **ORDERED** that **SAMUEL A. FALCONE, JR., ESQUIRE,** be allowed to withdraw as

court appointed conflict counsel and that _____ Brian Corcoran _____ .

_____ , Esquire, be appointed to represent

the defendant in the above-captioned matter.

                                     **BY THE COURT:**

ROBERT F. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY

00 JUN 28. PM 3: 16

(14)

COMMONWEALTH OF PENNSYLVANIA    : IN THE COURT OF COMMON PLEAS
    :
    :    OF LUZERNE COUNTY
    v.    :
    :    CRIMINAL DIVISION
DENNIS BASS,    :
    DEFENDANT.    : NO. 131 of 1998
    :

## PETITION FOR APPOINTMENT OF SUBSTITUTE CONFLICT COUNSEL

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

The petitioners, by and through his counsel, **SAMUEL A. FALCONE, JR., ESQUIRE,**
hereby request appointment of substitute conflict counsel in support thereof aver as follows:

1. On or about March 5, 1999, Samuel A. Falcone, Jr., Esquire, was appointed to
represent the defendant in connection with the above-referenced matter.

2. In a letter dated May 25, 2000, the defendant, Dennis Bass, alleges current counsel's
ineffectiveness.

3. As a result, there is an irretrievable breakdown in the attorney client relationship.

**WHEREFORE,** the defendant, by and through his counsel, respectfully request this
Honorable Court issue an order authorizing the appointment of substitute conflict counsel and
allowing Samuel A. Falcone, Jr., Esquire, to withdraw from further representation of the
defendant, Dennis Bass.

RESPECTFULLY SUBMITTED,

BY: _____

SAMUEL A. FALCONE, JR., ESQUIRE
490 NORTH MAIN STREET
SUITE 202
PITTSTON, PA  18640
(570) 654-4643
COURT APPOINTED COUNSEL FOR
THE DEFENDANT.

131 - 98

In The Supreme Court of Pennsylvania
Eastern District

Dennis Bass,
            Petitioner

      VS

Court of Common Pleas
of Luzerne County,
            Respondent

:
:
:
:
:
:
:
:
:
:

No: 0116 M.D.
        2000

ROBERT F. REILLY
CLERK OF COURT /
CRIMINAL DIVISION
LUZERNE COUNTY
00 AUG -7 AM 11:57

Petition for Order to Produce Post Conviction
Relief Act Judgement from Respondent And/or
Reversal of Criminal Charges

To the Honorable, The Chief Justice and
Justices of the Supreme Court;

   I, Dennis Bass, the Petitioner

Pro-se, in the above captioned, Writ

of Mandamus and/or Extraordinary

Relief - filed; June 30, 2000, hereby

make this Petition and respectfully

represents the following;

(15)

1) Petitioner has recieved the non-response from the Respondents, dated and serviced on July 26, 2000, by; Mr. D. M. Donaldson, Esq. - Chief of Litigation from the Administrative Office of Pennsylvania Courts. (Attached)

2) Petitioner believes trial transcripts of Petitioner's December 1, 1998 trial are public Records of the people and secured by the Court's Authority, and such records are not owned by any single party, thereby requiring payment to release such records.

3) That such records should be

immediately Accessable for Public
And/or Administrative Viewing, when
requested, in the pursuit of justice.

4) If, Petitioner is incorrect
And such records Are not Public, then
such records Are Private.

5) Petitioner believes that such
Private records Are to be securely
stored, And Are the responsibility
of the Administration that pro-created
such records.

6) Petitioner believes that Any
non-Authority having possession of
Private records, over And Above

the proper Authority, is in violation
of Privacy Laws And Acts, including
Freedom of Information.

7) Petitioner believes the unfulfilled
Order to Transcribe Record, dated; April
20, 1999 signed by Honorable Judge
Conahan of Luzerne County Court
of Common Pleas / The Respondents,
have and has denied Petitioner fair,
timely and accurate access to the
courts. (Listed As Exhibit-D)

8) Petitioner believes the Respondents
And Counselors appointed to this Petitioner
by the Respondents, have failed to

notify this Petitioner of the said courts failure to produce Certified Transcripts, After fifteen (15) months from the date of Honorable Judge Conahan's Order.

9) Petitioner believes the Administrative Procrastination of the Respondents should not be Allowed to prevent Petitioner from timely judicial remedy.

10) Petitioner believes these Certified Transcripts will insure Petitioner a just review, providing these Transcripts have not themselves

become corrupted, being outside of
the Respondents care And Authority.

11) Petitioner believes <u>there Are other</u>
<u>records that have been requested</u> in
Petitioners Pro-se PCRA, As listed on
Exhibit-Motion; A page 8 of 9 (Attached)
That can prove Petitioners filed claims.

12) Petitioner believes the
Respondents Are acting with the intent
to deny this Petitioners Constitutional
Right to "Exhaust Remedy" As
required by the higher courts.

13) The Respondents have <u>ignored</u>
Petitioners PCRA-filed; April 6, 1999,

And now claim the Respondents can not fulfill their very own Court Order, After fifteen (15) months.

14) Petitioner believes this is the "strategy of procrastination".

15) Petitioner believes that any motions in any higher court are deemed "_Mute_", After Petitioners Maximum Expiration of Sentence.

16) Petitioner believes the higher courts Are "BACK Logged" with pending cases. Taking up to; 2 to 4 years, to have a case heard.

17) Petitioner believes he will

not have time to pursue this matter in a higher court to it's completion. Petitioners Max. Exp. Date being; December 14, 2002.

18) Petitioner believes Any Amount of incarcerated time "not permitted review" in a timely manner, constitutes an illegal act against that citizen and against the United States Constitution.

19) Petitioner in this matter only seeks justice by the Burden of Proof.

20) Petitioner believes Black Out-Intoxication is not a trial defense,

nor is it grounds to prove guilt
for burgulary.

21) Petitioner remembers nothing
of the incident/crime. Petitioner
must also rely on the same fact
finders as the trial court, (ie. Testimony,
Police Testimony and Lab Reports), or
the Burden of Proof provided.

22) During Petitioners trial on,
December 1, 1998 it was not proven
to Petitioner that, the actual crime
of burgulary was committed by him.

23) Petitioner desires closure,
as this incarceration is very hurtfull

And causes confusion within this
Petitioner,

24) Petitioner believes this
incarceration is from a corrupted
conviction, As it was to be solely
the responsibility of the prosecution
to prove Petitioners guilt.

25) Petitioner believes, it was
not within the descretion of the
presiding judge to prove Petitioners
guilt during trial, by Authoritively
charging A Jury of Lay-men to
find Petitioner guilty on non-
evidentary defense strategy.

26) Petitioner believes the charge of Burgulary should be reversed, And Thieft - Possession of Stolen Property, be implemented, releasing Petitioner to Time Served.

Therefore, Petitioner respectfully requests the Supreme Court of the Eastern District of Pennsylvania to;

A) Order Respondents to make and surrender thier Judgement of Petitioners PCRA And to surrender Certified Transcripts And/or other records on file to the Petitioner, or

B) Order Respondents to

surrender An immediate reversal
of the burgulary Conviction, thereby
releasing Petitioner from the
Constitutionally incorrect incarceration
And,

Whatever other Relief the
Justices of the Supreme Court
deem Just and Proper.

August 2, 2000        (s) ~~~~~~ - Pro-se

Respectfully Submitted,

Dennis BASS, DW-6560
Box A, Rockview S.C.I,
Bellefonte, PA. 16823-0820

SUPREME COURT OF PENNSYLVANIA



ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
1515 MARKET STREET, SUITE 1414
PHILADELPHIA, PENNSYLVANIA 19102
(215) 560-6300

July 26, 2000

Irene Bizzoso, Esquire
Deputy Prothonotary - Middle District
Supreme Court of Pennsylvania
434 Main Capitol
Harrisburg, PA   17108

RE:    Dennis Bass vs. Court of Common Pleas of Luzerne County
       No. 0116 M.D. Miscellaneous Docket 2000

Dear Ms. Bizzoso:

This is to advise you that we will not be filing a formal response in the above-captioned matter. Luzerne County no longer employs the court stenographer that took the testimony, however, the county is in the process of having him transcribe the notes as quickly as possible, in compliance with the court order.

Enclosed is my entry of appearance and proof of service. Thank you for your attention to this matter.

Sincerely,

David M. Donaldson
Chief of Litigation

Enclosures
cc:    Hon. Michael T. Conahan
       Mr. Dennis Bass

( Attached )

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS
    :    OF LUZERNE COUNTY
    :
          vs.     :    CRIMINAL DIVISION
    :
DENNIS BASS,     :    NO.:   131 OF 1998
               Defendant.     :

## MOTION FOR ORDER TO TRANSCRIBE RECORD

The defendant, **DENNIS BASS**, in the above captioned matter having filed a Pro-se

Motion for Post Conviction Collateral Relief on April 6, 1999, requests reproduction of the

following portions of the trial record in the above-captioned case by and through his court

appointed conflict counsel:

1.    Trial: including openings, testimony (including sidebar conferences), evidentiary hearings during trial, closings, court's charge (including jury questions and responses thereto), and jury poll (December 1, 1998);

2.    Sentencing: including court colloquy (January 8, 1999).

## ORDER

AND NOW, this 20 day of April _____, 1999, the court stenographer of

Luzerne County is directed to transcribe those portions of the trial record as marked above and to

file the same with the Clerk of Courts with costs to be paid by the County of Luzerne .

It is further **ORDERED** that copies of this **ORDER** shall be served upon the trial court,

the District Attorney of Luzerne County and the court stenographer.

BY THE COURT:

S/ Conahan
_____
                                                       J.

Exhibit·D

disclosure of Defendants Criminal

Files including; Arrest Reports,

Court Reports, Discovery Motion,

Trial Transcripts, Deliberation

Transcripts, Police Reports (Lab.),

Hospital Reports of December 20, 1997

And Any other file not mentioned

Above.

   14. Defendant Also respectfully

requests the deletion of Any

information that may be deemed A

potential threat Any persons

security and well-being.

Exhibit-Motion; A, page 8 of 9

In the Supreme Court of Pennsylvania
Eastern District

Dennis Bass,
            Petitioner

        VS

Court of Common Pleas
of Luzerne County,
            Respondent

No. 0116 M.D.
      2000

ROBERT F. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY
00 AUG -7 AM 11:58

Motion to Ammend and Update;
Writ of Mandamus And/or Extraordinary Relief, and
Leave to Proceed In Forma Pauperis

To the Honorable, The Chief Justice and
Justices of the Supreme Court:

    I, Dennis Bass the Petitioner

Pro-se, in the above captioned case,

hereby make this Motion to Ammend

and Update the above said Writ

and Application, and respectfully

submits the following and represents;

1) Petitioner Ammends and updates the following information and understands that false statements herein are made subject to the penalties of 18 PA. C.S.A. 4904, relating to unsworn falsification to Authorities.

2) Within the Petition for Writ of Mandamus and/or Extraordinary Relief- filed, June 30, 2000, listed on Attached Exhibit E-pgs. 9 and 10, of 10 the Petitioner has taken action against Court Appointed Conflict Counselor, Mr. S. Falcone, Esq. ( See Exhibit H - pgs 4 of 4 )

3) Mr. S. Folcone, Esq. files Petition for Appointment of Substitute Conflict Counselor and is withdrawn. Replaced by; Mr Brian Corcaran, Esq., as Petitioners Appointed Counsel on June 26, 2000 (See Exhibit I - pgs 4 of 4)

4) Petitioner writes to Mr. B. Corcaran, Esq. on July 8, 2000. Petitioner has not yet recieved a reply. (See Exhibit J - pgs 3 of 3)

5) Petitioner writes to the Supreme Court on July 9, 2000, discussing future Submissions as a Pro-se Petitioner (See Exhibit K - pgs 3 of 3)

6) On July 11, 2000 the Petitioner recieves a 1998 Income Tax Return that was officially claimed lost/stolen and Petitioner pays the Court Charges and Restitution. (See Exhibit L - pgs 6 of 6)

7) Petitioner believes the Court Charges and Restitution must be paid, and not used against Petitioner during PCRA review, and it is not to be misconstrued as this Petitioners admission to guilt of burgulary, by paying restitution.

8) Petitioner prays that the

Application for In Forma Pauperis
is upheld by the Supreme Court
and is granted. The money the
Petitioner now possesses will be
used for housing, food and clothing
when Petitioner is eventually released.

9) this 1998 Tax Refund is
all the money the Petitioner
has in the world.

Therefore, Petitioner wishes
to include this information and
ammend and update the said Writ
of Mandamus and/or Extraordinary
Relief — filed; June 30, 2000

And,

To seek whatever other relief
the Justices of the Supreme Court
of Pennsylvania deem just and proper.

August 2, 2000          Respectfully Submitted,

(s) _____ - Pro-se
Dennis Bass DW6560
Box A, Rockview S.C.I.
Belleforte, PA 16823-0820

Date: June 16, 2000

Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-0820

(Attn. Court Clerk)
Court of Common Pleas of Luzerne County
200 North River Street
Wilkes-Barre, PA 18711-1001

        Honorable Clerk.

        Please file this Pro-se Motion
Requesting Reappointment of Counsel,
in Case no. 131 of 1998.

                (Service)

        The above named Defendant has
placed the above said motion into
the facility Mail Box of Rockview S.C.I.,
on the above date, by First Class Mail.

                        Respetfully, Submitted
                (S)     Dennis ~~~ Pro-se
                        Dennis Bass, Defendant



            (Exhibit H - pg 1 of 4)

Commonwealth of Pennsylvania : In the Court of Common

VS. : Pleas of Luzerne County

Dennis Bass : Criminal No. 131 of 1998

## Motion Requesting Reappointment of Counsel

To The Honorable Judges And Clerks of Said Court :

This Motion, submitted Pro-se by ; Dennis Bass, the Defendant in the Above said matter.

1) Defendant Respectfully Requests the Honorable Court to <u>Remove</u> Mr. S. Falcone, Jr. as the Defendants Acting Conflict Counselor, based upon ; <u>Conflict of Intrests</u>.

2) Mr. Falcone's lacking of the Defendants intrests is furthering the Defendants denial of Due Process; to accurate court access.

(**Exhibit H** - pgs 2 of 4)

3) Defendant has requested; Action to be taken concerning; Defendants Motion for Post Conviction Collateral Relief submitted April 6, 1999 And, Defendant desire to obtain Complete Certified Transcripts of Case; 131 of 1998, from Arrest, the Trial of December 1, 1998 And Sentencing.

4) Defendant has not recieved the Above requested Actions by/from Mr. S. Falcone, Jr.

5) Mr. Falcone, Jr. has ignored the Above said intrests of the Defendant.

6) Mr. Falcone, Jr.'s inaction and lack of interaction, serves to bar and prevent

( **Exhibit H** - pgs 3 of 4 )

the Defendant Due Process, by non-competent, inaccessable and unavailable counsel.

7) Defendant wishing to file accurate Court Motions in other courts.

Therefore, Defendant Respectfully Requests the Court to "Remove" Mr. S. Falcone, Jr., As the Defendants Conflict Counselor, And to Appoint An Attorney that Solely Represents the Defendant.

If such An attorney is not Available? Let it be Known to this Defendant.

Respectfully Submitted

Date, June 16, 2000    (s) Der B
                            Dennis Bass. DW-6560
(Exhibit H —           Box A, Rockview S.C.I.
  pgs 4 of 4)          Bellefonte, PA. 16823-0820

**SAMUEL A. FALCONE, JR., ESQUIRE**
490 NORTH MAIN STREET
SUITE 202
PITTSTON, PA 18640
(570) 654-4643

July 5, 2000

Mr. Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

        RE:    Commonwealth v. Dennis Bass
                 Nos. 131 of 1998

Dear Mr. Bass:

    Enclosed please find a copy of an Order of Court signed and dated June 26, 2000 appointing Brian C. Corcoran, Esquire to represent you in the above-referenced matter.

    In addition, I am providing you with the mailing address of Attorney Corcoran as follows:

            Brian C. Corcoran, Esquire
            400 Third Avenue
            Kingston, PA 18704

                         Very truly yours,

                         SAMUEL A. FALCONE, JR.

SAFJR:mcw
Enclosure

( Exhibit I - pg 1 of 4 )

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS

                                       : OF LUZERNE COUNTY

        v.                             :

DENNIS BASS,                       : CRIMINAL DIVISION

            DEFENDANT.         : NO. 131 of 1998

                                          :

## ORDER

AND NOW, this _27th_ day of _June_, 2000, at _9:05_ o'clock _A_.m. it is

hereby **ORDERED** that **SAMUEL A. FALCONE, JR., ESQUIRE**, be allowed to withdraw as

court appointed conflict counsel and that _Brian Corcoran_

_____, Esquire, be appointed to represent

the defendant in the above-captioned matter.

BY THE COURT:

_____ J.

ROBERT C. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY

00 JUN 28 PM 3: 17

( Exhibit I - pgs 2 of 4)

COMMONWEALTH OF PENNSYLVANIA     : IN THE COURT OF COMMON PLEAS

                                         :

              v.                            :        OF LUZERNE COUNTY

                                           :        CRIMINAL DIVISION

DENNIS BASS,                            :

               DEFENDANT.           : NO. 131 of 1998

                                           :

## PETITION FOR APPOINTMENT OF SUBSTITUTE CONFLICT COUNSEL

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

       The petitioners, by and through his counsel, **SAMUEL A. FALCONE, JR., ESQUIRE,** hereby request appointment of substitute conflict counsel in support thereof aver as follows:

       1. On or about March 5, 1999, Samuel A. Falcone, Jr., Esquire, was appointed to represent the defendant in connection with the above-referenced matter.

       2. In a letter dated May 25, 2000, the defendant, Dennis Bass, alleges current counsel's ineffectiveness.    ( Listed As - Exhibit E pgs 9+10, of 10 )

       3. As a result, there is an irretrievable breakdown in the attorney client relationship.

       **WHEREFORE,** the defendant, by and through his counsel, respectfully request this Honorable Court issue an order authorizing the appointment of substitute conflict counsel and allowing Samuel A. Falcone, Jr., Esquire, to withdraw from further representation of the defendant, Dennis Bass.

( Exhibit I - pgs. 3 of 4 )

RESPECTFULLY SUBMITTED,

BY: _____

SAMUEL A. FALCONE, JR., ESQUIRE
490 NORTH MAIN STREET
SUITE 202
PITTSTON, PA  18640
(570) 654-4643
COURT APPOINTED COUNSEL FOR
THE DEFENDANT.

( Exhibit I - pgs 4 of 4 )

July 8, 2000

Dennis BASS. DW-6560
Box A. Rockview S.C.I
Bellefonte, PA 16823-0

Mr. Brian C. Corcoran, Esquire
400 Third Avenue
Kingston, PA 18704.

Dear Attorney Corcoran,

I recieved Notice that; You Are my "New Court Appointed Attorney".

Let me start by saying "Hello!" And Apologize for some of the harsh statements I am about to make.

I am sorry that my case has fallen upon your lap. My case has fallen accross the laps of Mr. Ross, P.D. and Mr. Falcone. Both of whom handled my case with inaction and the lack of interaction. Honestly, it is sometimes easy for me to believe, as trial and error shows, that a court appointed attorney is one of two things; 1) A puppet of the court's, or 2) A person that really don't care about a Post-Convicted individual, innocent or guilty.

This is becoming, easier and easier, for me to believe. I understand I don't have the money to give you what you deserve. For that, I am again sorry. I did not choose you, so please don't hold it against me and please don't take it out on my case by inactio

(Exhibit J – pa 1 of 3)



If you have or develope problems handling this case against Luzerne Court. Please let me know, if and when, something arrises

The matter of my case means more to me than just getting out of prision. It means <u>Closure</u>. The closure I need, is the factual proving, or disproving, that I committed the Act of Burgulary.

During the Trial of Dec. 1, 1998, if the Judges instructions to the Jury were omitted, "<u>Prove to Me</u>", I did not commit the crime of Burgulary.

I know being Black-out drunk is not a defense. But I also know it is not cause for guilt. I do not remember anything of the incident.

In my heart, with all of my belief, I feel I am innocent of the crime of burgulary.

This is why, I am apolgizing for being horsh, this issue is very serious to me.

I need an Attorney to stand-up with the truth against the Court's Authority. I feel Luzerne Court <u>needed</u> to find someone guilty for this crime, over and above the law. I was just the right fool to walk over to a crime scene and pick something up.

I know I bought the initial arrest and the attached charges. But I do not deserve

(**Exhibit J** - pgs 2 of 3)



the trial I recieved and the conviction for a crime based upon a Judges instructions and inferrance, over and above, the Prosecutions Burden of Proof that shows me to be innocent of the Burgulary Charge.

As soon as you meet with Mr. Falcone and retrive my Case File. Please ask me whatever questions you need to ask.

Also, "_No One_" seems to wish to fullfill my request for Complete Case Records and Certified Transcripts.

Will You, Mr. Corcoran, Please grant me this request? If not, Please tell me why?

I will be looking forward to see what posture you take, in and of, this matter.

Hope to here from you soon

Thanks for staying, if that is truly what you want to do?

July 8, 2000

Very Truly Yours,
(S) Dennis Bass
Dennis Bass DW6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

( Exhibit J___ 3 of 3)

July 9, 2000

Dennis BASS, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820

Supreme Court of Pennsylvania
Middle District
Office of the Prothonotary
434 Main Capitol Building
P.O. Box 624
Harrisburg, PA   17108

## RE; 0116 M.D. 2000

Dear Justices of the Supreme Court,

I, Dennis Bass the Petitioner, in the above mentioned Docket, respectfully make the following request for information;

1) <u>Future Submissions</u> from this Petitioner; can not be copied for proper service upon the Respondents. Due to; Petitioner has a negitive balance of his inmate account and can not afford proper photo-copies to be made at the cost of .10¢ per copy.

Petitioner prays that the Petition for Leave to Proceed In Forma Pauperis will enable this Petitioner to; Send all future submissions and additional exhibits directly to the Supreme Court for proper distributing and Service to; The Supreme Court, the Respondents, and to this Petitioner, returning original exhibits?



This Petitioner prays for the Supreme Courts forgiveness that Petitioner is destitute.

2) <u>As A Pro-Se Petitioner</u>, the Petitioner is a layman of the Law, and prays that the Supreme Court bear this in mind.

Petitioner does not understand how to cite case law, how to find case law and/or how to include case law into the Petitioners writtings. Petitioner has tried to find parallel case law and has found nothing precisely corresponding to the Petitioners matter at hand.)

Again Petitioner prays for the Supreme Courts forgiveness, and prays that fairness, knowledge, and the law, prevails without the consiquence to this Petitioners ignorance.

Thank You, for whatever grantings the Supreme Court of Pennsylvania, and it's Justices deem just and proper.

July 9, 2000

Respectfully Submitted, Pro-Se,

(S) Dennis Bass

Dennis Bass, DW-6560
Box A, Rockview S.C.I.
Bellefonte, PA 16823-0820



# Supreme Court of Pennsylvania
## Middle District

**IRENE M. BIZZOSO**
**DEPUTY PROTHONOTARY**

**SHIRLEY BAILEY**
**CHIEF CLERK**

434 MAIN CAPITOL BUILDING
P.O. BOX 624
HARRISBURG, PENNSYLVANIA 17108
(717) 787-6181
http://www.courts.state.pa.us

TO:    Mr. Dennis Bass
       SCI-Rockview, Box A DW6560
       Bellefonte, PA 15370-8090

RE:    Correspondence dated July 9, 2000
       0116 M.D. Miscellaneous Docket 2000

DATE:  July 13, 2000

---

This is to advise you that we are in receipt of your correspondence dated July 9, 2000 regarding the above captioned matter.

The Court is currently awaiting an answer from the respondent in this case. Upon receipt, it will be forwarded to the Court. Therefore, no further pleadings are required from you until such time as the Court may order.

Very truly yours,

Office of the Prothonotary
Supreme Court of Pennsylvania

/MAT

PART I

OMB No. 1510-0
Exp. 7/31/94

## CLAIM AGAINST THE UNITED STATES
## FOR THE PROCEEDS OF A GOVERNMENT CHECK

Your Social Security Account Number and the other information are being requested in order that the Department of the Treasury can process your claim for a government check. The authority to consider your claim is found in part, at 31 United States Code, Sections 528, and 561-564. If you cannot or will not furnish the information, the processing of your claim may be delayed. The estimated average burden associated with this collection of information is 10 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to the Financial Management Service, Facilities Management Division, Property and Supply Section, Ardmore East Business Center, 3361-L 75th Avenue, Landover, Md. 20785 or the Office of Management and Budget, Paperwork Reduction Project (1510-0019) Washington, D.C. 20503.

```
C 2301-703594 89        1070.00 04/02/99
DENNIS P BASS            AGENCY
112548736    20092800    1070.00  I
89109 006437271 01               NEW

        DENNIS P BASS
        BOX A ROCKVIEW S C
        BELLEFONTE PA 16823
```

WARNING: Title 18, Sec. 287, U.S. Code: "Whoever makes or presents to any person or officer in the civil, military, or naval service, of the United States, or to any department or agency thereof, any claim upon or against the United States, or to any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be fined not more than $10,000 or imprisoned not more than five years, or both."

| | |
|---|---|
| 1. Did you receive this check? | *No* |
| 2. Did you sign your name on this check? | *No* |
| 3. Did you cash this check? | *No* |
| 4. Did you deposit this check in a bank, credit union other financial organization? Did someone else deposit this check to an account that you could use? | *No* |
| 5. Was this check cashed with your permission? | *No* |
| 6. Did you receive any money or benefit in any way from this check (e.g. household expenses, child support, etc.)? If so, explain, (include amount if known.) | *No* |
| 7. If your present name is different from that on the face of the check, explain why. | — |
| 8. If you are making claim for this check and it is not made out to you, state your relationship to the payee. Explain why the payee cannot sign. | — |

**THIS CLAIM IS MADE FOR THE PROCEEDS OF THE ABOVE CHECK. IF YOU CASH BOTH THE ORIGINAL AND ANOTHER SETTLEMENT CHECKS, THE OVERPAYMENT MUST BE PROMPTLY REFUNDED. FAILURE TO DO SO COULD RESULT IN LEGAL ACTION. BE SURE TO INCLUDE THE ABOVE CHECK AND SYMBOL NUMBERS WITH YOUR REFUND.**

| SIGN HERE | Payee's Signature | 2nd Payee's Signature *(If check drawn to two payees)* |
|---|---|---|
| | | |

| Your assigned I.D. No. (SSA, VA, IRS, Etc.) 112548736 | 2nd Payee's assigned I.D. No. (SSA, VA, IRS, Etc.) |
|---|---|
| Signature of Witness *(ONLY if Payee(s) Signed by Mark)* | |

**FMS** FORM 1133 EDITION OF 7-89 IS OBSOLETE
4-94

DEPARTMENT OF THE TREAS
FINANCIAL MANAGEMENT SER

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE  7/20/2000
REMOTE PRINT TIME 15:25            FROM ACTIVE FILE           PAGE        2

     INMATE    NAME
     NUMBER    LAST           FIRST            MI
     DW6560    BASS           DENNIS
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 282 | 06-12-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - MAY 2000 | 36.96 | 26.53 |
| 296 | 06-13-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - MAY | -.30 | 26.23 |
| 296 | 06-13-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - MAY | -.80 | 25.43 |
| 8165 | 06-13-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  6/13/2000 | -2.11 | 23.32 |
| 326 | 06-16-2000 | 37 | POSTAGE | | |
| | | | JUNE | -6.40 | 16.92 |
| 8172 | 06-20-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  6/20/2000 | -16.80 | .12 |
| 368 | 06-22-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - JUNE | -17.60 | -17.48 |
| 9007 | 07-03-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | -28.33 |
| 527 | 07-14-2000 | 14 | MISCELLANEOUS | | |
| | | | U.S. TREASURY        #441157 | 1,070.00 | 1,041.67 |
| 539 | 07-17-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - JUNE 2000 | 31.73 | 1,073.40 |

```
                        BALANCE AFTER THESE TRANSACTIONS------>    1,073.40
```



DC-130B - Rev. 9-16-81

COMMONWEALTH OF PENNSYLVANIA Department of Corrections

E 441157

CASH TRANSACTION RECEIPT

DATE 7/12/00

LOCATION RECEIVED
VISITING ROOM ☐    RECEPTION (RO) ☐
GATE ☐    MAIL ☑    CASHIER ☐    OTHERS ☐    (DESCRIBE OTHERS)

CREDIT TO → Dennis P Bass          INSTITUTIONAL NUMBER  DW6560
RECEIVED FROM → U S Treasury        AMOUNT RECEIVED  1070.⁰⁰
ADDRESS                             RELATIONSHIP

RECEIVED IN → CASH ☐  MAIL ORDER ☐  CHECK ☑    OTHERS (DESCRIBE)
RECEIVED AS  CONTRIBUTION ☐  SALES OF GOODS ☐  SERVICE RENDERED ☐    (DESCRIBE)
DESCRIPTION OF SALES OR SERVICES

RECEIVED BY

WHITE—Business Office    YELLOW—Donor    PINK—Inmate    GOLD—Location Received

(Exhibit L - pgs 2 of 6)

DC-135A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

ENTERED

JUL 1 2 2000

**INMATE'S REQUEST TO STAFF MEMBER**

**INSTRUCTIONS**

Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

BOOKKEEPING

| 1. TO: (NAME AND TITLE OF OFFICER) Inmate Accounts Office | 2. DATE 7-11-00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Dennis Bass, DW-6560 | 4. COUNSELOR'S NAME Mr Smith |
|---|---|

| 5. WORK ASSIGNMENT Allowance | 6. QUARTERS ASSIGNMENT CB-1054 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Today I recieved my 1998 Income Tax of $1070.00
According to my monthly statements I owe Act 84
$118.75 (Court Fees) And $165.00 (Restitution)
Total — $283.75

20% of $1,070 = $214.00 (Deducted 20% by Act 84)
Remaining Amount = $69.75 (Deducted by Inmate Request)
283.75 — Paid In Full

I will include A Cash Slip (DC-138A) to cover the $69.75
Remaining Amount to be paid to the court.
Please send this (DC-135A) Request And A Act 84
Paid In Full Notice to me
when completed.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Thank You !

Mr. Bass:

Our records indicate your Act 84 has been paid in full.  The only
figure we received was $165.00.  We have no record of the $118.75
court costs.  If you have other documentation, please contact Luzerne
County.

Please see attached print outs.

(Exhibit L-pgs 3 of 6)

S. Miller
Bookkeeping
07-12-00

☐ TO DC-14 CAR ONLY              ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                        DATE

DC-300B (PART 1)
(Rev. 10-95)

Type or Print Legibly *DW 6560*

*JTL 3-19*

COURT COMMITMENT
STATE OR COUNTY CORRECTIONAL INSTITUTION
Commonwealth of Pennsylvania

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

BASS, DENNIS        vs.    *DW-6560*

COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)

NOTE: Additional supply of this form available at above address:

☐ DC-300B (Part II) attached

| SEX | DATE OF BIRTH | SID | OTN | COURT OF INITIAL JURISDICTION | | COMMON PLEAS | ☒ |
|---|---|---|---|---|---|---|---|
| ☐ F ☒ M | 1-18-62 | | E-912928-2 | | ☐ | | |

| COMMITTING COUNTY/MAGISTERIAL DISTRICT | COURT NUMBER | DATE - TERM |
|---|---|---|
| Luzerne County | 131 | 1998 |

The above defendant after ☐ pleading guilty ☐ nolo contendre ☐ being found guilty was on

1-8 _____ , 19 99 sentenced by Judge/District Justice Patrick Toole, J. _____ to a term of

not less than _____ years 24 months _____ days nor more than _____ years 48 months _____ days, or _____

_____ for the offense of Burglary _____

(Section _____ of the Crimes Code) or (other statute) _____

It is further ordered that the said defendant be delivered by the proper authority to and treated as the law

directs at the _____ SCI _____ facility located at Camp Hill _____ .

| FINE | COSTS | RESTITUTION |
|---|---|---|
| AMOUNT $ _____ | AMOUNT $ _____ | $165.00 within 12 mos of release |
| To Be Paid To: ☐ COUNTY ☐ COMMONWEALTH | To Be Paid By: ☐ COUNTY ☒ DEFENDANT | |

| CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE) | EFFECTIVE DATE OF SENTENCE |
|---|---|
| | 1-8-99 |

This sentence shall be deemed to run concurrent to any existing sentences, effective the date of imposition unless otherwise stipulated below:

Sentencing: 131/98-Burglary-min. 24 mos. max. 48 mos. SCI- Theft-Requires no
sentence. Deft. remanded for classification-1-15-99.Bail pending appeal is denied
by the court. Mental health evaluation-treatment. Pay all court costs. No contact
with victim or establishment. Restitution $165.00 within 12 mos. of release.
Criminal mischief-merges for sentencing purpose. Deft. advised of all rights.
                                                                  Judge Toole

| | DISPOSITION OF NON-INCARCERATION OFFENSE(S) |
|---|---|
| PROSECUTING ATTORNEY M. Olshefski | |
| DEFENSE ATTORNEY C. Ross PD"s | |
| COURT REPORTER K. O'Hearn | (THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE) |

In witness, whereof I have hereunto set my hand and seal of said

(SEAL)

court, this _____ 3rd _____ day of March _____ 19 99

CLERK OF COURTS

Date: 7/17/2000        **Luzerne County Court of Common Pleas**        User: RREILLY

Time: 10:09 AM              PA COST BILL REPORT

Page 1 of 1                  1998-CR-0000131-

### Commonwealth of Pennsylvania vs. Dennis Dw6560 Bass

Dennis Dw6560 Bass                **CASE:**

Box A                           1998-CR-0000131-

Bellefonte       PA    16823

Charge / Fee Description

| Burglary [F/1] | Amount | Paid | Balance |
|---|---|---|---|
| Fine | 0.00 | 0.00 | $0.00 |
| Luzerne County Cost Traffic | 135.28 | 135.28 | ($0.00) |
| State Costs (Act 204) Felony | 9.39 | 9.39 | $0.00 |
| State Costs (Act 167) Felony | 14.08 | 0.48 | $13.60 |
| State Domestic Violence Costs | 10.00 | 0.00 | $10.00 |
| State Crime Victims Comp Costs | 15.00 | 0.00 | $15.00 |
| State Crime Commission Costs | 15.00 | 0.00 | $15.00 |
| C of C Filing Fee | 75.00 | 0.00 | $75.00 |
| State JCP Felony | 5.00 | 0.00 | $5.00 |
| Firearm (Act 158) | 5.00 | 0.00 | $5.00 |
| Total Costs for this Charge: | 283.75 | 145.15 | $138.60 |

Total Fines and Fees:     $283.75

Total Paid to Date:     $145.15

Total Amount Owed:     $138.60

Date: 7/17/2000               _____

                               Witness Clerk

**Check or Money Order made payable to: CLERK OF COURTS can be mailed to:**
**Clerk of Courts Office**
**N. River Street**
**Luzerne County Courthouse**
**Wilkes-Barre, PA 18711**
**We also accept Visa, MasterCard, Discover and MAC.**

**DC-135A**

ENTERED

~~FEB 2 4 2000~~

BOOKKEEPING

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

**INSTRUCTIONS**

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Inmate Accounts Office | 2. DATE 7-12-00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Dennis BASS, DW-6560 | 4. COUNSELOR'S NAME Mr. Smith |
|---|---|

| 5. WORK ASSIGNMENT Allowance | 6. QUARTERS ASSIGNMENT CB-1054 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

There is An Error in my Inmate File. I possess information that, my Act 84 is NOT PAID.

I Do owe Restitution of $165.00, But... I have paper work showing I owe $283.75 In Court Fees, ←

Please PAy the Court the remainder of what I owe, $283.75

I will include envelope, Letter to Clerk And A Filled Cash Slip.

Please return this Request, Stating my Request has been Fullfilled. Thank You!

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Your request has been fullfilled.

7/26/00
$283.75
Luzerne Co. Courthouse
CK # 38941

S. Switzer.
Bookkeeping

☐ TO DC-14 CAR ONLY  7/26/00          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER ( Exhibit L - pgs 6 of 6 ) | DATE |
|---|---|

ROBERT F. REILLY
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY
00 AUG -7 AM 11:59

In the Supreme Court of Pennsylvania
Eastern District

## Proof Of Service

I, Dennis Bass the undersigned Petitioner hereby Certify that; one true And correct copy of; 1) Petition for Order to Produce Post Conviction Relief Act Judgement from Respondent, And/or Reversal of Criminal Charges, And 2) Motion to Ammend And Update; Writ of Mandamus and/or Extra-ordinary Relief, and leave to Proceed In Forma Pauperis, And 3) Proof of Service, was served upon the parties listed below by First Class Mail.

Service was made this 2nd day of August, 2000, placed into the facility mail box at Rockview State Correctional Instotution.

## Parties;

Supreme Court of PA.
Eastern District
468 City Hall
Philadelphia, PA 19107

(And)

Court of Common Pleas
of Luzerne County
200 N. River Street
Wilkes-Barre PA. 18711

August 2, 2000

(S) _Dennis Bass_ - Pro-se
Dennis Bass - DW6560
Box A Rockview S.C.I
Bellefonte PA. 16823-0?

ROBERT F. O'NEILL
CLERK OF COURT
CRIMINAL DIVISION
LUZERNE COUNTY

#131 - 1998

01 MAR 19  AM 9: 30
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS BASS,  : CIVIL NO. 1:CV-01-0082

      Petitioner  : (Judge Rambo)

      v.  : (Magistrate Judge Blewitt)

COURT OF COMMON PLEAS OF  :
LUZERNE COUNTY and  :
THE ATTORNEY GENERAL OF  : FILED
THE STATE OF PENNSYLVANIA,  : HARRISBURG, PA

      Respondents  : MAR 16 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

## O R D E R

Before the court is a report of the magistrate judge to whom this matter was referred recommending that the captioned action filed pursuant to 28 U.S.C. § 2254 be dismissed for failure to exhaust state remedies. Petitioner has filed objections to the report and the matter is ripe for disposition.

On April 6, 1999, Petitioner filed with the Luzerne County Court of Common Pleas a Petition for Post Conviction Relief. By order dated April 20, 1999, the county court ordered transcription of portions of petitioner's trial record. On September 21, 2000, a petition for writ of mandamus and/or extraordinary relief was denied by the Pennsylvania Supreme Court without opinion.

It is almost two years since the order for a transcript was entered. This court has no indication the same has yet to be filed. As the magistrate judge noted, acts of state authorities which in effect make state remedies

unavailable to petitioner, <u>Mayberry v. Petsock</u>, 821 F.2d 179. 184 (3d Cir. 1987), <u>cert.</u> <u>denied</u>, 487 U.S. 946 (1987), or where there has been such an "inordinate delay" in state procedures, <u>Hankins v. Fulcomer</u>, 941 F.2d 246, 251 (3d Cir,. 1991), may render the state process ineffective and preclude exhaustion.

The failure of state authorities to secure production of petitioner's transcript in order to act upon his petition may make exhaustion of his state remedies unavailable and may amount to inordinate delay.[1]

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) Ruling on the report and recommendation of Magistrate Judge Blewitt is deferred.

2) The Clerk of Court shall serve a copy of the petition along with copies of this order and all documents filed in this case, upon respondents.

3) A rule is issued upon Respondents to show cause why exhaustion in this case should not be excused.

4) Said rule is returnable April 20, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: March _16_ , 2001.

---

[1] In <u>United States v. Wojtczak</u>, 800 F.2d 353 (3d Cir. 1986), the court held a that a period of 33 months from the date of filing a Post Conviction Hearing Act petition and the habeas filing was undue delay where petitioner was not responsible for delay.

2

# 1:CV01-0082

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Middle of Pennsylvania | |
|---|---|---|
| Name DENNIS BASS – PROSE | Prisoner No. DW-6560 | Case No. 131 of 1998 |
| Place of Confinement | State Correctional Institution – Rockview Box A, Bellefonte, PA 16823 | FILED SCRANTON |
| Name of Petitioner (include name under which convicted) DENNIS BASS | Name of Respondent (authorized person having custody of petitioner) Court of Common Pleas of Luzerne County | |
| | V. | DEPUTY CLERK |
| The Attorney General of the State of: Pennsylvania | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack <u>Luzerne County Court of</u>

<u>Common Pleas, 200 North River Street, Wilkes Barre, Pennsylvania  18711</u>

2. Date of judgment of conviction <u>December 1, 1998</u>

3. Length of sentence <u>2 to 4 years incarceration in a State Correctional Institution</u>

4. Nature of offense involved (all counts) <u>Burglary, Resisting Arrest, Theft, Criminal Mischief,</u>

<u>and Pennsylvania Dog Law.</u>

5. What was your plea? (Check one)
   - (a) Not guilty ☒
   - (b) Guilty ☐
   - (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☒
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒   (See Attached; as Exhibit B and C 4 of 4)

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a)  Name of court _____

   (b)  Result_____

   (c)  Date of result and citation, if known _____

   (d)  Grounds raised _____

   _____

   (e)  If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1)  Name of court _____

      (2)  Result _____

      _____

      (3)  Date of result and citation, if known _____

      (4)  Grounds raised _____

      _____

   (f)  If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1)  Name of court _____

      (2)  Result _____

      _____

      (3)  Date of result and citation, if known _____

      (4)  Grounds raised _____

      _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a)  (1) Name of court _Luzerne County Court of Common Pleas_____

      (2) Nature of proceeding _Post Conviction (Collateral) Relief Act,_

      Filed April 6, 1999._____

      (3) Grounds raised _Ineffective Counsel, Abuse of Discretion.  The trial

      Judge charges and instructs Jury to find Defendant guilty on

AO 241 (Rev. 5/85)

non-evidentiary hearsay of Defense Attorney after the Prosecution's

three witnesses' testimony was favorable to Defendant.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result  Judge Orders reproduction of Trial Transcripts

(6) Date of result  April 20, 1999 (Attached as Exhibit D)

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Supreme Court of Pennsylvania, Middle District

(2) Nature of proceeding  Writ of Mandamus and/or Extraordinary Relief

Filed #0116 MD MISC, DK,  2000

(3) Grounds raised  Unconstitutional Violations of the lower court's inaction

of filed PCRA, and requesting the State's Highest Court to compel the

lower court to answer petitioner's first PCRA and requested transcripts.



(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result  Writ of Mandamus - Denied (Attached)

(6) Date of result  September 21, 2000

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.       Yes ☐  No ☑
(2) Second petition, etc.    Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Defendant's Appeal Claims are Hearsay.  Until the trial transcripts are

produced, further denying Defendant accurate/proper access to the courts.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: (E) Conviction obtained by a violation of the privilege against self-incrimination.

Supporting FACTS (state *briefly* without citing cases or law) Upon the onset and beginning of trial: Prosecution describes defendant as the original burglar in the discovered elements described to the jury. Defense Attorney (P.D.) uses the strategy: Defendant received stolen property from another. Judge instructs the jury: to assist another in a crime can be found guilty of that crime.

B. Ground two: (F) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

Supporting FACTS (state *briefly* without citing cases or law): Prosecution did not describe the Elements of the Crime that included a Co-Defendant to the jury. No information was produced to the Defendant concerning a Co-Defendant for the Defense. Prosecution's three witnesses never describe me as the original Burglar, nor is a Co-Defendant witnessed.

AO 241 (Rev. 5/85)

C.  Ground three: (G) Conviction obtained by a violation of the protection against double jeopardy.

Supporting FACTS (state *briefly* without citing cases or law): The 25 minute trial of December 1, 1998, began with Defendant being the original Burglar, and trial ended with Defendant assisting an unknown and unproven Co-Defendant.  Two different sets of the Elements of the Crime were used to convict Defendant of one Charge.

D.  Ground four (I&J) Denial of effective assistance of counsel and denial of right of appeal.

Supporting FACTS (state *briefly* without citing cases or law): Not withstanding the Defense Attorney/Public Defender not objecting to the above described miscarriages of justice, Defendant receives letter/notice from Public Defender 45 days(+/- from sentencing date asking if Defendant wished to appeal?  Then the Public Defender removes himself as Defendant's Defense Attorney.

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a)  At preliminary hearing Public Defender - Mr. Ross, Esq., Luzerne County Court, 200 North River Street, Wilkes Barre, Pennsylvania  18711

(b)  At arraignment and plea  Same as above.

(6)

AO 241 (Rev. 5/85)

(c) At trial ___Same as above.___

(d) At sentencing ___Same as above.___

(e) On appeal ___N/A___

(f) In any post-conviction proceeding ___Mr. S. Falcone Jr., esq., 490 North Main Street,___
___Suite 202, Pittston, Pennsylvania 18640___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___Mr. B. Corcoran, esq.,___
___400 Third Avenue, Kingston, Pennsylvania 18704___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence:_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

___Pro-Se___
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___JANUARY 16, 2001___
(date)

_____
Signature of Petitioner

(7)

# OFFICE OF THE PUBLIC DEFENDER

LUZERNE COUNTY COURT HOUSE
200 North River Street
WILKES-BARRE, PENNSYLVANIA 18711-1001

Chief Public Defender
BASIL G. RUSSIN, Esq.

Administrative Assistant
Chief Investigator
WILLIAM R. FELDMAN

717-825-1754
FAX 717-825-1846
TDD 717-825-1860

February 26, 1999

Mr. Dennis Bass
**C/O Luzerne County Correctional Facility**

Dear Dennis,

Do you want to appeal your sentence? Please give a yes or no in writing. Do you wish to appeal your conviction? Please give me a yes or no in writing.

Thank You.

Sincerely,



CHARLES G. ROSS JR., ESQ.
Assistant Public Defender

CGR\dms

( Exhibit B )

COMMONWEALTH OF PENNSYLVANIA  :  IN THE COURT OF COMMON PLEAS

          V.S.  :  OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS  :  NO. 131 OF 98

### PETITION FOR APPOINTMENT OF CONFLICT COUNSEL

TO THE HONORABLE, THE JUDGES OF SAID COURT:

    The petition of the Office of the Public Defender of Luzerne County respectfully represents as follows:

    1.    The Defendant is Dennis Bass, an adult individual, who is presently incarcerated at the Luzerne County Correctional Facility.

    2.    On December 21, 1997, the Defendant was charged by Patrolman Brian Horst of the Wilkes Barre City Police Department with Burglary, Resisting Arrest, Theft and Criminal Mischief. Said charges were filed to 131/98.

    3.    On December 1, 1998, the Defendant pled guilty before the Honorable Judge Toole. Sentencing was scheduled for January 8, 1999. PSI was scheduled for January 6, 1999.

Exhibit C, pgs 1 of 4

4.    January 8, 1999, the Defendant was sentenced on the above charges.  On 131/98, Burglary, the Defendant was sentenced from a 24 month minimum to a 48 month maximum at S.C.I. On Resisting Arrest, the Defendant was sentenced from a 6 month minimum to a 12 month maximum concurrent with Burglary.  Theft requires no sentence.  Defendant was remanded for classification, 1-15-99.  Bail pending appeal was denied by the court.  Defendant to have mental health evaluation-treatment if necessary. Defendant to pay all court costs and restitution of $165.00 within 12 months of release.  Defendant to have no contact with victim or establishment.  Criminal Mischief merges for sentencing purposes.  Defendant advised of all rights.  Defendant remanded.

5.    We are requesting that the Honorable Court appoint conflict counsel for the following reasons:

a)    Judge Toole sentenced the Defendant to a guideline sentence.  He will be doing 2 years at S.C.I.

b)    Since his sentencing, Defendant wrote counsel several times stating he did not wish to appeal.  The appeal period is over and now after serving some jail time, Defendant is claiming counsel is ineffective.

Exhibit-C ; pgs.2 of 4

**WHEREFORE**, the Public Defender's Office respectfully

requests Your Honorable Court to appoint conflict counsel to

represent the Defendant, Dennis Bass.

Respectfully submitted,

CHARLES G. ROSS JR., ESQUIRE
Assistant Public Defender
Counsel for Defendant

CGR/dms

Exhibit-C, pgs. 3 of 4

*Defendant*

B-38

COMMONWEALTH OF PENNSYLVANIA  :   IN THE COURT OF COMMON PLEAS

          V.S.   :   OF LUZERNE COUNTY - CRIMINAL

DENNIS BASS   :   NO.   131 OF 1998

## ORDER

AND NOW, this 5th day of March, 1999,
at 9 A M., upon consideration of the foregoing Petition
for Appointment of Conflict Counsel, it is hereby ORDERED AND
DECREED that ~~████████████~~, Esq., is
appointed to represent the Defendant in the above-captioned
matter.

BY THE COURT:

J.

99 MAR -5 PM 2:59

cc: date filed 3-5-99
Judge Murdy
DA
file
Conflict atty Julane

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
                                            : OF LUZERNE COUNTY

vs.                                         : CRIMINAL DIVISION

DENNIS BASS,                                : NO.: 131 OF 1998
                    Defendant.

### MOTION FOR ORDER TO TRANSCRIBE RECORD

The defendant, **DENNIS BASS**, in the above captioned matter having filed a Pro-se Motion for Post Conviction Collateral Relief on April 6, 1999, requests reproduction of the following portions of the trial record in the above-captioned case by and through his court appointed conflict counsel:

1.   Trial: including openings, testimony (including sidebar conferences), evidentiary hearings during trial, closings, court's charge (including jury questions and responses thereto), and jury poll (December 1, 1998);

2.   Sentencing: including court colloquy (January 8, 1999).

### ORDER

AND NOW, this 20 day of April_____, 1999, the court stenographer of Luzerne County is directed to transcribe those portions of the trial record as marked above and to file the same with the Clerk of Courts with costs to be paid by the County of Luzerne .

It is further **ORDERED** that copies of this **ORDER** shall be served upon the trial court, the District Attorney of Luzerne County and the court stenographer.

BY THE COURT:

S/CONahaN_____

                                                            J.



( Exhibit D )

SUPREME COURT OF PENNSYLVANIA



ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
1515 MARKET STREET, SUITE 1414
PHILADELPHIA, PENNSYLVANIA 19102
(215) 560-6300

July 26, 2000

Irene Bizzoso, Esquire
Deputy Prothonotary - Middle District
Supreme Court of Pennsylvania
434 Main Capitol
Harrisburg, PA  17108

RE:    Dennis Bass vs. Court of Common Pleas of Luzerne County
       No. 0116 M.D. Miscellaneous Docket 2000

Dear Ms. Bizzoso:

    This is to advise you that we will not be filing a formal response in the above-captioned matter. Luzerne County no longer employs the court stenographer that took the testimony, however, the county is in the process of having him transcribe the notes as quickly as possible, in compliance with the court order.

    Enclosed is my entry of appearance and proof of service. Thank you for your attention to this matter.

Sincerely,

David M. Donaldson
Chief of Litigation

Enclosures
cc:    Hon. Michael T. Conahan
       Mr. Dennis Bass

( Attached )

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

DENNIS BASS,
        Petitioner

       vs

COURT OF COMMON PLEAS OF
LUZERNE COUNTY,
        Respondent

No. 0116 M.D. Misc. Dkt. 2000

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of the Court of Common Pleas of Luzerne County.

DAVID M. DONALDSON, ESQUIRE
Attorney I.D. No. 17276
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300

(Attached)



## Supreme Court of Pennsylvania
### Middle District

Irene M. Bizzoso
Deputy Prothonotary
Shirley Bailey
Chief Clerk

P.O. Box 624
Harrisburg, PA 17108
717-787-6181
www.aopc.org

September 21, 2000

Dennis Bass
DW-6560, SCI-ROCKVIEW
Box A,
Bellefonte, PA 16823-0820

RE:   DENNIS BASS v. CCP OF LUZERNE COUNTY
No. 116 MM 2000

Dear Bass:

Enclosed please find a certified copy of an order dated September 21, 2000 entered in the above-captioned matter.

Very truly yours,

Office of the Prothonotary

EEZ

cc:   David M. Donaldson, Esq.

(Attached)

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

DENNIS BASS,                        No. 116 M.D. Misc. Dkt. 2000

    Petitioner

    v.

COURT OF COMMON PLEAS OF
LUZERNE COUNTY,

    Respondent

<u>ORDER</u>

**PER CURIAM:**

    **AND NOW,** this 21st day of September, 2000, the request for leave to file original

process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is

denied.

TRUE & CORRECT COPY

ATTEST:

SEP 2 1 2000

*Shirley Bailey*
SHIRLEY BAILEY
CHIEF CLERK

(Attached)

AO 240 (Rev. 6/86)   Application to Proceed

# United States District Court

Middle **DISTRICT OF** Pennsylvania

Dennis Bass,
            Petitioner

v.

Court of Common Pleas of
Luzerne County,
            Respondent

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

**CASE NUMBER:**

**CV 01-0.82**

I, Dennis Bass _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant      ☐ _____ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

FILED
SCRANTON

JAN 2 3 2001

_____ CLERK

In further support of this application, I answer the following questions.

1. Are you presently employed?                                        Yes ☑   No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   $ 37.50 per Month

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☑
   b. Rent payments, interest or dividends?                     Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?           Yes ☐   No ☑
   d. Gifts or inheritances?                                    Yes ☐   No ☑
   e. Any other sources?                                        Yes ☑   No ☐

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Lost Income Tax-Return for 1997, Amount 1,070.00
Random Gifts from Wife; $50.00 ea.

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☑   No ☐   (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

**1: CV 01 - 008**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☑   No ☐

If the answer is "yes," describe the property and state its approximate value.

$265.94

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

RECEIVE
SCRANTO

JAN 22 20

DEPUTY CL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 16, 2001___
(Date)

_____
Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __249.99__ on account to his credit at the __SCI-Rockview   Box A   Bellefonte, PA   16823__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ __448.86__

DW-6560 Dennis Bass
January 17, 2001

*Earl E. Walke[signature]*
Authorized Officer of Institution
Earl E. Walker, Clerical Supervisor 2 - Inmate Accounti

**ORDER OF COURT**

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____   _____ <br> *United States Judge*     *Date* | _____   _____ <br> *United States Judge*     *Date* <br> *or Magistrate* |

```
PA DEPT. OF CORRECTION          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE  1/18/2001
REMOTE PRINT TIME  7:28              FROM PURGE FILE             PAGE        1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DW6560 | BASS | DENNIS | | -17.48 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9007 | 07-03-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | -28.33 |
| 527 | 07-14-2000 | 14 | MISCELLANEOUS | | |
| | | | U.S. TREASURY        #441157 | 1,070.00 | 1,041.67 |
| 539 | 07-17-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - JUNE 2000 | 31.73 | 1,073.40 |
| 8204 | 07-22-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  7/24/2000 | -3.40 | 1,070.00 |
| 8207 | 07-25-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  7/26/2000 | -44.18 | 1,025.82 |
| 623 | 07-26-2000 | 39 | LEGAL FEES | | |
| | | | LUZERNE CO COURTHOUSE (ACT 27) | -283.75 | 742.07 |
| 624 | 07-26-2000 | 41 | MEDICAL | | |
| | | | CO-PAY  7-24-00 | -2.00 | 740.07 |
| 625 | 07-26-2000 | 31 | OUTSIDE PURCHASES | | |
| | | | J L MARCUS INC | -22.75 | 717.32 |
| 8214 | 08-01-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  8/01/2000 | -22.36 | 694.96 |
| 9008 | 08-03-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 684.11 |
| 684 | 08-04-2000 | 37 | POSTAGE | | |
| | | | AUGUST | -3.74 | 680.37 |
| 697 | 08-07-2000 | 14 | MISCELLANEOUS | | |
| | | | LUZERNE CO CK RET     #E341458 | 283.75 | 964.12 |
| 703 | 08-07-2000 | 39 | LEGAL FEES | | |
| | | | CLK CTS-LUZERNE CO | -118.75 | 845.37 |
| 8221 | 08-08-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  8/08/2000 | -23.89 | 821.48 |
| 750 | 08-14-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - JULY 2000 | 14.40 | 835.88 |
| 8228 | 08-15-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  8/15/2000 | -38.71 | 797.17 |
| 807 | 08-21-2000 | 37 | POSTAGE | | |
| | | | AUGUST | -3.59 | 793.58 |
| 811 | 08-21-2000 | 38 | INSIDE PURCHASES | | |
| | | | (AUGUST) LIBRARY COPIES | -8.70 | 784.88 |
| 8235 | 08-22-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  8/22/2000 | -44.84 | 740.04 |
| 8235 | 08-22-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  8/22/2000 | -27.07 | 712.97 |
| 8242 | 08-29-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  8/29/2000 | -28.43 | 684.54 |
| 909 | 09-01-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES | -.40 | 684.14 |

PA DEPT. OF CORRECTION          INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE   1/18/2001
REMOTE PRINT TIME  7:28              FROM PURGE FILE            PAGE        2

INMATE    NAME
NUMBER    LAST                       FIRST          MI
DW6560    BASS                       DENNIS

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8249 | 09-05-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/06/2000 | -23.66 | 660.48 |
| 8250 | 09-06-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/06/2000 | -35.62 | 624.86 |
| 9009 | 09-07-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 614.01 |
| 968 | 09-12-2000 | 31 | OUTSIDE PURCHASES | | |
| | | | J.L. MARCUS, INC. | -62.75 | 551.26 |
| 8256 | 09-12-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/13/2000 | -25.24 | 526.02 |
| 1004 | 09-18-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | AUGUST WAGES - 2000 | 28.53 | 554.55 |
| 8263 | 09-19-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/19/2000 | -36.18 | 518.37 |
| 1047 | 09-21-2000 | 37 | POSTAGE | | |
| | | | UPS CHARGES - 8-31-00 | -3.63 | 514.74 |
| 1067 | 09-25-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - SEPTEMBER | -1.50 | 513.24 |
| 8270 | 09-26-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  9/26/2000 | -10.76 | 502.48 |

BALANCE AFTER THESE TRANSACTIONS------>          502.48

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| DW6560 | BASS | | DENNIS | | 502.48 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9010 | 10-02-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 491.63 |
| 8277 | 10-03-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 10/03/2000 | -40.95 | 450.68 |
| 1145 | 10-05-2000 | 37 | POSTAGE | | |
| | | | OCTOBER | -1.43 | 449.25 |
| 1151 | 10-05-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES - SEPTEMBER | -.10 | 449.15 |
| 8284 | 10-10-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 10/10/2000 | -29.76 | 419.39 |
| 1182 | 10-11-2000 | 37 | POSTAGE | | |
| | | | UPS - 9/21/00 | -3.35 | 416.04 |
| 1182 | 10-11-2000 | 37 | POSTAGE | | |
| | | | UPS - ADDRESS CORRECTION CHRGE | -5.00 | 411.04 |
| 1208 | 10-16-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES (SEPT) | 37.80 | 448.84 |
| 8291 | 10-17-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 10/17/2000 | -18.38 | 430.46 |
| 1228 | 10-18-2000 | 37 | POSTAGE | | |
| | | | OCTOBER | -.77 | 429.69 |
| 1235 | 10-18-2000 | 14 | MISCELLANEOUS | | |
| | | | REIMBURSE - PRIVACY PANELS | 10.85 | 440.54 |
| 8298 | 10-24-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 10/24/2000 | -30.64 | 409.90 |
| 1326 | 10-30-2000 | 41 | MEDICAL | | |
| | | | CO-PAYS (10/26) | -2.00 | 407.90 |
| 8305 | 10-31-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 10/31/2000 | -20.71 | 387.19 |
| 9011 | 11-02-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 376.34 |
| 8311 | 11-06-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 11/06/2000 | -22.91 | 353.43 |
| 1387 | 11-06-2000 | 39 | LEGAL FEES | | |
| | | | FINES & COSTS/LUZERNE CO (27) | -30.00 | 323.43 |
| 1420 | 11-13-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | OCTOBER WAGES - 2000 | 39.60 | 363.03 |
| 8319 | 11-14-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 11/14/2000 | -16.06 | 346.97 |
| 1466 | 11-17-2000 | 14 | MISCELLANEOUS | | |
| | | | ACT 27 CHECK RETURN    #E416381 | 30.00 | 376.97 |
| 8325 | 11-20-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 11/20/2000 | -27.26 | 349.71 |
| 8333 | 11-28-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 11/28/2000 | -41.44 | 308.27 |

```
· PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN    IAS365
  BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  1/18/2001
  REMOTE PRINT TIME  7:28            FROM ACTIVE FILE          PAGE      2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DW6560 | BASS | DENNIS | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9012 | 12-04-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 297.42 |
| 8340 | 12-05-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 12/05/2000 | -18.24 | 279.18 |
| 1623 | 12-11-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | NOVEMBER WAGES - 2000 | 35.63 | 314.81 |
| 8347 | 12-12-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 12/12/2000 | -19.18 | 295.63 |
| 8354 | 12-19-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 12/19/2000 | -11.45 | 284.18 |
| 8361 | 12-26-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR 12/27/2000 | -18.76 | 265.42 |
| 1728 | 12-27-2000 | 41 | MEDICAL | | |
| | | | CO-PAY  12-26-00 | -4.00 | 261.42 |
| 8003 | 01-03-2001 | 32 | ROC COMMISSARY | | |
| | | | FOR  1/03/2001 | -19.84 | 241.58 |
| 9101 | 01-04-2001 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 230.73 |
| 8009 | 01-09-2001 | 32 | ROC COMMISSARY | | |
| | | | FOR  1/09/2001 | -7.12 | 223.61 |
| 1856 | 01-16-2001 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - (DECEMBER) | 37.50 | 261.11 |
| 8016 | 01-16-2001 | 32 | ROC COMMISSARY | | |
| | | | FOR  1/16/2001 | -11.12 | 249.99 |

```
                          BALANCE AFTER THESE TRANSACTIONS----->   249.99
```

January 16, 2001

Dennis Bass, DW-6560
Box A Rockview S.C.I.
Bellefonte, PA 16823

The Honorable Clerk of the
United States District Court
235 North Washington Ave.
P.O. Box 1148
Scranton, PA. 18501-1148

1: CV01-0082

FILED
SCRANTON

JAN 23 2001

PER DEPUTY CLERK

RE; Change of Mailing Address

Dear Honorable Clerk,

I have prepaired the enclosed, Writ
of Habeas Corpus, and Informa pauperis request
while incarcerated at the above address.

On January 22, 2001, I will leave
incarceration and parole to a halfway house.
My new address will be;

C/o Catholic Social Services
409-411 Olive Street
Scranton, PA 18509

Please, file this enclosed petition under
the new address, as the Petitioners Mailing
address.

Respectfully,
Dennis Bass
(S) [signature]
Pro-se

Thank You!

( $5.00 Filing Fee Included )

Jan. 19, 2001

Dennis Bass DW656
Box A, Rockview S.C.
Bellefonte, PA. 16823-

The Honorable Clerk of ;
United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON

JAN 26 2001

PER _____ DEPUTY CLERK

01-CV-0082

RE; Notice Of Address/Residence

Dear Honorable Clerk,

I, Dennis Bass, recently filed a Writ of
Habeas Corpus by a person in State Custody.
I have signed and dated this writ, January 16,
2001. Filed by, First Class Mail, from the above
address.
    Please Take Notice ...
        I, Dennis Bass, will NOT be parole
released on January 22, 2001 as Anticipated.
    The Above Add
the Mailing Add
Petition

FILED
SCRANTON

JAN 29 2001

PER _Amo_
DEPUTY CLERK

⑤

Amo

Dennis Bass, DW6560
Box A, Rockview S.C.I.
Bellefonte, PA. 16823-08

United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

1:01CV82
Rambo/Blewitt

RE: Error within Filed Informa Pauperus

Dear Honorable Clerk Of The District Court,

Upon review, the Pro-se Petitioner/Defendant
has noticed an Error within the Filed Informa
Pauperus (Form), Question 4;

I, Dennis Bass the Petitioner, do not own
any intrest in any Real Estate, Stocks, Bonds,
Notes, Automobiles or any other valuable
Properties, The Check (✓) Box is wrong and
should of been indicated/Checked "No". The
Amount of $265.94 was misplaced and belongs
listed under Question 3 on this said Form.

Please Attach this Notice of Error to the
Filed Informa Pauperus', Signed by the Petitioner
and was dated; January 16, 2001

I declare under penalty of perjury that the
foregoing is true and correct.
CC: self (Carbon copy)

Respectfully Submitted,

January 23, 2001        (S) Des Bo

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS BASS, | : | CIVIL ACTION NO. 1:CV-01-0082 |
| | : | |
| Petitioner | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| LUZERNE COUNTY and the | : | |
| ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA, | : | |
| | : | FILED |
| Respondents | : | SCRANTON |

FEB - 7 2001

PER _____
DEPUTY CLERK

## REPORT AND RECOMMENDATION

On January 23, 2001, the Petitioner, then an inmate at the State Correctional Institution at

Rockview, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging a

December 1, 1998, conviction in the Luzerne County Court of Common Pleas. (Doc. 1). We give

the petition preliminary consideration and conclude that procedural defects warrant dismissal of

the petition without directing a response thereto. *See Rule 4, Rules Governing Section 2254 Cases

in the United States District Courts*. Specifically, we find that the Petitioner has failed to exhaust

his available state court remedies.

On April 24, 1996, Congress enacted the Antiterrorism and Effective Death Penalty Act of

1996, Pub.L.No. 104-132, 110 Stat. 1214 (April 24, 1996), which modified the procedures for

habeas corpus proceedings in federal court. Section 104(1) of the Act mandates that applications

by persons in state custody "shall not be granted unless it appears that . . . the applicant has

exhausted the remedies available in the Court of the State" or there is no available state remedy or that process would be ineffective.[1]  A habeas corpus petitioner bears the burden of demonstrating that he or she has satisfied the exhaustion requirement.  *Gonce v. Redman*, 780 F.2d 333, 335-36 (3d Cir. 1985).  The exhaustion requirement "rests upon the principles of comity and judicial economy [and] provides state courts with an initial opportunity to consider and correct alleged violations of prisoners' rights without disruption from the federal courts." *Hankins v. Fulcomer*, 941 F.2d 246, 249 (3d Cir. 1991); *see also Gibson*, 805 F.2d at 138.

Exhaustion is not complete unless the trial court, the "intermediate court," and the highest state court, here the Supreme Court of Pennsylvania, have been presented with the substance of petitioner's federal claim. *Evans v. Court of Common Pleas, Del. County, Pa.*, 959 F.2d 1227, 1230 (3d Cir. 1992). *See Duncan v. Henry*, 115 S.Ct. 887, 888 (1995); *Picard v. Connor*, 404 U.S. 270, 275 (1971).  In the instant matter, Petitioner currently has pending a Post Conviction Relief Act Petition in the Court of Common Pleas of Luzerne County.  Specifically, on April 6, 1999, Petitioner filed with the Luzerne County Court of Common Pleas a Petition for Post Conviction Relief. (Doc. 1, p. 3).  On Motion of Petitioner, the Court of Common Pleas of Luzerne County ordered the transcription of certain portions of Petitioner's trial record on April 20, 1999. (Doc. 1, Exhibit "D").  Petitioner then apparently filed a Petition for Writ of Mandamus and/or Extraordinary Relief in the Supreme Court of Pennsylvania, which was denied by Order of September 21, 2000. (Doc. 1, Exhibit "D", page four of Attachment).  It appears, therefore, that Petitioner's *pro se* petition for post

---

[1]We note that a federal court may deny an application on the merits notwithstanding an applicant's failure to exhaust state remedies. *Id.*

2

conviction relief remains pending in the Luzerne County Court of Common Pleas. Thus, Petitioner has failed to demonstrate that he has exhausted available state court remedies.

Exhaustion of state remedies is not required if: 1) the state corrective process is "so deficient" that any effort to obtain relief via state proceedings would be futile, *Gibson v. Scheidemantel*, 805 F.2d 135, 138 (3d Cir. 1986); 2) the acts of the state authorities have, in effect, made state remedies unavailable to the petitioner, *Mayberry v. Petsock*, 821 F.2d 179, 184 (3d Cir.), *cert. denied*, 484 U.S. 946 (1987); and 3) there has been such an "inordinate delay" in state procedures that the state process has been rendered ineffective. *Hankins v. Fulcomer*, 941 F.2d 246, 251 (3d Cir. 1991); *Schandelmeier v. Cunningham*, 819 F.2d 52 (3d Cir. 1986), *cert. denied*, 480 U.S. 938 (1987).

The Petitioner has not demonstrated that he has pursued all of his available state court remedies, nor has he set forth a compelling reason why the exhaustion requirement should be excused. As such, the petition is subject to dismissal.

We therefore respectfully recommend that the Petition for Writ of Habeas Corpus be dismissed for failure to exhaust available state court remedies.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: February 7, 2001

3

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS BASS,           :     CIVIL NO. 1:CV-01-0082

      Petitioner,     :

                  :     (Judge Rambo)

      v.           :

                  :     (Magistrate Judge Blewitt)

COURT OF COMMON PLEAS OF   :
OF LUZERNE COUNTY, et al.,   :

      Respondents     :

FILED
SCRANTON

FEB - 7 2001

PER _____
DEPUTY CLERK

## NOTICE

NOTICE IS HEREBY GIVEN that the undersigned has entered the foregoing

Report and Recommendation dated February 7, 2001.

      Any party may obtain a review of the Report and Recommendation pursuant to

Rule 72.3, which provides:

> Any party may object to a magistrate judge's proposed findings,
> recommendations or report addressing a motion or matter described in
> 28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the
> disposition of a prisoner case or a habeas corpus petition within ten (10)
> days after being served with a copy thereof. Such party shall file
> with the clerk of court, and serve on the magistrate judge and all
> parties, written objections which shall specifically identify the
> portions of the proposed findings, recommendations or report to which
> objection is made and the basis for such objections. The briefing
> requirements set forth in Local Rule 72.2 shall apply. A judge shall
> make a de novo determination of those portions of the report or
> specified proposed findings or recommendations to which objection
> is made and may accept, reject, or modify, in whole or in part, the findings
> or recommendations made by the magistrate judge. The judge, however,
> need conduct a new hearing only in his or her discretion or where the
> required by law, and may consider the record developed before the

magistrate judge, making his or her own determination on the basis of that record.  The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.


THOMAS M. BLEWITT
United States Magistrate Judge


Dated: February 7, 2001

2

1:01-82

⑦
Ams
2/13/01

Dennis Bass
SCI-Rockview
DW6560
Box A
Bellefonte, PA

FILED
SCRANTON

FEB 1 9 2001

DEPUTY CLERK

Re: 1:

Received 2/8/2001

NOT AT ROCKVIEW
RETURN TO SENDER

Please file all
the assigned Ju
with the Judge'

JUDICIAL OFFICE

Judge Sylvia H.
Judge Yvette Ka
Judge William W
Magistrate Judg

- - - - - - - - - - - -

Chief Judge Tho
Judge A. Richar
Judge James M. 
Judge William J
Judge Richard P.
Judge Edwin M. 
Magistrate Judge
Magistrate Judge

- - - - - - - - - - - -

Judge James F. M
Judge Malcolm Mu

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

NOT AT ROCKVIEW
RETURN TO SENDER

1:01CV82    (8)

AME

February 13, 2001

Dennis Bass, 73674, 3H2\24

Lee County Justice Center

2115 Dr. Martin Luther King, Jr. BLV

Fort Myers, Florida 3390\

United States District Court
Middle District of PA.
PO Box 1148
Scranton PA 18501-1148

FILED
SCRANTON

FEB 20 2001

PER _____ DEPUTY CLERK

RE; Change of Mailing Address for Petitione

Dear Honorable Clerk,

Please Take Notice the above listed
Petitioner in a Habeas Corpus has been extradit
and relocated (reincarcerated in the State of
Florida. The Petitioner's Original Filing Addres
was, ⌐Dennis Bass, DW-6560
Box A, Rockview S.C.I
Bellefonte, PA 16823-0820⌐

Please be made aware that upon extraditi
Petitioner was not allowed to retain legal wo
and copies, that were not pertaining to the ca
excersizing extradition

I declare under purgur the foregoing is
true √ and the signature is genuine
        And
        correct
                                (S) Dar b

Dennis Bass Pros

⑨
3-1-01
MA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS BASS,                          :    CIVIL NO. 1:CV-01-0082

          **Petitioner**       :    (Judge Rambo)

        v.                      :    (Magistrate Judge Blewitt)

COURT OF COMMON PLEAS OF
LUZERNE COUNTY and
THE ATTORNEY GENERAL OF     :
THE STATE OF PENNSYLVANIA,

        **Respondents**    :

**FILED**
HARRISBURG, PA

FEB 2 8 2001

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

### O R D E R

    The background of this order is as follows:

    On February 7, 2001, the magistrate judge to whom this matter was referred filed a report recommending that the petition for writ of habeas corpus be dismissed for Petitioner's failure to exhaust available state court remedies. On February 13, 2001, the copy of the report and recommendation sent to Petitioner was returned marked "paroled" with no forwarding information noted. On February 20, 2001, the clerk of court received a notice of change of address for petitioner. On February 28, 2001, a copy of the February 7, 2001, report and recommendation was remailed to Petitioner.

Accordingly, **IT IS HEREBY ORDERED THAT** Petitioner shall have until March 16, 2001 to file objections to the report and recommendation. No extensions will be granted.

SYLVIA H. RAMBO
United States District Judge

Dated: February *28*, 2001.

2

## JUDGE'S COPY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dennis Bass,
    Petitioner

**FILED**
**HARRISBURG**

MAR 1 2 2001

MARY E. D'ANDREA, CLERK
Per _____
    DEPUTY CLERK

Civil Action No;
    1:CV-01-0082

( Judge Rambo )

V.

Court Of Common Pleas of
Luzerne County and the
Attorney General of the
State of Pennsylvania

(Magistrate Judge Blewit

### Objection to the Report and Recommendation

I, Dennis Bass the Petitioner (Pro-se) in

the above said Civil Action, respectfully

file my <u>Objections</u> against the <u>Report</u>

<u>and Recommendation</u> of United States

Magistrate Judge - Thomas M. Blewitt, dated;



February 7, 2001 recommending; the

Petition for Writ of Habeas Corpus should

be dismissed for Petitioners failure to

exhaust "Available" state court remedies.

Petitioner raises Objection Against Recommendation

1) Recommendation; Antiterrorism and
Effective Death Penalty Act - Section
104(1) - "unless it appears that... the
Applicant has exhausted the remedies
Available in the Court of the State".
Objection;
Petitioner believes the present
undecided status, of Petitioners
Post Conviction Relief Act (PCRA) in
the lower court of Luzerne County
has prevented Petitioner Access to
the Courts and further Judicial Review.

③

Petitioner Applied for A Writ of Mandamus and/or Extraordinary Relief in Pennsylvania Supreme Court to compel the lower court to A PCRA decision and/or to release certified transcripts of Petitioners December 1, 1998 criminal jury trial for burgulary to the Petitioner.

Petitioner has taken the only Known state remedy, in pursuit of judicial review. Attempting to compel the lower court to surrender a final decision on the PCRA,

When the Pa. Supreme Court denied Petitioners Writ of Mandamus and/or Extraordinary Relief, the Supreme Court Allowed the Petitioners PCRA to continue unanswered and undecided. A Writ of Mandamus is believed the only state remedy Available for an unanswered and undecided PCRA, being held-up in the lower court.

2) <u>Recommendation</u>; "A Habeas Corpus <u>Petitioner</u> bears the burden of demonstrating that he has satisfied the exhaustion

(4)

requirement", <u>Gonce V. Redman</u> 780 F.2d
333, 335-36 ('3d Cir 1985)
<u>Objection</u>;
   Petitioner believes when he followed
the state laws subscribed for Authoritively
compelling the lower court, Petitioner has
taken the only legal approach to this
matter, by requesting Authoritive Assistance
of the Supreme Court to obtain a PCRA decision
with a Writ of Mandamus. When the Writ
of Mandamus was denied to the Petitioner,
so was the Petitioner denied judicial remedy.

3) <u>Recommendation</u>; " provide(s) <u>state courts</u>
with an initial opportunity to consider
and correct alleged <u>violations</u> of prisoners
rights without disruption from the Federal
Courts", <u>Hankins V. Fulcomer</u> 941 F.2d 246,
249 (3d Cir. 1991)
<u>Objection</u>;
   Petitioner believes he has expressly clarified
the alleged violations on <u>two</u> (2) separate
Accounts; <u>First</u>, within the original



PCRA, And, <u>Second</u>, within the Writ of
Mandamus And/or Extraordinary Relief,
The lower courts indecision is based
upon their inability to secure certified
transcripts, And the Supreme Court
has taken no-action to correct
alleged Violations of PCRA rules by
denying Petitioners Writ of Mandamus.

4) <u>Recommendation</u>; "Exhaustion is not complete
unless the trial court, the "intermediate"
court (Superior) and the highest state court
(Supreme) have been presented with the
substance of petitioners federal claim",
<u>Evans V. Court of Common Pleas Del. County</u>
<u>Pa.</u> 959 F.2d 1227, 1230 (3d Cir. 1992)
<u>Objection</u>;
      Petitioner believes the unanswered
And undecided status of Petitioners PCRA,
Allows for "<u>NO</u>" Appropriate filings in Any
State Court, The lower court is
Abusing their discretion and procrastinating
by using the exuse of; "the lower

(6)

court can not (Yet) produce the
certified trial transcripts of
December 1, 1998,"

## Further Objections Against Lower Court:

Petitioner believes he will not have
enough time to properly pursue this matter
in a Federal Court, after exhausting state
remedy, prior to Petitioners maximum
experation of sentence on December 12, 2002.
Petitioner believes the availability of
such trial transcripts are of Public Record
and are not the property of the courts
transcriptionist. The trial court has the
sole responsibility and authority to
possess and retain such transcripts.
Petitioner believes he has been "forced"
into inaction, due to unproduced transcripts,
and documentation, within this matter. Over
and Above what is deemed timely, this time
should not be charged against Petitioner,
When the lower court is withholding the PCRA



decision And certified transcripts, this wasted time should be charged Against the lower court for their inaction to the Petitioners alleged claims of Constitutional Violations. This wasted time should be added to Petitioners - Maximum Experation of Sentence, so not to cause an arbitrary "MOOT" judgement and "Untimely" claim against Petitioner.

Petitioner believes there is no other avenue of judicial remedy available to him, the only exception is this filed Petition for Writ of Habeas Corpus. Petitioner having been denied a PCRA decision And certified transcripts has no venue in any other state court. Making all of the Petitioners claims undocumented hearsay and without merit in any state court.

(8)

_Exhaustion of State Remedies Are Not Required If;_

1) ["the state corrective process is "so deficient" that any effort to obtain relief, via state proceedings, would be futile", _Gibson V. Scheidemantel_, 805 F.2d 135, 138 (3d Cir. 1986)]

_Agree;_

Petitioner believes, as previously said within objection, the lower courts refusal to surrender PCRA decision and certified transcripts, denies the Petitioner any avenue to obtain relief in any state proceeding. Any motion submitted to a state court that is filed with no proof or evidence, and without documentation and transcripts, is a futile act of the Petitioner in any higher state court.

2) ["the acts of state authorities have, in effect, made state remedies unavailable to petitioner", _Mayberry V. Petsock_, 821 F.2d 179, 184 (3d Cir.) cert. denied 484 U.S. 946 (1987).]

(9)

<u>Agree;</u>

Petitioner believes, as previously said within objection, the Supreme Court of Pennsylvania, having denied the Petitioner "closure" of PCRA has based their decision on unproduced trial transcripts and has in effect, made state remedies unavailable to the Petitioner. The denied Writ of Mandamus and/or Extraordinary Relief being the only avenue Petitioner had to pursue PCRA to closure, and to recieve certified trial transcripts, from an unanswered and undecided PCRA motion in the lower court.

3 ["there has been such an "inordinate delay" in state proceedures that the state process has been rendered ineffective", <u>Hankins V. Fulcomer</u> 941 F.2d 246, 251 (3d Cir. 1991); <u>Schandelmeier V. Cunningham</u>, 819 F.2d 52 (3d Cir. 1986) cert denied, 480 U.S. 938 (1987).]

(10)

Agree;

Petitioner believes, as previously said within objection, the process of the lower court to effectively produce certified transcripts within a timely manner, is unfulfilled within Petitioners filed PCRA of April 4, 1998.

On April 30, 1998 in the lower court - Judge Conahan ordered the production of certified transcripts.

The State Process for producing certified transcripts has failed and has inhibited the Petitioners ability to pursue state remedy.

The certified transcripts that have "NOT" been produced to date, describe an "inordinate delay" of state proceedures and that the state process of surrendering a PCRA decision has been rendered ineffective.

I, Dennis Bass the Petitioner,

hereby further Objects to the belief

(11)

that Petitioner has deliberately not exhausted state remedy. The Petitioner can not file any legal action, in any court without proper and accurate evidentary documentation and/or without a decided/denied PCRA Motion.

The purpose of Petitioner filing a Federal-Writ of Habeas Corpus is;

Petitioner is being denied access to the state courts; The lower court refusal to surrender PCRA decision



(12)

And/or to "Not" release certified
transcripts, places this Petitioner
into a position without access to
the courts. The lower courts
inaction of violating Petitioners
rights, is further supported by
the states' Supreme Court.

Petitioner respectfully sets forth
some compelling reasons why the exhaustion
requirement should be excused.

Petitioner respectfully requests

(13)

the Petition of Writ of Habeas

Corpus be <u>allowed to proceed</u>,

With the knowledge that, Petitioner

could not seek proper and accurate

judicial remedy, without <u>immediate</u>

<u>State Court denial</u>, for lack of

exhibits and documented evidence.

Therefore, Petitioner respectfully

<u>Objects</u> to the <u>Report and Recommendation</u>

of the United States Magistrate Judge —

Thomas M. Blewitt of, February 7, 2001

(14)

Petitioner has made the March 16, 2001

deadline for filing objections And has

filed Accordingly.

Respectfully Submitted,

(S) 

Dennis Bass, - Pro se
Petitioner

Service

The Petitioner has placed 3 copies of the
Petitioners Objections of the U.S. Magistrate
Judge T. M. Blewitts, February 7, 2001 - Report an
Recommendation, placed into the first class
mail system of Lee County Justice Ctr. on
the 8th day of march, 2001, Addressed to
the U.S. District Court in Harrisburg, PA.

I declare under the penalty of purjury
that the foregoing is correct and that the
signature is genuine.

(S) Dennis Bass - Petitioner

Dennis Bass, 73674, 3
2115 Dr Martin Luther King Jr